WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**GREGORY JOHN TE VELDE,**<br><br>Debtor in Possession.<br><br>Tax ID #: xxx-xx-7505<br>Address: 5850 Avenue 160<br>Tipton, CA 93272 | CASE NO. 18-11651<br><br>DC No.: WW-1<br><br>Chapter 11<br><br>Date: May 8, 2018<br>Time: 1:30 p.m.<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       Courtroom 11<br>Judge: Honorable Fredrick E. Clement |

**DECLARATION OF GREGORY JOHN TE VELDE IN SUPPORT OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND TO BORROW MONEY ON A SECURED BASIS**

I, Gregory John te Velde, hereby declare and represent as follows:

1. I am the Debtor in Possession of this bankruptcy case.

2. I am a dairyman with over 37 years of experience in the dairy industry. I currently own and operate three large dairies. I am familiar with the Motion and Budget filed in support of the Motion for Authority to Use Cash Collateral ("Motion"), and attest to the fact that the information contained therein is true and correct to the best of my knowledge.

3. By this Motion I seek to grant the Secured Creditors identified by name in the Motion ("Secured Creditors") replacement liens as adequate protection for the use of cash collateral. Attached hereto as Exhibit C is a copy of each known ASL.

4. I make this Declaration in support of the Motion for Authority to Use Cash Collateral which I have read and reviewed. I hereby adopt each of the factual allegations in the Motion for Authority to Use Cash Collateral and incorporate them in this Declaration by reference. Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge, my review of relevant business documents, or my opinion.

5. As stated above, I own and operate three large dairies[1]: (1) GJ te Velde Dairy ("GJTV Dairy"); (2) Pacific Rim Dairy ("PRD"); and (3) Lost Valley Farm ("LVF").

6. GJ te Velde Dairy ("GJTV") is located near Tipton, California in Tulare County. te Velde has owned this dairy since 1989. The GJ te Velde Dairy can be generally described as follows:

a) 2,000 acres of which 1,800 is farmed.

b) Herringbone Double 32 dairy facility built 1990.

c) Milking 4,500 head of Holstein cows, 1,100 dry cows, 30 bulls, 5,500 young stock.

d) Heifers are self-raised.

e) Milk is shipped to California Dairies, Inc., a cooperative.

f) Fully equipped with dairy and farming equipment.

g) Farmable acreage is planted to alfalfa, wheat and corn. Adequate supply of water.

h) Adequate feed stuffs on hand.

i) Personal residence of located on GJ te Velde Dairy.

j) There are 40± employees, excluding management.

---

[1] The description of my operations is based on preliminary counts. My schedules have not yet been filled.

Declaration of Gregory John te Velde in Support of Motion for Authority to Use Cash Collateral    -2-    M:\S-U\te Velde\Pleadings\WW-1 Motion for Use of Cash Collateral\dec.050218.cb.docx

k) The appraisal value of the real property is $40,000,000.

7. Pacific Rim Dairy ("PRD") is located in Corcoran, California in Kings County. The Debtor has owned this dairy since 2001. The PRD dairy can generally be described as follows:

  a) 2,800 acres of which 2,433 is farmed. Additionally, about 620 acres are leased (with option) and farmed.
  b) Parallel 2 Double 60's dairy facility built 1989 and 2007.
  c) Permitted to milk up to 10,000 head.
  d) Milking 10,000 head of Jersey cows, 1,800 dry cows, 2,500 beef, 90 water buffalo, 11,000 young stock. Some young stock is being custom raised at a calf ranch.
  e) Portion of ranch is impacted by High Speed Rail.
  f) Milk is shipped to Leprino Foods and Dairy Farmers of America. Dairy Farmers of America is a cooperative.
  g) Fully equipped with dairy and farming equipment. Hauls own milk to milk processor.
  h) Farmable acreage is planted to alfalfa, wheat and corn. Adequate supply of water.
  i) Adequate feed stuffs on hand.
  j) There are 60± employees, excluding management.
  k) The appraisal value of the real property is $36,000,000.

8. Lost Valley Farm ("LVF") is located in Boardman, Oregon in Morrow County. The Debtor has owned this real property since 2015 and it became operational on May 1, 2017. The LVF dairy can generally be described as follows:

  a) 8,000± acres of which 3,000 acres are farmed by the debtor using center pivots. The balance is leased out to a tree farmer and a potato grower.
  b) Double Rotary Carousel dairy facility built 2016–2017. Can milk 1,000 head per hour.

    c) Permitted to milk up to 15,000 head. Holds Oregon CAFO permit.

    d) Milking 9,000 head of Holstein cows, 1,500 dry cows, 20 bulls, 4,500 owned young stock.

    e) On site manager.

    f) Milk is shipped to Columbia River Milk Processing. The Debtor is not a member of this co-op.

    g) Fully equipped with dairy and farming equipment.

    h) Farmable acreage is planted to alfalfa, wheat and corn. Adequate supply of irrigation water. Very valuable Columbia River water rights.

    i) Adequate feed stuffs on hand.

    j) There are 50± employees, excluding management.

    k) The appraised value of the real property is $100,000,000.

    l) All three dairies are owned and operated by te Velde as a sole proprietor ("Owner"). Carson te Velde is the manager of the Corcoran and Tipton dairies. At LVF the manager is Travis Love. A full time bookkeeper is located at the GJ te Velde Dairy, PRD and at LVF Dairy. Terence J. Long is the Consultant assisting the Owner with the reorganization process.

9. I operate all three dairies as a sole proprietor. My son, Carson te Velde, and I are the primary managers. At LVF the general manager is Travis Love.

10. The debt structure is complicated. A general summary is:

Rabobank has a first deed of trust on GJTV Dairy securing a note for $10,000,000 bearing interest at 4.237% which is current. This note is due September 1, 2020.

Rabobank also has a second deed of trust on the GJTV Dairy securing a note for $14,077,896 which was due January 1, 2018. Interest accrues at a rate equal to the one month LIBOR plus 3% per annum and is current. A notice of default was recorded on January 18, 2018 list no Notice of Trustee's sale has been recorded.

Rabobank has a herd and feed loan on which $40,000,000+ is owed. The herd and feed loan is secured by a first priority security interest in essentially all of my personal property on all three dairies including milk proceeds, farm products, equipment, crops and etc. The herd and feed loan is fully matured and bears interest at 3.48%, but default interest of 7.48% is being charged.

te Velde, via Pacific Rim Energy, LLC, through Rabobank, has posted a standby letter of credit to Pacific Gas & Electric Company for up to $104,000. (4312932-300)

te Velde, via Pacific Rim Energy, LLC, through Rabobank, has posted a standby letter of credit to Cypress Insurance Company (workman's comp.) for up to $375,000. (4312932-301)

te Velde, via Pacific Rim Energy, LLC, through Rabobank, has posted a standby letter of credit to Pacific Gas & Electric Company for up to $52,000. (4312932-302)

The obligation of te Velde on these standby letters of credit is included in the outstanding amount owed on the herd/feed loan.

All of the loans of Rabobank are cross-collateralized and cross-defaulted.

Golden State Farm Credit ("FLB") has first TD on PRD and is owed $11,598,545.[2] Interest accrues at 4.1% and the loan is current and due August 1, 2021. Payments of $87,750 per month are being made. This loan is current. (The above referenced $7,800,000 has not yet been applied to the FLB indebtedness.)

FLB also has a first TD on the Vander Eyk property, which is a part of PRD, and is owed $1,441,262. Interest accrues at a rate of 4.1% and the loan is current and due August 1, 2021.

JD Heiskell Holdings, LLC ("JDH") is owed $6,750,000 on a note secured by a junior deed of trust on the California and Oregon real property and a junior blanket personal property lien on the Oregon and both California dairies. This loan bears interest at 9% and matured on October 31, 2017. JDH is also owed an amount on an open book account for feed which is not cross collateralized.

---

[2] This is an estimate. FLB has received $7,9000,000 of High Speed Rail proceeds but I am not sure how these sale proceeds have been applied.

Boardman Tree Farm, LLC ("BTF") holds a first deed of trust on LVF securing note for $55,500,000 bearing interest at 4% which was due on May 1, 2018.

There are numerous purchase money security interests and/or financing leases including:

Diversified Financial Services is owed $251,950 secured by a 2013 Case Quadtrac tractor. The loan becomes due on February 22, 2021.

Diversified Financial Services is owed $195,112 secured by a 2014 Case IH Row Crop tractor. The loan becomes due on May 22, 2021.

John Deere Construction is owed $140,035 secured by a JD 624k wheel loader. The loan becomes due on March 28, 2020.

AGCO Finance, LLC is owed $85,354 secured by a Challenger MT875B Tractor. The loan becomes due on January 1, 2019 with quarterly payments of $14,225.63.

AGCO Finance, LLC is owed $42,125 secured by a CAT 140HNA Motor Grader. The loan becomes due on January 1, 2019 with quarterly payments of $10,531.33 are being made.

AGCO Finance, LLC is owed $81,999 secured by a Challenger MT865C. The loan becomes due on January 1, 2019 with quarterly payments of $20,499.73.

AGCO Finance, LLC is owed $166,239 secured by a Challenger MT865C. The loan becomes due in June 2019 with quarterly payments of $23,748.44.

AGCO Finance, LLC is owed $109,602 secured by a CAT 966H. The loan becomes due in June 2019 with quarterly payments of $10,952.

Volvo Financial Services is owed $124,130 secured by a 2016 Volvo L904. The loan becomes due in July 2018 with quarterly payments of $25,247.22.

Frings Calf Ranch is owed $2,500,000 on account of 6,600 heifers being raised. Frings asserts a California Livestock Service lien.

There are also several agricultural service liens or construction liens against some of Debtor's assets in Oregon.

There are many trade and construction creditors owed by Greg te Velde totaling over $10,000,000.

11. In the 20 days prior to the petition date it is estimated that te Velde incurred between $1,000,000 to $1,500,000 in claims for goods delivered which may be entitled to administrative priority under Section 503(b)(9). The amount is being completed.

12. There are additional unsecured debts owed to Bernard te Velde, Sr. ($4,000,000).

13. Pasco Farming, Inc. has prepaid $2,000,000 for rent on land in Oregon located East of River Crest Farm at LVF.

14. te Velde is a defendant in a lawsuit brought by certain wage and hour claimants asserting entitlement to class action status. This litigation is in the discovery stage. The defendants are asserting an exposure of $1,500,000, which claim is disputed by te Velde. This wage and hour litigation is not covered by insurance.

15. te Velde is also named as a respondent in a OSHA matter relating to the claimed wrongful death of a worker at the Corcoran dairy. The OSHA litigation is in the early stage and it is covered by insurance. It is estimated that te Velde has possible exposure of about $75,000 on the OSHA litigation.

16. I am also involved in a regulatory action relating to waste water discharges in Oregon conducted by the Oregon Department of Agriculture.

17. Attached to this Declaration as Exhibit A is a listing of the cash collateral I seek authority to use for the period of _____, 2018 to _____, 2018 ("Subject Period"). The Budget was prepared under my direction. I have no service of operating funds except cash collateral. My service efforts to borrow have not been successful. See Exhibit A.

18. I receive milk checks from my creameries. I also receive money for selling cull cows, which I cull in the ordinary course of business. I am not presently receiving any rents.

19. In order to continue to operate and formulate a Plan, I have an immediate need for use of cash collateral. The Budget attached to this Declaration sets out the amounts of money I need for the Subject Period.

20. By operating I believe that I will produce and generate new milk proceeds that have a value greater than the amount of cash collateral sought to be used. The funds will also preserve and protect the herd and related collateral.

21. I seek authority to use cash collateral to provide funding needed to operate and maintain my businesses and to pay critical expenses. It is extremely important that the funding be allowed as without it I will not be able to purchase feed for my dairy cows or pay my workers to milk my cows. I will also be unable to pay employee wages and this will cause me to lose my workforce.

22. Denial of the use of cash collateral will not benefit any creditor constituency but it would cause significant harm to my business operations.

23. As adequate protection for any potential decline in value, I agree that the Secured Creditors should have replacement liens to the extent they have valid liens.

24. I seek to grant a replacement lien to the extent cash collateral is actually used on assets of a like nature to those held on the Petition Date.

25. I am unaware of any secured creditors having liens or security interests in the subject cash collateral except the Secured Creditors. However, I do seek authority to use cash collateral of any such creditor, if any, provided the creditor was served with notice of the Motion. I believe that it is in the best interests of the creditors of this estate, and myself, to be allowed to use cash collateral. Without use of cash collateral I will be forced to shut down business operations.

The above facts are within my personal knowledge and if called upon to testify at any hearing regarding this matter, I would so testify. I am over the age of 18 and I have signed this Declaration this 2 day of May, 2018 at Tipton, California.

Gregory John te Velde