**48**

(SPACE BELOW FOR FILING STAMP ONLY)

WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:        rileywalter@W2LG.com

Attorneys for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO.  18-11651 |
| GREGORY JOHN TE VELDE, | DC No.: WW-1 |
| Debtor in Possession. | Chapter 11 |
| Tax ID #:   xxx-xx-7505<br>Address:   5850 Avenue 160<br>Tipton, CA 93272 | Date:   May 8, 2018<br>Time:   1:30 p.m.<br>Place:   2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 11<br>Judge:   Honorable Clement |

**EXHIBITS TO MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND TO BORROW MONEY ON A SECURED BASIS**

| Exhibit | Description | Pages |
|---|---|---|
| A | Budget | 1 |
| B | Proposed Order Authorizing Use of Cash Collateral and to Borrow Money on a Secured  Basis | 5 |
| C | Asserted Agricultural Service Liens | 41 |

Dated:  May 2, 2018                     WALTER WILHELM LAW GROUP,
                                                      a Professional Corporation

                            By:  _Riley C. Walter_
                                   Riley C. Walter,
                                   Attorneys for Debtor in Possession

EXHIBITS TO DECLARATION

M:\S-U\te Velde\Pleadings\WW-1 Motion for Use of
Cash Collateral\exh.050218.gaa.docx

## EXHIBIT A

This is Exhibit A to the Motion.  Exhibit A is the Budget of requested uses for the Subject Period.  As of May 2, 2018 when the Motion was filed and served the Budget was still under development.  At the hearing on May 1, 2018 the Court directed that the Budget be served on all the persons served with the Motion on or before Noon on May 4, 2018.

EXHIBIT A
Page 1 Of 1

## EXHIBIT B

This is Exhibit B to the Motion.  Exhibit B is the proposed Order.  Attached hereto is a copy of the Order submitted following the hearing on May 1, 2018.  The terms and provisions of the Order to be issued following the May 8, 2018 hearing are still under discussion.

M:\S-U\te Velde\Pleadings\WW-1  Motion for Use of Cash Collateral\exhibit B.050218.gaa.docx

EXHIBIT B
Page 1 Of 5

4



(SPACE BELOW FOR FILING STAMP ONLY)

**WALTER WILHELM LAW GROUP**
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Debtor in Possession

## IN THE UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO. 18-11651 |
| **GREGORY JOHN TE VELDE,** | DC No.: WW-1 |
| Debtor in Possession. | Chapter 11 |
| Tax ID #: xxx-xx-7505<br>Address: 5850 Avenue 160<br>Tipton, CA 93272 | Date: May 1, 2018<br>Time: 9:00 AM<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 11<br>Judge: Honorable Fredrick E. Clement |

## ORDER AUTHORIZING USE OF CASH COLLATERAL AND TO BORROW MONEY ON A SECURED BASIS

At Fresno, in the Eastern District of California.

The Motion for Authority to Use Cash Collateral duly came on for hearing before the Court on May 1, 2018 at 9:00 a.m. At the hearing an appearance was entered by Riley C. Walter for the Debtor. Other appearances are as of record.

Prior to the hearing the Court received and reviewed the Motion for Authority to Use of Cash Collateral and supporting documents, including the supporting declaration.

The Court, having fully considered the matter and finding use of the subject cash collateral is for and in the best interests of the estate, and good cause appearing, now therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

RECEIVED
May 01, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006272519

EXHIBIT B
Page 2 of 5

1.    The Motion be, and hereby is, granted.

2.    The Debtor is permitted to use cash collateral in the amount of $350,000 to pay payroll and taxes and is permitted to use cash collateral in the amount of $420,000 and any post-petition milk checks to pay expenses for labor, feed, farming operations, rent and insurance during the period April 27, 2018 to May 8, 2018.

3.    The Debtor is authorized to borrow up to $400,000 from Rabobank, N.A which loan is secured by a lien and security interest in the Debtor's pre and post-petition *and valdity* assets of the same type as are subject to Rabobank's pre-petition liens and security interest and with the same priority as Rabobank's pre-petition liens and security interests. The liens and security interests granted Rabobank in this Order shall be perfected without any other act or filing upon entry of this Order. Such borrowings shall be repaid from the proceeds of the Debtor's post-petition milk checks, and Rabobank is authorized to apply the proceeds of the Debtor's post-petition milk checks to the amounts borrowed pursuant to this order without further order of the Court.

4.    Sales of cattle not in the ordinary course of business require prior Court approval.

5.    As adequate protection for the Debtor's use of cash collateral, Secured Creditors Rabobank, N.A, J. D. Heiskell and Overland Stockyards shall have replacement *and validty* liens in the Debtor's pre and post-petition assets of the same type as are subject to their pre-petition liens and security interest and with the same priority as their pre-petition liens and security interests.

6. ~~xxxx Leprino and California Dairies, Inc. shall release the subject milk checks to the Custodian for use in accordance with this order.~~

7.    The Debtor shall not alter the size or composition of the various herds absent the consent of Secured Creditors or a Court order.

8.    The Secured Creditors' lien upon, and security interest in this replacement collateral shall be perfected without any other act or filing upon entry of this Order.

EXHIBIT B

Page 3 Of 5

1    9.    All rights to assert the protections and benefits of § 506 and 552 are

2    preserved.

3    10.    There shall be a continued interim hearing on the Motion on May 8, 2018

4    at 1:30 p.m. in Fresno with telephonic appearances allowed. The Debtor shall give notice

5    of the continued hearing by May 2, 2018 and shall serve the Budget for further uses of

6    cash collateral by noon on Friday, May 4, 2018.

7    11.    The Debtor shall not use any of the cash collateral of Boardman Tree Farm

8    LLC during this period.

9    Presented by:

10   WALTER WILHELM LAW GROUP

11   a Professional Corporation

12   

13   Riley C. Walter
     Attorneys for Debtor in Possession

14   

15   APPROVED:

16   JEFFER MANGELS BUTLER & MITCHELL, LLP

17   

18   Bennett G. Young

19   Attorneys for Rabobank, N.A.

20   

21   WILD CARTER & TIPTON

22   

23   Don J. Pool
     Attorneys for J.D. Heiskell

24   

25   PERKINS COIE

     /s/ Sara L. Chenetz
26   Sara L. Chenetz

27   Attorney for Boardman Tree Farm, LLC

28   ///

ORDER AUTHORIZING USE OF CASH COLLATERAL    -3-    M:\S-U\te Velde\Pleadings\WW-1 Motion for
                                                    Use of Cash Collateral\order050118.docx

EXHIBIT B
Page 4 Of 5

Filed 05/01/18

1  WILLIAMS KASTNER GREENE & MARKLEY

2

3

   Stephen P. Arnot

4  Attorneys for Custom Feed Services, LLC

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22  IT IS SO ORDERED.

23

24  Dated:   May 01, 2018

25

26  Fredrick E. Clement
   United States Bankruptcy Judge

27

28

ORDER AUTHORIZING USE OF CASH COLLATERAL        -4-        M:\S-U\te Velde\Pleadings\WW-1 Motion for
    Use of Cash Collateral\order050118.docx

EXHIBIT  B

Page  5  Of  5

**EXHIBIT C**

Exhibit C consists of copies of each ASL asserted by the Debtor's Oregon creditors.

EXHIBIT  C
Page  1  Of  41



Secretary of State
Corporation Division - UCC
255 Capitol St. NE, Ste. 151
Salem, OR 97310-1327
Phone: (503) 986-2200
Fax: (503) 373-1166
FilinginOregon.com

FILED: SEP 28, 2017 11:29 AM
OREGON SECRETARY OF STATE



ASL    LIEN NO. 91333836    TEVELDE, GREG

## ASL -1   Notice of Claim of Agricultural Services Lien

In keeping with ORS 192.410-192.595, the information on the application is public record.    Pursuant to ORS 87.242
We must release this information to all parties upon request and it may be posted on our website.

Please Type or Print Legibly in Black Ink. Attach Additional Sheet if Necessary.

DEBTOR: (Name of owner(s) of the chattels charged with this lien)    MARK ONE  If Individual, list last name first.

1 NAME: teVelde, Greg    ☐Business ☑Individual

2 NAME: Lost Valley Farm (formerly Willow Creek Dairy)    ☑Business ☐Individual

MAILING ADDRESS: P.O. Box 1210

Boardman    OR    97818
CITY    STATE    ZIPCODE

CLAIMANT:

NAME: Barton Laser Leveling, Inc.

MAILING ADDRESS: P.O. Box 4

Hermiston    OR    97838    541-564-9830
CITY    STATE    ZIPCODE    PHONE NUMBER

LIEN CLAIMANT'S DEMAND (after deducting all credits and offsets): $  694,729.09

THE UNDERSIGNED CLAIMS a lien upon certain chattels, including the following kinds of crops and/or described animals
All dairy cows, calves, cattle and dairy milk/cream; and wheat, corn, alfalfa and triticale grown in the year 2016 and

grown in the year  2017  upon or currently located at the following described farmland, range, ranch, orchard land:
Lost Valley Farm/Willow Creek Dairy - 73956 Homestead Lane, Boardman, OR 97818

THE LIEN ALSO IS CLAIMED upon the proceeds of the sale of any or all of said crops and animals and to the unborn progeny of said animals, which are in utero on the date of the filing of this claim of lien. This lien is claimed for labor performed, materials supplied and/or services provided by claimant at the request of the owner of said chattels to aid the growing or harvesting of crops and for the raising of livestock upon the land described above.

The provided labor, materials and/or services consisted of  land clearing; tree/stump mulching and grinding, soil preparation

The amount for which this lien is claimed is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien.
The date on which payment was due claimant for said labor, supplies and services was  6/16/2017 (work performed 11/17/2016-6/15/2017)
The terms of extended payment (if any) are $300,000.00 down-18 mo. w/ compound interest at 12% in equal monthly installments.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Signature of Claimant or Representative:    Printed Name:

Robert G. Barton, President

RETURN TO (Please Type or Print within the box):
Robert Barton
Barton Laser Leveling, Inc.
P.O. Box 4
Hermiston, OR 97838

### FEES
Required Processing Fee - $15.00    Processing Fees are nonrefundable.
Please make check payable to "Corporation Division."
NOTE:
Fees may be paid with VISA or MasterCard. The card number and expiration date should be submitted on a separate sheet for your protection.

440 (01/12)

EXHIBIT C
Page 2 Of 41



Secretary of State
Corporation Division - UCC
255 Capitol St. NE, Ste. 151
Salem, OR 97310-1327
Phone: (503) 986-2200
Fax: (503) 373-1166
FilingInOregon.com

**FILED: DEC 08, 2017 04:03 PM**
**OREGON SECRETARY OF STATE**



ASL     LIEN NO. 91398195     TEVELDE, GREGORY J.

# ASL -1   Notice of Claim of Agricultural Services Lien

In keeping with ORS 192.410-192.595, the information on the application is public record.
We must release this information to all parties upon request and it may be posted on our website.

Pursuant to ORS 87.242

Please Type or Print Legibly in Black Ink. Attach Additional Sheet if Necessary.

DEBTOR: (Name of owner(s) of the chattels charged with this lien)

MARK ONE If individual, list last name first.

1 NAME: SEE ATTACHMENT TO ASL-1      ☐-Business ☐-Individual

2 NAME:      ☐-Business ☐-Individual

MAILING ADDRESS:

CITY      STATE      ZIPCODE

CLAIMANT:

NAME: Custom Feed Services LLC

MAILING ADDRESS: PO Box 909

Irrigon      OR      97844      (541)377-3349
CITY      STATE      ZIPCODE      PHONE NUMBER

LIEN CLAIMANT'S DEMAND (after deducting all credits and offsets): $ 728,938.85 plus int

THE UNDERSIGNED CLAIMS a lien upon certain chattels, including the following kinds of crops and/or described animals
All of Debtors' 2017 corn crops and all of Debtors' dairy cattle

grown in the year 2017 upon or currently located at the following described farmland, range, ranch, orchard land:
See Attachment to ASL-1

THE LIEN ALSO IS CLAIMED upon the proceeds of the sale of any or all of said crops and animals and to the unborn progeny of said animals, which are
in utero on the date of the filing of this claim of lien. This lien is claimed for labor performed, materials supplied and/or services provided by claimant at
the request of the owner of said chattels to aid the growing or harvesting of crops and for the raising of livestock upon the land described above.

The provided labor, materials and/or services consisted of harvesting Debtor's corn crops to aid the feeding of cattle (See Attachment

The amount for which this lien is claimed is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien.

The date on which payment was due claimant for said labor, supplies and services was 10/15/17 and 10/24/17 (See Attachment to ASL-1)

The terms of extended payment (if any) are none

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence
in court and is subject to penalty for perjury.

Signature of Claimant or Representative:

Printed Name:

J. Fletcher Hobbs, Managing Member

RETURN TO (Please Type or Print within the box):
Steven F. Cade
Williams Kastner Greene & Markley
1515 SW Fifth Ave, Suite 600
Portland, OR 97201

### FEES
Required Processing Fee - $15.00    Processing Fees are nonrefundable.
Please make check payable to "Corporation Division."
NOTE:
Fees may be paid with VISA or MasterCard. The card number and expiration data
should be submitted on a separate sheet for your protection.

440 (01/12)

EXHIBIT
Page 3 Of 41

## ATTACHMENT TO ASL-1

1.　　The names and last known mailing addresses of the Owners of the Chattels charged with this lien include:

| | |
|---|---|
| teVelde, Gregory J. | Dixie Creek, a California General Partnership and |
| dba Lost Valley Farm | teVelde, Bernard, Jr., its General Partner |
| dba Willow Creek Dairy | |
| PO Box 1210 | 3601 Lacey Blvd |
| Boardman, OR 97818 | Hanford, CA 93230 |

　　　teVelde, Gregory J. and teVelde, Bernard, Jr. are individuals.  Dixie Creek, Lost Valley Farm and Willow Creek Dairy are businesses.

2.　　Custom Feed Services LLC, an Oregon limited liability company ("Claimant"), and Gregory J. teVelde, an individual doing business under the assumed names Willow Creek Dairy and Lost Valley Farms (the "Debtor"), are parties to a 2017 Silage Custom Farming Agreement dated June 12, 2017 (the "Agreement"), covering the entire 2017 crop year.  On and subject to the terms of the Agreement, the Debtor hired Claimant to harvest, haul, stack, pack and inoculate his 2017 crops that were converted to earlage and/or silage and then fed to the Debtor's cows and cows owned by Dixie Creek, a California General Partnership whose General Partner is Debtor's brother Bernard teVelde Jr. ("Dixie").  Under the terms of the Agreement, the Debtor agreed to pay Claimant for Claimant's work from time to time, as often as billed by Claimant and within 30 days of the date of each billing invoice, together with interest at the rate of 18% per annum on all amounts not paid within such 30-day period.

3.　　During the period from September 26, 2017 to October 19, 2017 Claimant provided custom farming services to the Debtor pursuant to the Agreement.  These services comprised of harvesting, preparing, transporting and storing Debtor's 2017 corn crops for use as feed for the cows which Debtor owns and for cows which Dixie owns.

4.　　The earlage and silage was fed to dairy cows and other animals owned by the Debtor and Dixie.

5.　　Claimant billed the Debtor for these services in two invoices.  This notice of claim of lien covers the services provided by Claimant and billed to the Debtor under Claimant's invoices dated 10/15/17 (#17-088) and 10/24/17 (#17-098), copies of which are attached hereto as Exhibits A and B, respectively.

6.　　As of December 8, 2017, the total amount due and owing to Claimant under the Agreement on account of Claimant's invoice #17-088 is $279,947.09 which includes principal of $272,685.44, plus interest at the rate of 18% per annum, or $134.48 per day, accruing from and after October 15, 2017 until paid.

7.　　As of December 8, 2017, the total amount due and owing to Claimant under the Agreement on account of Claimant's invoice #17-098 is $466,378.49 which includes principal of

EXHIBIT C
Page 4 Of 41

$456,253.41, plus interest at the rate of 18% per annum, or $225.00 per day, accruing from and after October 24, 2017 until paid.

8.      Claimant claims a lien under ORS 87.226 on all of the Debtor's 2017 corn crops and on all of the dairy cattle owned by Debtor and/or Dixie (including all unborn progeny thereof in utero on the date of the filing of this notice of claim of lien), as well as on all proceeds of such crops and animals, in each case to the fullest extent permitted by law. Without limiting the foregoing, the crops and animals on which Claimant asserts a lien under ORS 87.226 include those described below:

a.      The 50,808.27 tons of corn earlage and/or silage resulted from Claimant's services between September 26 and October 19, 2017 and billed under invoices 17-088 and 17-098. The corn crops harvested were grown on fields 104, 403, 404, 410, 412, 413, 501, 504, 506, 507, 508, 509, 510, 511, 601, 607, 617, 619, 620, 621, & 622 in the neighborhood of Debtor's dairy facility located at 73956 Homestead Lane, Boardman, Oregon; the resulting silage and/or earlage was delivered to that dairy facility. A map that depicts the general location of where the corn silage and/or earlage was delivered and stacked for storage is attached hereto as Exhibit C.

b.      The dairy cattle owned by Debtor and/or Dixie, consisting of cows and heifers, located at the Debtor's dairy at 73956 Homestead Lane, Boardman, Oregon, that have consumed, or do consume, the corn silage and/or earlage produced by Claimant under the Agreement for use as such feed. A map that depicts the general location of the dairy herd is attached hereto as Exhibit D.

9.      Claimant will, upon request, provide copies of the Agreement and of the records that support the invoices (including field reports, scale sheets and drymatter reports). Requests for supporting records should be addressed to Steven F. Cade, Williams Kastner Greene & Markley, 1515 SW 5th Ave., #600, Portland, Oregon, 97201, or sent via e-mail to scade@williamskastner.com.

# Invoice

Custom Feed Services LLC

PO Box 909
Irrigon, OR
97844

| Date | Invoice # |
|------|-----------|
| 10/15/2017 | 17-088 |

**Bill To**

Lost Valley Farm
PO Box 1210
Boardman, OR 97844

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1,844.35 | Field 607 chop haul stack and apply innoculant to 1844.35 tons of earlage. 5 mile haul | 19.75 | 36,425.91 |
| 1,697.68 | Field 104 chop haul stack and apply innoculant to 1697.68 tons of earlage. 6 mile haul | 20.00 | 33,953.60 |
| 1,854.12 | Field 622 chop haul stack and apply innoculant to 1854.12 tons of earlage. 7.5 mile haul | 20.38 | 37,786.97 |
| 1,875.96 | Field 621 chop haul stack and apply innoculant to 1875.96 tons of earlage 7 mile haul | 20.25 | 37,988.19 |
| 1,842.84 | Field 619 chop haul stack and apply innoculant to 1842.84 tons of earlage 6.5 mile haul | 20.13 | 37,096.37 |
| 1,058.75 | Field 620 Chop haul stack and apply innoculant to 1058.75 tons of earlage 7 mile haul | 20.25 | 21,439.69 |
| 1,817.02 | Field 617 Chop haul stack and apply innoculant to 1817.02 tons of earlage 6 mile haul | 20.00 | 36,340.40 |
| 916.64 | Field 510 Chop haul stack and apply innoculant to 916.64 tons of earlage short haul | 19.75 | 18,103.64 |
| 686.11 | Field 412 Chop haul stack and apply innoculant to 686.11 tons of earlage short haul | 19.75 | 13,550.67 |

No liens will be filed until 12/8/2017
Thanks for your business.

| **Total** | **$272,685.44** |
|-----------|-----------------|

**Custom Feed Services LLC**
P.O. Box 909
Irrigon, OR 97844
(541)-377-3349

**Invoice # 17-098**
24-Oct-17

Customer:  Lost Valley Farm
PO Box 1210
Boardman, OR 97818

Dates:  October 9th through October 19, 2017

Description:  Chop, haul, stack, pack, innoculant from Lost Valley Farm to East slab

| | |
|---|---|
| Fuel surcharge per ton: | ($0.12) |
| Chop/haul base price: | $9.75 |
| Stack tractors per ton: | $1.25 |
| Innoculant per ton | $0.38 |
| Extra pack tractors per ton: | $1.00 |
| Total price per ton | $12.26 |

| Field # | 601 | 508 | 506 | 511 | 504 | 507 |
|---|---|---|---|---|---|---|
| Drymatter | 40.69% | 39.27% | 36.73% | 35.75% | 40.49% | 40.88% |
| Tons | 3466.02 | 3727.59 | 3721.99 | 1766.58 | 1643.25 | 2907.14 |
| Adj. tons | 4,701.08 | 4,879.42 | 4,556.96 | 2,105.17 | 2,217.84 | 3,961.46 |

| Field # | 403 | 413 | 404 | 509 | 410 | 501 |
|---|---|---|---|---|---|---|
| Drymatter | 38.69% | 38.60% | 29.06% | 37.05% | 31.20% | 33.10% |
| Tons | 3155.27 | 3089.69 | 2837 | 835.34 | 1566.74 | 1213.65 |
| Adj. tons | 4,069.25 | 3,975.40 | 2,748.11 | 1,031.64 | 1,629.41 | 1,339.06 |

| Field# | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|
| Drymatter | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Tons | 0 | 0 | 0 | 0 | 0 | 0 |
| Adj. tons | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

|  | Total Tons | 37214.80 |
|---|---|---|
|  | Total due | $456,253.41 |

## EXHIBIT B - Page 1 of 1

EXHIBIT
Page 7 Of 41

11/27/2017                                         Google Maps

# Google Maps



Imagery ©2017 Google, Map data ©2017 Google     1000 ft

EXHIBIT C
Page 8 Of 41



Cows/heifers ⓘ



EXHIBIT D - Page 2 of 2



**Secretary of State**
Corporation Division - UCC
255 Capitol St. NE, Ste. 151
Salem, OR 97310-1327
Phone: (503) 986-2200
Fax: (503) 373-1166
FilingInOregon.com



FILED: FEB 16, 2018 05:00 PM
OREGON SECRETARY OF STATE

ASL          LIEN NO. 91462052     WILLOW CREEK DAIRY A

(Reserved for Filing Officer Use)

# ASL -1    Notice of Claim of Agricultural Services Lien

In keeping with ORS 192.410-192.595, the information on the application is public record.          Pursuant to ORS 87.242
We must release this information to all parties upon request and it may be posted on our website.

Please Type or Print Legibly in Black Ink. Attach Additional Sheet if Necessary.          02/16/2018   4:37PM 000001 #3532

**DEBTOR:** (Name of owner(s) of the chattels charged with this lien)          **MARK ONE** If Individual, list last name first          2001

1 NAME: **Willow Creek Dairy and Lost Valley Ranch**    ☑ Business  ☐ Individual          UCC          $15.00
                                                                                              CHECK       $15.00
2 NAME: **Te Velde, Gregory John**                     ☐ Business  ☑ Individual

MAILING ADDRESS: **PO Box 1210**

**Boardman OR 97114**
CITY          STATE          ZIPCODE

**CLAIMANT:**

NAME: **Western AG Improvements, Inc**

MAILING ADDRESS: **PO Box 819**

**Dayton, OR 97114   503-868-7510**
CITY          STATE          ZIPCODE          PHONE NUMBER

LIEN CLAIMANT'S DEMAND (after deducting all credits and offsets): $ **44,487.08**

THE UNDERSIGNED CLAIMS a lien upon certain chattels, including the following kinds of crops and/or described animals
**Cows, Heifer, Calves, Corn, Silage and Milk**

grown in the year **2018** upon or currently located at the following described farmland, range, ranch, orchard land:
**67500 Taggares Lane, Boardman, OR 97818 and 73956 Homestead Lane, Boardman, OR 97818**

THE LIEN ALSO IS CLAIMED upon the proceeds of the sale of any or all of said crops and animals and to the unborn progeny of said animals, which are
in utero on the date of the filing of this claim of lien. This lien is claimed for labor performed, materials supplied and/or services provided by claimant at
the request of the owner of said chattels to aid the growing or harvesting of crops and for the raising of livestock upon the land described above.

The provided labor, materials and/or services consisted of **Chemical, Fertilizer, Seed and other Agricultural Services**

The amount for which this lien is claimed is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien.
The date on which payment was due claimant for said labor, supplies and services was **2-15-18**

The terms of extended payment (if any) are **None**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence
in court and is subject to penalty for perjury.

Signature of Claimant or Representative:          Printed Name:

*by Dan S*          **By Darren Shelburne, CFO**

| RETURN TO (Please Type or Print within the box): | **FEES** |
|---|---|
| Western Ag Improvements, Inc<br>PO Box 819<br>Dayton, OR 97114 | Required Processing Fee - $15.00   Processing Fees are nonrefundable.<br>Please make check payable to "Corporation Division."<br>**NOTE:**<br>Fees may be paid with VISA or MasterCard. The card number and expiration date<br>should be submitted on a separate sheet for your protection. |

440 (01/12)

EXHIBIT C
Page 11 Of 41

**Western Ag Improvements, Inc**
## Open Invoices
### As of February 16, 2018

| Type | Date | Num | P. O. # | Terms | Due Date | Agi... | Open Balance |
|------|------|-----|---------|-------|----------|--------|--------------|
| **Willow Creek Dairy** | | | | | | | |
| Invoice | 12/01/2017 | 225490 | Jeddie Aylett | Net 60 | 01/30/2018 | 17 | 2,432.00 |
| Invoice | 12/07/2017 | 225423 | Travis | Net 60 | 02/05/2018 | 11 | 3,600.00 |
| Invoice | 12/14/2017 | 225515 | Travis Love | Net 60 | 02/12/2018 | 4 | 3,600.00 |
| Invoice | 12/22/2017 | 225580 | Travis | Net 60 | 02/20/2018 | | 3,600.00 |
| Invoice | 12/31/2017 | 225704 | | Net 60 | 03/01/2018 | | 731.08 |
| Invoice | 01/02/2018 | 225644 | Travis | Net 60 | 03/03/2018 | | 3,600.00 |
| Invoice | 01/04/2018 | 225835 | | Net 60 | 03/05/2018 | | 300.00 |
| Invoice | 01/09/2018 | 225725 | Travis | Net 60 | 03/10/2018 | | 3,600.00 |
| Invoice | 01/17/2018 | 225840 | Travis | Net 60 | 03/18/2018 | | 3,600.00 |
| Invoice | 01/29/2018 | 225885 | Travis | Net 60 | 03/30/2018 | | 3,600.00 |
| Invoice | 02/09/2018 | 226163 | | Net 60 | 04/10/2018 | | 1,800.00 |
| Invoice | 02/14/2018 | 226266 | Jeddie Aylett | Net 60 | 04/15/2018 | | 2,800.00 |
| Invoice | 02/15/2018 | 226311 | Travis | Net 60 | 04/16/2018 | | 2,700.00 |
| Invoice | 02/15/2018 | 226312 | Jeddie Aylett | Net 60 | 04/16/2018 | | 2,560.00 |
| Invoice | 02/15/2018 | 226321 | Jeddie Aylett | Net 60 | 04/16/2018 | | 700.00 |
| Invoice | 02/16/2018 | 226328 | | Net 60 | 04/17/2018 | | 3,008.00 |
| Invoice | 02/16/2018 | 226334 | | Net 60 | 04/17/2018 | | 2,256.00 |
| Total Willow Creek Dairy | | | | | | | 44,487.08 |
| **TOTAL** | | | | | | | 44,487.08 |



FILED: MAR 02, 2018 04:22 PM
OREGON SECRETARY OF STATE



Secretary of State
Corporation Division - UCC
255 Capitol St. NE, Ste. 151
Salem, OR 97310-1327
Phone: (503) 986-2200
Fax: (503) 373-1166
FilingInOregon.com

**ASL**     LIEN NO. 91476087        LOST VALLEY FARM FKA

(Reserved for Filing Officer Use)

## ASL -1     Notice of Claim of Agricultural Services Lien

In keeping with ORS 192.410-192.595, the information on the application is public record.                Pursuant to ORS 87.242
We must release this information to all parties upon request and it may be posted on our website.

Please Type or Print Legibly in Black Ink. Attach Additional Sheet if Necessary.

**DEBTOR:** (Name of owner(s) of the chattels charged with this lien)

**MARK ONE** if Individual, list last name first.

1 NAME: **Lost Valley Farm FKA Willow Creek Dairy**    ☑-Business ☐-Individual

2 NAME: **te Velde,  Gregory**    ☐-Business ☑-Individual

MAILING ADDRESS: **PO Box 1210**

**Boardman Oregon 97818**
CITY                STATE             ZIPCODE

03/02/2018  4:19PM 000001 #4324
0001
UCC        $15.00
CHECK      $15.00

**CLAIMANT:**

NAME: **Western Ag Improvements, Inc**

MAILING ADDRESS: **PO Box 819**

**Dayton, Oregon 97114**
CITY                STATE             ZIPCODE       PHONE NUMBER

LIEN CLAIMANT's DEMAND (after deducting all credits and offsets): $ **63,766.53**

THE UNDERSIGNED CLAIMS a lien upon certain chattels, including the following kinds of crops and/or described animals
**All All Diary cows, calves, cattle and dairy mile/cream, Corn and other Silage and Mile**

grown in the year **2018** upon or currently located at the following described farmland, range, ranch, orchard land:
**Lost Valley Farm/Willow Creek Dairy - 73956 Homestead Lane and 67500 Taggares Lane, Boardman, Oregon 97818**

THE LIEN ALSO IS CLAIMED upon the proceeds of the sale of any or all of said crops and animals and to the unborn progeny of said animals, which are
in utero on the date of the filing of this claim of lien. This lien is claimed for labor performed, materials supplied and/or services provided by claimant at
the request of the owner of said chattels to aid the growing or harvesting of crops and for the raising of livestock upon the land described above.

The provided labor, materials and/or services consisted of **Seed and Feed sold between December 1, 2017 to present**

The amount for which this lien is claimed is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien.
The date on which payment was due claimant for said labor, supplies and services was **2-28-2018**

The terms of extended payment (if any) are **None**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence
in court and is subject to penalty for perjury.

Signature of Claimant or Representative:                Printed Name:

*by Darren Shell, CFO*                **by Darren Shelburne, CFO**

RETURN TO (Please Type or Print within the box):
**Western Ag Improvements, Inc**
**PO Box 819**
**Dayton, OR 97114**

### FEES

Required Processing Fee  - $15.00        Processing Fees are nonrefundable.
Please make check payable to "Corporation Division."
NOTE:
Fees may be paid with VISA or MasterCard. The card number and expiration date
should be submitted on a separate sheet for your protection.

440 (01/12)

EXHIBIT C
Page 13 Of 41

2:09 PM

03/02/18

# Western Ag Improvements, Inc
## Open Invoices
### As of March 2, 2018

| Type | Date | Num | P. O. # | Terms | Due Date | Class | A... | Open Bal... |
|------|------|-----|---------|-------|----------|-------|------|-------------|
| **Lost Valley Farm FKA Willow Creek Dairy** | | | | | | | | |
| Invoice | 12/01/2017 | 225490 | Jeddie Aylett | Net 60 | 01/30/2018 | Hermisto... | 31 | 2,432.00 |
| Invoice | 12/07/2017 | 225423 | Travis | Net 60 | 02/05/2018 | Hermisto... | 25 | 3,600.00 |
| Invoice | 12/14/2017 | 225515 | Travis Love | Net 60 | 02/12/2018 | Hermisto... | 18 | 3,600.00 |
| Invoice | 12/22/2017 | 225580 | Travis | Net 60 | 02/20/2018 | Hermisto... | 10 | 3,600.00 |
| Invoice | 12/31/2017 | 225704 | | Net 60 | 03/01/2018 | Hermisto... | 1 | 731.08 |
| Invoice | 01/02/2018 | 225644 | Travis | Net 60 | 03/03/2018 | Hermisto... | | 3,600.00 |
| Invoice | 01/04/2018 | 225835 | | Net 60 | 03/05/2018 | Hermisto... | | 500.00 |
| Invoice | 01/09/2018 | 225725 | Travis | Net 60 | 03/10/2018 | Hermisto... | | 3,600.00 |
| Invoice | 01/17/2018 | 225840 | Travis | Net 60 | 03/18/2018 | Hermisto... | | 3,600.00 |
| Invoice | 01/29/2018 | 225885 | Travis | Net 60 | 03/30/2018 | Hermisto... | | 3,600.00 |
| Invoice | 02/09/2018 | 226163 | | Net 60 | 04/10/2018 | Hermisto... | | 1,800.00 |
| Invoice | 02/14/2018 | 226266 | Jeddie Aylett | Net 60 | 04/15/2018 | Hermisto... | | 2,800.00 |
| Invoice | 02/15/2018 | 226311 | Travis | Net 60 | 04/16/2018 | Hermisto... | | 2,700.00 |
| Invoice | 02/15/2018 | 226312 | Jeddie Aylett | Net 60 | 04/16/2018 | Hermisto... | | 3,200.00 |
| Invoice | 02/15/2018 | 226321 | Jeddie Aylett | Net 60 | 04/16/2018 | Hermisto... | | 758.00 |
| Invoice | 02/15/2018 | 226343 | Jeddie Aylett | Net 60 | 04/16/2018 | Hermisto... | | 3,008.00 |
| Invoice | 02/16/2018 | 226328 | | Net 60 | 04/17/2018 | Hermisto... | | 3,008.00 |
| Invoice | 02/16/2018 | 226334 | Jeddie Aylett | Net 60 | 04/17/2018 | Hermisto... | | 2,256.00 |
| Invoice | 02/21/2018 | 226408 | Jeddie Aylett | Net 60 | 04/22/2018 | Hermisto... | | 3,024.00 |
| Invoice | 02/26/2018 | 226457 | | Net 60 | 04/27/2018 | Hermisto... | | 1,504.00 |
| Invoice | 02/26/2018 | 226462 | Travis | Net 60 | 04/27/2018 | Hermisto... | | 2,700.00 |
| Invoice | 02/26/2018 | 226474 | Greg Tevelde | Net 60 | 04/27/2018 | Hermisto... | | 3,200.00 |
| Invoice | 02/27/2018 | 226494 | | Net 60 | 04/28/2018 | Hermisto... | | 2,048.00 |
| Invoice | 02/28/2018 | 226498 | | Net 60 | 04/29/2018 | Hermisto... | | 2,688.00 |
| Invoice | 02/28/2018 | 226543 | | Net 60 | 04/29/2018 | Hermisto... | | 209.45 |
| Total Lost Valley Farm FKA Willow Creek Dairy | | | | | | | | 63,766.53 |
| **TOTAL** | | | | | | | | **63,766.53** |

EXHIBIT C




FILED: MAR 02, 2018 04:22 PM
OREGON SECRETARY OF STATE



**Secretary of State**
Corporation Division - UCC
255 Capitol St. NE, Ste. 151
Salem, OR 97310-1327
Phone: (503) 986-2200
Fax: (503) 373-1166
FilingInOregon.com

ASL    LIEN NO. 91476087    LOST VALLEY FARM FKA

(Reserved for Filing Officer Use)

## ASL -1   Notice of Claim of Agricultural Services Lien

In keeping with ORS 192.410-192.595, the information on the application is public record.      Pursuant to ORS 87.242
We must release this information to all parties upon request and it may be posted on our website.

Please Type or Print Legibly in **Black** Ink. Attach Additional Sheet If Necessary.

**DEBTOR:** (Name of owner(s) of the chattels charged with this lien)     MARK ONE   if Individual, list last name first.

1 NAME: **Lost Valley Farm FKA Willow Creek Dairy**    ☑-Business   ☐-Individual

2 NAME: **te Velde, Gregory**    ☐-Business   ☑-Individual

MAILING ADDRESS: **PO Box 1210**

**Boardman Oregon 97818**
CITY       STATE      ZIPCODE

03/02/2018   4:19PM 000001 #4324
                 0001
UCC        $15.00
CHECK     $15.00

**CLAIMANT:**

NAME: **Western Ag Improvements, Inc**

MAILING ADDRESS: **PO Box 819**

**Dayton, Oregon 97114**
CITY       STATE      ZIPCODE      PHONE NUMBER

LIEN CLAIMANT's DEMAND (after deducting all credits and offsets): $ **63,766.53**

THE UNDERSIGNED CLAIMS a lien upon certain chattels, including the following kinds of crops and/or described animals
**All All Diary cows, calves, cattle and dairy mile/cream, Corn and other Silage and Mile**

grown in the year **2018** upon or currently located at the following described farmland, range, ranch, orchard land:
**Lost Valley Farm/Willow Creek Dairy - 73956 Homestead Lane and 67500 Taggares Lane, Boardman, Oregon 97818**

THE LIEN ALSO IS CLAIMED upon the proceeds of the sale of any or all of said crops and animals and to the unborn progeny of said animals, which are in utero on the date of the filing of this claim of lien. This lien is claimed for labor performed, materials supplied and/or services provided by claimant at the request of the owner of said chattels to aid the growing or harvesting of crops and for the raising of livestock upon the land described above.

The provided labor, materials and/or services consisted of **Seed and Feed sold between December 1, 2017 to present**

The amount for which this lien is claimed is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien.
The date on which payment was due claimant for said labor, supplies and services was **2-28-2018**

The terms of extended payment (if any) are **None**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Signature of Claimant or Representative:           Printed Name:

*by Darren Shelb, CFO*                by Darren Shelburne, CFO

RETURN TO (Please Type or Print within the box):

**Western Ag Improvements, Inc**
**PO Box 819**
**Dayton, OR 97114**

### FEES

Required Processing Fee - $15.00    Processing Fees are nonrefundable.
Please make check payable to "Corporation Division."
NOTE:
Fees may be paid with VISA or MasterCard. The card number and expiration date should be submitted on a separate sheet for your protection.

440 (01/12)

EXHIBIT C
Page 15 Of 41

2:09 PM
03/02/18

# Western Ag Improvements, Inc
## Open Invoices
### As of March 2, 2018

| Type | Date | Num | P. O. # | Terms | Due Date | Class | A... | Open Bal... |
|------|------|-----|---------|-------|----------|-------|------|-------------|
| **Lost Valley Farm FKA Willow Creek Dairy** | | | | | | | | |
| Invoice | 12/01/2017 | 225490 | Jeddie Aylett | Net 60 | 01/30/2018 | Hermisto... | 31 | 2,432.00 |
| Invoice | 12/07/2017 | 225423 | Travis | Net 60 | 02/05/2018 | Hermisto... | 25 | 3,600.00 |
| Invoice | 12/14/2017 | 225515 | Travis Love | Net 60 | 02/12/2018 | Hermisto... | 18 | 3,600.00 |
| Invoice | 12/22/2017 | 225580 | Travis | Net 60 | 02/20/2018 | Hermisto... | 10 | 3,600.00 |
| Invoice | 12/31/2017 | 225704 | | Net 60 | 03/01/2018 | Hermisto... | 1 | 731.08 |
| Invoice | 01/02/2018 | 225644 | Travis | Net 60 | 03/03/2018 | Hermisto... | | 3,600.00 |
| Invoice | 01/04/2018 | 225835 | | Net 60 | 03/05/2018 | Hermisto... | | 500.00 |
| Invoice | 01/09/2018 | 225725 | Travis | Net 60 | 03/10/2018 | Hermisto... | | 3,600.00 |
| Invoice | 01/17/2018 | 225840 | Travis | Net 60 | 03/18/2018 | Hermisto... | | 3,600.00 |
| Invoice | 01/29/2018 | 225885 | Travis | Net 60 | 03/30/2018 | Hermisto... | | 3,600.00 |
| Invoice | 02/09/2018 | 226163 | | Net 60 | 04/10/2018 | Hermisto... | | 1,800.00 |
| Invoice | 02/14/2018 | 226266 | Jeddie Aylett | Net 60 | 04/15/2018 | Hermisto... | | 2,800.00 |
| Invoice | 02/15/2018 | 226311 | Travis | Net 60 | 04/16/2018 | Hermisto... | | 2,700.00 |
| Invoice | 02/15/2018 | 226312 | Jeddie Aylett | Net 60 | 04/16/2018 | Hermisto... | | 3,200.00 |
| Invoice | 02/15/2018 | 226321 | Jeddie Aylett | Net 60 | 04/16/2018 | Hermisto... | | 758.00 |
| Invoice | 02/15/2018 | 226343 | Jeddie Aylett | Net 60 | 04/16/2018 | Hermisto... | | 3,008.00 |
| Invoice | 02/16/2018 | 226328 | | Net 60 | 04/17/2018 | Hermisto... | | 3,008.00 |
| Invoice | 02/16/2018 | 226334 | Jeddie Aylett | Net 60 | 04/17/2018 | Hermisto... | | 2,256.00 |
| Invoice | 02/21/2018 | 226408 | Jeddie Aylett | Net 60 | 04/22/2018 | Hermisto... | | 3,024.00 |
| Invoice | 02/26/2018 | 226457 | | Net 60 | 04/27/2018 | Hermisto... | | 1,504.00 |
| Invoice | 02/26/2018 | 226462 | Travis | Net 60 | 04/27/2018 | Hermisto... | | 2,700.00 |
| Invoice | 02/26/2018 | 226474 | Greg Tevelde | Net 60 | 04/27/2018 | Hermisto... | | 3,200.00 |
| Invoice | 02/27/2018 | 226494 | | Net 60 | 04/28/2018 | Hermisto... | | 2,048.00 |
| Invoice | 02/28/2018 | 226498 | | Net 60 | 04/29/2018 | Hermisto... | | 2,688.00 |
| Invoice | 02/28/2018 | 226543 | | Net 60 | 04/29/2018 | Hermisto... | | 209.45 |
| Total Lost Valley Farm FKA Willow Creek Dairy | | | | | | | | 63,766.53 |
| **TOTAL** | | | | | | | | 63,766.53 |

EXHIBIT C
Page 110 Of 41



Secretary of State
Corporation Division - UCC
255 Capitol St. NE, Ste. 151
Salem, OR 97310-1327
Phone: (503) 986-2200
Fax: (503) 373-1166
FilinginOregon.com

FILED: MAR 30, 2018 03:10 PM
OREGON SECRETARY OF STATE



LIEN NO. 91504260        TE VELDE, GREGORY JO

## ASL -1        Notice of Claim of Agricultural Services Lien        ASL

In keeping with ORS 192.410-192.595, the information on the application is public record.        Pursuant to ORS 87.242
We must release this information to all parties upon request and it may be posted on our website.

Please Type or Print Legibly in Black Ink. Attach Additional Sheet if Necessary.

**DEBTOR:** (Name of owner(s) of the chattels charged with this lien)

**MARK ONE** If individual, list last name first.

1 NAME: Gregory John te Velde        ☐ -Business   ☑ -Individual

2 NAME: dba Lost Valley Farm and dba Willow Creek Dairy        ☑ -Business   ☐ -Individual

MAILING ADDRESS: PO BOX 1210

| Boardman | Oregon | 97818 |
|---|---|---|
| CITY | STATE | ZIPCODE |

**CLAIMANT:**

NAME: Wyatt Enterprises LLC

MAILING ADDRESS: PO Box 969

| Hermiston | Oregon | 97838 | 541-567-6128 |
|---|---|---|---|
| CITY | STATE | ZIPCODE | PHONE NUMBER |

LIEN CLAIMANT'S DEMAND (after deducting all credits and offsets): $ 540,035.52

THE UNDERSIGNED CLAIMS a lien upon certain chattels, including the following kinds of crops and/or described animals
All Cows, Replacement Heifers, Bulls, Calves, All Milk production and proceeds

grown in the year 16,17,18 upon or currently located at the following described farmland, range, ranch, orchard land:
Lost Valley Farm and Willow Creek Dairy - 73956 Homestead Lane Boardman, OR 97818

THE LIEN ALSO IS CLAIMED upon the proceeds of the sale of any or all of said crops and animals and to the unborn progeny of said animals, which are in utero on the date of the filing of this claim of lien. This lien is claimed for labor performed, materials supplied and/or services provided by claimant at the request of the owner of said chattels to aid the growing or harvesting of crops and for the raising of livestock upon the land described above.

The provided labor, materials and/or services consisted of   Feed & Water Supply, Manure Management for all Cows, Heifers, Calves

The amount for which this lien is claimed is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien.
The date on which payment was due claimant for said labor, supplies and services was   Net 15

The terms of extended payment (if any) are   None

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Signature of Claimant or Representative:

Printed Name:   Luke Dynes - Member

RETURN TO (Please Type or Print within the box):
Luke Dynes
Wyatt Enterprises LLC
PO Box 969
Hermiston, OR 97838

## FEES
Required Processing Fee - $15.00        Processing Fees are nonrefundable.
Please make check payable to "Corporation Division."
NOTE:
Fees may be paid with VISA or MasterCard. The card number and expiration date should be submitted on a separate sheet for your protection.

440 (01/12)

EXHIBIT C
Page 17 Of 41

FILED: APR 05, 2018 02:03 PM
OREGON SECRETARY OF STATE



Secretary of State
Corporation Division - UCC
255 Capitol St. NE, Ste. 151
Salem, OR 97310-1327
Phone: (503) 986-2200
Fax: (503) 373-1166
FilinginOregon.com

ASL

LIEN NO. 91509789    TE VELDE, GREGORY JO

(Reserved for Filing Officer Use)

## ASL -1   Notice of Claim of Agricultural Services Lien

In keeping with ORS 192.410-192.595, the information on the application is public record.
We must release this information to all parties upon request and it may be posted on our website.

Pursuant to ORS 87.242

Please Type or Print Legibly in Black Ink. Attach Additional Sheet if Necessary.

**DEBTOR:** (Name of owner(s) of the chattels charged with this lien)

1 NAME: **Gregory John Te Velde**

MARK ONE  If Individual, list last name first.
☐-Business  ☑-Individual

2 NAME: **dba Lost Valley Farm & dba Willow Creek Dairy**

☑-Business  ☐-Individual

MAILING ADDRESS: **PO Box 1210**

**Boardman**  | **OR** | **97818**
CITY | STATE | ZIPCODE

**CLAIMANT:**

NAME: **Dynes Enterprises LLC**

MAILING ADDRESS: **PO Box 969**

**Hermiston** | **OR** | **97838** | **541-567-6128**
CITY | STATE | ZIPCODE | PHONE NUMBER

LIEN CLAIMANT'S DEMAND (after deducting all credits and offsets): $ **18,121.98**

THE UNDERSIGNED CLAIMS a lien upon certain chattels, including the following kinds of crops and/or described animals
**All Cows, Replacement Heifers, Bulls, Calves, All Milk Production and Proceeds**

grown in the year **2017,18** upon or currently located at the following described farmland, range, ranch, orchard land:
**Lost Valley Farm & Willow Creek Dairy - 73956 Homestead Lane Boardman, OR 97818**

THE LIEN ALSO IS CLAIMED upon the proceeds of the sale of any or all of said crops and animals and the unborn progeny of said animals, which are in utero on the date of the filing of this claim of lien. This lien is claimed for labor performed, materials supplied and/or services provided by claimant at the request of the owner of said chattels to aid the growing or harvesting of crops and for the raising of livestock upon the land described above.

The provided labor, materials and/or services consisted of **Custom Fabrication, Cows, Heifer, Calves Housing / Corrals**

The amount for which this lien is claimed is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien.
The date on which payment was due claimant for said labor, supplies and services was **Net 15**

The terms of extended payment (if any) are **none**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Signature of Claimant or Representative:    Printed Name:

Printed Name: **Luke Dynes - Member**

RETURN TO (Please Type or Print within the box):
**Luke Dynes**
**Dynes Enterprises LLC**
**PO Box 969**
**Hermiston, OR 97838**

## FEES
Required Processing Fee - $15.00    Processing Fees are nonrefundable.
Please make check payable to "Corporation Division."
NOTE:
Fees may be paid with VISA or MasterCard. The card number and expiration date should be submitted on a separate sheet for your protection.

440 (01/12)

EXHIBIT C
Page 18 Of 41





FILED: APR 05, 2018 02:28 PM
OREGON SECRETARY OF STATE

Secretary of State
Corporation Division - UCC
255 Capitol St. NE, Ste. 151
Salem, OR 97310-1327
Phone: (503) 986-2200
Fax: (503) 373-1166
FilingInOregon.com

ASL

LIEN NO. 91509854     TE VELDE, GREGORY JO

(Reserved for Filing Officer Use)

## ASL -1    Notice of Claim of Agricultural Services Lien

In keeping with ORS 192.410-192.595, the information on the application is public record.
We must release this information to all parties upon request and it may be posted on our website.

Pursuant to ORS 87.242

Please Type or Print Legibly in Black Ink. Attach Additional Sheet If Necessary.

**DEBTOR:** (Name of owner(s) of the chattels charged with this lien)

MARK ONE   If Individual, list last name first.

1 NAME: Gregory John te Velde

☐ I-Business   ☑ I-Individual

2 NAME: dba Lost Valley Farm & dba Willow Creek Dairy

☑ I-Business   ☐ I-Individual

MAILING ADDRESS: PO Box 1210

| Boardman | OR | 97818 |
|---|---|---|
| CITY | STATE | ZIPCODE |

**CLAIMANT:**

NAME: Soleseco LLC

MAILING ADDRESS: PO Box 969

| Hermiston | OR | 97838 | 541-567-6128 |
|---|---|---|---|
| CITY | STATE | ZIPCODE | PHONE NUMBER |

LIEN CLAIMANT'S DEMAND (after deducting all credits and offsets): $  28,693.82

THE UNDERSIGNED CLAIMS a lien upon certain chattels, including the following kinds of crops and/or described animals
All Cows, Replacement Heifers, Bulls, Calves, All Milk Production and Proceeds

grown in the year  2017,18 upon or currently located at the following described farmland, range, ranch, orchard land:
Lost Valley Farm & Willow Creek Dairy - 73956 Homestead Lane Boardman, OR 97818

THE LIEN ALSO IS CLAIMED upon the proceeds of the sale of any or all of said crops and animals and to the unborn progeny of said animals, which are in utero on the date of the filing of this claim of lien. This lien is claimed for labor performed, materials supplied and/or services provided by claimant at the request of the owner of said chattels to aid the growing or harvesting of crops and for the raising of livestock upon the land described above.
The provided labor, materials and/or services consisted of  Feed Supply for all Cows, Heifers and Calves

The amount for which this lien is claimed is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien.
The date on which payment was due claimant for said labor, supplies and services was  Net 30

The terms of extended payment (if any) are  none

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence
in court and is subject to penalty for perjury.

Signature of Claimant or Representative:                    Printed Name:

_____                              Luke Dynes - Memeber

RETURN TO (Please Type or Print within the box):
Luke Dynes
Soleseco LLC
PO Box 969
Hermiston, OR 9788

**FEES**
Required Processing Fee  •  $15.00     Processing Fees are nonrefundable.
Please make check payable to "Corporation Division."
NOTE:
Fees may be paid with VISA or MasterCard. The card number and expiration data
should be submitted on a separate sheet for your protection.

440 (01/12)

EXHIBIT C
Page 19 Of 41



FILED: APR 06, 2018 04:20 PM
OREGON SECRETARY OF STATE



Secretary of State
Corporation Division - UCC
255 Capitol St. NE, Ste. 151
Salem, OR 97310-1327
Phone: (503) 986-2200
Fax: (503) 373-1166
FilinginOregon.com

ASL        LIEN NO. 91510175        TE VELDE, GREGORY JO

(Reserved for Filing Officer Use)

## ASL -1   Notice of Claim of Agricultural Services Lien

In keeping with ORS 192.410-192.595, the information on the application is public record.          Pursuant to ORS 87.242
We must release this information to all parties upon request and it may be posted on our website.

Please Type or Print Legibly in Black Ink. Attach Additional Sheet if Necessary.

DEBTOR: (Name of owner(s) of the chattels charged with this lien)          MARK ONE   If Individual, list last name first.

1 NAME:  **Gregory John te Velde**                                ☐-Business  ☒-Individual

2 NAME:  **dba Lost Valley Farm & dba Willow Creek Dairy**        ☒-Business  ☐-Individual

MAILING ADDRESS:  **PO Box 1210**

**Boardman**                          **OR**          **97818**
CITY                                  STATE        ZIPCODE

CLAIMANT:

NAME:  **3D Idapro Solutions, LLC - Raw**

MAILING ADDRESS:  **1305 Albion Ave**

**Burley**                **ID**          **83318**        **541-567-6128**
CITY                      STATE        ZIPCODE          PHONE NUMBER

LIEN CLAIMANT'S DEMAND (after deducting all credits and offsets): $ **35,281.32**

THE UNDERSIGNED CLAIMS a lien upon certain chattels, including the following kinds of crops and/or described animals
**All Cows, Replacement Heifers, Bulls, Calves, All Milk Production and Proceeds**

grown in the year  **2017,18** upon or currently located at the following described farmland, range, ranch, orchard land:
**Lost Valley Farm & Willow Creek Dairy - 73956 Homestead Lane Boardman, OR 97818**

THE LIEN ALSO IS CLAIMED upon the proceeds of the sale of any or all of said crops and animals and to the unborn progeny of said animals, which are
in utero on the date of the filing of this claim of lien. This lien is claimed for labor performed, materials supplied and/or services provided by claimant at
the request of the owner of said chattels to aid the growing or harvesting of crops and for the raising of livestock upon the land described above.

The provided labor, materials and/or services consisted of  **Feed Supply for all Cows, Heifers and Calves**

The amount for which this lien is claimed is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien.
The date on which payment was due claimant for said labor, supplies and services was  **Net 15**

The terms of extended payment (if any) are  **none**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence
in court and is subject to penalty for perjury.

Signature of Claimant or Representative:                    Printed Name:

**Luke Dynes - Oregon Feed Manager**

RETURN TO (Please Type or Print within the box):

Luke Dynes
3D Idapro Solutions, LLC - Raw
1305 Albion Ave
Burley, ID 83318

**FEES**

Required Processing Fee - $15.00      Processing Fees are nonrefundable.

Please make check payable to "Corporation Division."

NOTE:
Fees may be paid with VISA or MasterCard. The card number and expiration date
should be submitted on a separate sheet for your protection.

440 (01/12)

EXHIBIT C
Page 27 of 47

LAW OFFICES

# Miller Mertens & Comfort PLLC

A Washington Professional Limited Liability Company
1020 NORTH CENTER PARKWAY, SUITE B
KENNEWICK, WASHINGTON 99336
(509) 374-4200· FAX: (509) 374-4229
www.mmclegal.net

MEMBERS
CHRISTOPHER J. MERTENS[+]
JOEL R. COMFORT
MICHAEL A. FROEHLICH
JOHN A. RASCHKO

+LICENSED IN WA & OR

OF COUNSEL
KENNETH A. MILLER[+]

LYNNE FOREST, BOOKKEEPER
lforest@mmclegal.net

March 23, 2018

*By Certified Mail Return Requested*
*and by First Class Mail*

RE:    Debtor:    *Willow Creek Dairy a/k/a Lost Valley Farm*
                  *Gregory J. TeVelde*
       Claimant:  *Medelez, Inc.*

To Whom It May Concern:

Enclosed please find a copy of the *Notice of Claim of Agricultural Services Lien* filed with the Secretary of State, Oregon on 3/22/2018.

Thank you for your attention to this matter. Please feel free to contact our office if you have any questions or concerns.

Very truly yours,

MILLER MERTENS & COMFORT, PLLC

Lynne Forest
Bookkeeper

/lf

Enclosure

n:\k16157\willow creek\ltr-various encl ag lien 180323 klf.doc

EXHIBIT C
Page 21 Of 41



**FILED: MAR 22, 2018 01:21 PM**
**OREGON SECRETARY OF STATE**

Secretary o
Corporation
255 Capitol !
Salem, OR 9
Phone: (503
Fax   (503
FilinginOregon.com

ASL

LIEN NO. 91494403    WILLOW CREEK DAIRY A

(Reserved for Filing Officer Use)

## ASL -1   Notice of Claim of Agricultural Services Lien

In keeping with ORS 192.410-192.505, the information on the application is public record. Pursuant to ORS 87.242
We must release this information to all parties upon request and it may be posted on our website.

Please Type or Print Legibly in Black Ink. Attach Additional Sheet If Necessary.

**DEBTOR:** (Name of owner(s) of the chattels charged with this lien)

MARK ONE   If individual, list last name first.

1 NAME: **Willow Creek Dairy a/k/a Lost Valley Farm**    ☑-Business  ☐-Individual

2 NAME: **Gregory J. TeVelde d/b/a Lost Valley Farm**    ☐-Business  ☑-Individual

MAILING ADDRESS: **67500 Taggares Ln**

**Boardman**    **OR**    **97818**
CITY    STATE    ZIPCODE

**CLAIMANT:**

NAME: **Medelez, Incorporated**

MAILING ADDRESS: **30522 Oldfield St**

**Hermiston**    **OR**    **97838**    **541-567-4098**
CITY    STATE    ZIPCODE    PHONE NUMBER

LIEN CLAIMANT'S DEMAND (after deducting all credits and offsets) $  **36,650.74 (Ex A)**

THE UNDERSIGNED CLAIMS a lien upon certain chattels, including the following kinds of crops and/or described animals

**Dairy cattle, calves, replacement cows, heifers**

grown in the year  **2016**   upon or currently located at the following described farmland, range, ranch, orchard land:

**67500 Taggares Ln, Boardman, OR 97818 and/or 75906 Three Mile Rd, Boardman, OR 97818 and/or 73956 Homestead Ln, Boardman, OR 97818**

THE LIEN ALSO IS CLAIMED upon the proceeds of the sale of any or all of said crops and animals and to the unborn progeny of said animals, which are in utero on the date of the filing of this claim of lien. This lien is claimed for labor performed, materials supplied and/or services provided by claimant at the request of the owner of said chattels to aid the growing or harvesting of crops and for the raising of livestock upon the land described above.

The provided labor, materials and/or services consisted of  **hauling, corn silage, corn waste and corn materials**

The amount for which this lien is claimed is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien,
The date on which payment was due claimant for said labor, supplies and services was  **September 20, 2016**

The terms of extended payment (if any) are  **None**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Signature of Claimant or Representative:    Printed Name:

**Benito Medelez, Jr.**

RETURN TO (Please Type or Print within the box):
Kenneth A. Miller
Miller, Mertens & Comfort, PLLC
1020 N Center Pkwy Ste B
Kennewick, WA 99336-7161

**FEES**
Required Processing Fee – $15.00    Processing Fees are nonrefundable.
Please make check payable to "Corporation Division."
NOTE:
Fees may be paid with VISA or MasterCard. The card number and expiration date should be submitted on a separate sheet for your protection.

440 (01/12)

EXHIBIT C
Page 22 Of 41



30522 Oldfield St.
Hermiston, OR 97838

# Statement

| Date |
|------|
| 3/19/2018 |

| Bill To |
|---------|

Willow Creek Dairy
67500 Taggares Ln
Boardman, OR 97818

| Amount Due | Amount Enc. |
|------------|-------------|
| $36,650.74 | |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 01/08/2018 | INV #72310. Due 12/09/2017. Orig. Amount $11,995.90. SILAGE-JANUARY | 11,995.90 | 11,995.90 |
| 01/29/2018 | INV #72494. Due 01/29/2018. Orig. Amount $1,327.06. SILAGE-JANUARY | 1,327.06 | 13,322.96 |
| 02/09/2018 | INV #72497. Due 02/09/2018. Orig. Amount $6,293.28. SILAGE-FEB | 6,293.28 | 19,616.24 |
| 02/14/2018 | INV #72612. Due 01/05/2018. Orig. Amount $8,731.24. SILAGE-FEB | 8,731.24 | 28,347.48 |
| 02/25/2018 | INV #72621. Due 03/15/2018. Orig. Amount $2,855.02. SILAGE-FEB | 2,855.02 | 31,202.50 |
| 03/01/2018 | INV #72622. Due 03/09/2018. Orig. Amount $5,448.24. SILAGE-MARCH | 5,448.24 | 36,650.74 |

EXHIBIT

A

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 8,303.26 | 16,351.58 | 11,995.90 | 0.00 | $36,650.74 |

Reduce your paper consumption! Sign up for EBilling and receive your invoices and statements by email. Contact Andrea at AndreaC@eotnet.net. Thank you for your business.

EXHIBIT C
Page 23 Of 41

# COREY, BYLER & REW, L.L.P.
## ATTORNEYS AT LAW

*THIS COPY IS FOR YOUR INFORMATION*

STEVEN H. COREY*
DAVID M. BLANC°
TIMOTHY P. O'ROURKE
STEVEN N. THOMAS
KARIN E. DALLAS
JENNIFER E. CURRIN
PATRICK M. GREGG
NICHOLAS R. BLANC°

222 S.E. DORION AVENUE
P.O. BOX 218
PENDLETON, OREGON  97801-0218

TELEPHONE (541) 276-3331
FAX (541) 276-3148

HENRY C. LORENZEN, OF COUNSEL

ROBERT E. O'ROURKE, RETIRED
DOUGLAS E. HOJEM, RETIRED

GEORGE H. COREY, DECEASED
ALEX M. BYLER, DECEASED
LAWRENCE B. REW, DECEASED

Email: blanc@corey-byler.com

*Admitted in Oregon and Washington
°Admitted in Oregon and California

April 24, 2018

VIA CERTIFIED MAIL, RETURN RECEIPT
REQUESTED AND BY FIRST CLASS MAIL

Lost Valley Farm
P.O. Box 1210
Boardman, OR 97818

    Re:    Notice of Claim of Agricultural Services Lien
           Claimant:  Cold Springs Veterinary Services, Inc.
           Debtor:  Gregory John te Velde/Lost Valley Farm
           Lien No:  91522566
           Filing Date:  April 19, 2018
           Our File No:  118-173-1

    Enclosed you will find a copy of the above-referenced Notice of Claim of Agricultural Services Lien filed against Gregory John te Velde and Lost Valley Farm on behalf of Cold Springs Veterinary Services, Inc.

    Your attention to this matter is appreciated.

                        Sincerely,

                        DAVID M. BLANC

DMB:vlk
Encs.
cc:   Michael B. Collins
      Cold Springs Veterinary Services, Inc.

EXHIBIT C
Page 24 of 41

# COREY, BYLER & REW, L.L.P.
### ATTORNEYS AT LAW

THIS COPY IS FOR YOUR INFORMATION

STEVEN H. COREY*
DAVID M. BLANC*
TIMOTHY P. O'ROURKE
STEVEN N. THOMAS
KARIN E. DALLAS
JENNIFER E. CURRIN
PATRICK M. GREGG
NICHOLAS R. BLANC°

222 S.E. DORION AVENUE
P.O. BOX 218
PENDLETON, OREGON 97801-0218

TELEPHONE (541) 276-3331
FAX (541) 276-3148

HENRY C. LORENZEN, OF COUNSEL

ROBERT E. O'ROURKE, RETIRED
DOUGLAS E. HOJEM, RETIRED

GEORGE H. COREY, DECEASED
ALEX M. BYLER, DECEASED
LAWRENCE B. REW, DECEASED

Email: blanc@corey-byler.com

*Admitted in Oregon and Washington
°Admitted in Oregon and California

April 24, 2018

VIA CERTIFIED MAIL, RETURN RECEIPT
REQUESTED AND BY FIRST CLASS MAIL

Lost Valley Farm
5850 Ave. 160
Tipton, CA 93272

> Re:  Notice of Claim of Agricultural Services Lien
>      Claimant:  Cold Springs Veterinary Services, Inc.
>      Debtor:  Gregory John te Velde/Lost Valley Farm
>      Lien No:  91522566
>      Filing Date:  April 19, 2018
>      Our File No:  118-173-1

Enclosed you will find a copy of the above-referenced Notice of Claim of Agricultural Services Lien filed against Gregory John te Velde and Lost Valley Farm on behalf of Cold Springs Veterinary Services, Inc.

Your attention to this matter is appreciated.

Sincerely,

/ S/

DAVID M. BLANC

DMB:vlk
Encs.
cc:  Michael B. Collins
     Cold Springs Veterinary Services, Inc.

EXHIBIT _____
Page 25 Of 41

# COREY, BYLER & REW, L.L.P.
## ATTORNEYS AT LAW

*THIS COPY IS FOR YOUR INFORMATION*

STEVEN H. COREY*
DAVID M. BLANC°
TIMOTHY P. O'ROURKE
STEVEN N. THOMAS
KARIN E. DALLAS
JENNIFER E. CURRIN
PATRICK M. GREGG
NICHOLAS R. BLANC°

222 S.E. DORION AVENUE
P.O. BOX 218
PENDLETON, OREGON  97801-0218

TELEPHONE (541) 276-3331
FAX (541) 276-3148

HENRY C. LORENZEN, OF COUNSEL

ROBERT E. O'ROURKE, RETIRED
DOUGLAS E. HOJEM, RETIRED

GEORGE H. COREY, DECEASED
ALEX M. BYLER, DECEASED
LAWRENCE B. REW, DECEASED

Email: blanc@corey-byler.com

*Admitted in Oregon and Washington
°Admitted in Oregon and California

April 24, 2018

VIA CERTIFIED MAIL, RETURN RECEIPT
REQUESTED AND BY FIRST CLASS MAIL

Gregory John te Velde
P.O. Box 1210
Boardman, OR 97818

Re:    Notice of Claim of Agricultural Services Lien
       Claimant:  Cold Springs Veterinary Services, Inc.
       Debtor:  Gregory John te Velde/Lost Valley Farm
       Lien No:  91522566
       Filing Date:  April 19, 2018
       Our File No:  118-173-1

Enclosed you will find a copy of the above-referenced Notice of Claim of Agricultural Services Lien filed against Gregory John te Velde and Lost Valley Farm on behalf of Cold Springs Veterinary Services, Inc.

Your attention to this matter is appreciated.

Sincerely,

/S/

DAVID M. BLANC

DMB:vlk
Encs.
cc:    Michael B. Collins
       Cold Springs Veterinary Services, Inc.

EXHIBIT  C
Page  26 Of  41

THIS COPY IS FOR
YOUR INFORMATION

# COREY, BYLER & REW, L.L.P.
## ATTORNEYS AT LAW

STEVEN H. COREY\*
DAVID M. BLANC°
TIMOTHY P. O'ROURKE
STEVEN N. THOMAS
KARIN E. DALLAS
JENNIFER E. CURRIN
PATRICK M. GREGG
NICHOLAS R. BLANC°

222 S.E. DORION AVENUE
P.O. BOX 218
PENDLETON, OREGON 97801-0218

TELEPHONE (541) 276-3331
FAX (541) 276-3148

HENRY C. LORENZEN, OF COUNSEL

ROBERT E. O'ROURKE, RETIRED
DOUGLAS E. HOJEM, RETIRED

GEORGE H. COREY, DECEASED
ALEX M. BYLER, DECEASED
LAWRENCE B. REW, DECEASED

Email: blanc@corey-byler.com

\*Admitted in Oregon and Washington
°Admitted in Oregon and California

April 24, 2018

VIA CERTIFIED MAIL, RETURN RECEIPT
REQUESTED AND BY FIRST CLASS MAIL

Gregory John te Velde
5850 Avenue 160
Tipton, CA 93272

> Re:    Notice of Claim of Agricultural Services Lien
>        Claimant:  Cold Springs Veterinary Services, Inc.
>        Debtor:  Gregory John te Velde/Lost Valley Farm
>        Lien No:  91522566
>        Filing Date:  April 19, 2018
>        Our File No:  118-173-1

Enclosed you will find a copy of the above-referenced Notice of Claim of Agricultural Services Lien filed against Gregory John te Velde and Lost Valley Farm on behalf of Cold Springs Veterinary Services, Inc.

Your attention to this matter is appreciated.

Sincerely,

/S/

DAVID M. BLANC

DMB:vlk
Encs.
cc:    Michael B. Collins
       Cold Springs Veterinary Services, Inc.

EXHIBIT ____
Page 27 Of 41

APR-19-2018 THU 10:05 AM Corey Byler Rew et al LLP FAX NO. 15410703140

FILED: APR 19, 2018 09:27 AM
OREGON SECRETARY OF STATE



ASL  LIEN NO. 91522566  TE VELDE, GREGORY JO



Secretary of State
Corporation Division – UCC
255 Capitol St. NE, Ste. 151
Salem, OR 97310-1327
Phone: (503) 986-2200
Fax: (503) 373-1166
FilinginOregon.com

(Reserved for Filing Officer Use)

# ASL -1  Notice of Claim of Agricultural Services Lien

Pursuant to ORS 87.242

In keeping with ORS 192.410-192.595, the information on this application is public record.
We must release this information to all parties upon request and it may be posted on our website.

Please Type or Print Legibly in Black Ink. Attach Additional Sheet if Necessary.

**DEBTOR:** (Name of owner(s) of this chattels charged with this lien)

MARK ONE If individual, list last name first.

1 NAME: **Gregory John te Velde** ☐ Business ☑ Individual

2 NAME: **Lost Valley Farm** ☑ Business ☐ Individual

MAILING ADDRESS: **P.O. Box 1210**

**Boardman** **OR** **97818**
CITY STATE ZIPCODE

**CLAIMANT:**

NAME: **Cold Springs Veterinary Services, Inc.**

MAILING ADDRESS: **P.O. Box 623**

**Hermiston** **OR** **97838** **(541)-571-0278**
CITY STATE ZIPCODE PHONE NUMBER

LIEN CLAIMANT'S DEMAND (after deducting all credits and offsets): $ **169,844.41**

THE UNDERSIGNED CLAIMS a lien upon certain chattels, including the following kinds of crops and/or described animals

**All cows, heifers, bulls, calves and unborn progeny in utero at the time of filing and proceeds thereof**

grown in the year _____ upon or currently located at the following described farmland, range, ranch, orchard land:

**73956 Homestead Lane, Boardman, OR 97818**

THE LIEN ALSO IS CLAIMED upon the proceeds of the sale of any or all of said crops and animals and to the unborn progeny of said animals, which are in utero on the date of the filing of this claim of lien. This lien is claimed for labor performed, materials supplied and/or services provided by claimant at the request of the owner of said chattels to aid the growing or harvesting of crops and for the raising of livestock upon the land described above.

The provided labor, materials and/or services consisted of **veterinary medical care and medical supplies for livestock**

The amount for which this lien is claimed is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien.
The date on which payment was due claimant for said labor, supplies and services was **Due date for each invoice shown on attachment**

The terms of extended payment (if any) are _____

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Signature of Claimant or Representative: _(signature)_

Printed Name: **Daniel Vander Stelt, President**

RETURN TO (Please Type or Print within this box):

David M. Blanc
Corey, Byler & Rew, LLP
P.O. Box 218
Pendleton, OR 97801

**FEES**

Required Processing Fee — $15.00 Processing Fees are nonrefundable.
Please make check payable to "Corporation Division"
NOTE:
Fees may be paid with VISA or MasterCard. The card number and expiration date should be submitted on a separate sheet for your protection.

440 (01/12)

EXHIBIT C
Page 28 Of 41

APR-19-2018 THU 10:05 AM Corey Byler Rew etal LLP     FAX NO. 15412763148     P. 05

# Cold Springs Veterinary Service

## A/R AGING DETAIL

### As of April 18, 2018

| DATE | TRANSACTION TYPE | NUM | CUSTOMER | DUE DATE | AMOUNT | OPEN BALANCE |
|------|------------------|-----|----------|----------|--------|--------------|
| **91 or more days past due** | | | | | | |
| 11/30/2017 | Credit Memo | 10010 | Lost Valley Farm | 11/30/2017 | -2,222.14 | -2,222.14 |
| 11/30/2017 | Invoice | 9983 | Lost Valley Farm | 12/30/2017 | 9,173.65 | 9,173.65 |
| 11/30/2017 | Invoice | 10009 | Lost Valley Farm | 12/30/2017 | 40,987.88 | 40,987.88 |
| 12/31/2017 | Credit Memo | 10036 | Lost Valley Farm | 12/31/2017 | -1,823.81 | -1,823.81 |
| Total for 91 or more days past due | | | | | $46,115.58 | $46,115.58 |
| **61 - 90 days past due** | | | | | | |
| 12/31/2017 | Invoice | 10018 | Lost Valley Farm | 01/30/2018 | 8,259.20 | 8,259.20 |
| 12/31/2017 | Invoice | 10029 | Lost Valley Farm | 01/30/2018 | 36,702.05 | 36,702.05 |
| 01/31/2018 | Credit Memo | 10067 | Lost Valley Farm | 01/31/2018 | -2,236.35 | -2,236.35 |
| Total for 61 - 90 days past due | | | | | $42,724.90 | $42,724.90 |
| **31 - 60 days past due** | | | | | | |
| 01/31/2018 | Invoice | 10044 | Lost Valley Farm | 03/02/2018 | 10,371.05 | 10,371.05 |
| 01/31/2018 | Invoice | 10062 | Lost Valley Farm | 03/02/2018 | 42,485.32 | 42,485.32 |
| 03/02/2018 | Credit Memo | 10079 | Lost Valley Farm | 03/02/2018 | -848.07 | -848.07 |
| Total for 31 - 60 days past due | | | | | $52,008.30 | $52,008.30 |
| **1 - 30 days past due** | | | | | | |
| 02/28/2018 | Invoice | 10075 | Lost Valley Farm | 03/30/2018 | 7,075.00 | 7,075.00 |
| 02/28/2018 | Invoice | 10077 | Lost Valley Farm | 03/30/2018 | 18,460.77 | 18,460.77 |
| Total for 1 - 30 days past due | | | | | $25,535.77 | $25,535.77 |
| **Current** | | | | | | |
| 03/31/2018 | Invoice | 10113 | Lost Valley Farm | 04/30/2018 | 3,459.86 | 3,459.86 |
| Total for Current | | | | | $3,459.86 | $3,459.86 |
| **TOTAL** | | | | | $169,844.41 | $169,844.41 |

EXHIBIT C
Page 29 Of 41



FILED: APR 19, 2018 01:41 PM
OREGON SECRETARY OF STATE



Secretary of State
Corporation Division – UCC
255 Capitol St. NE, Ste. 151
Salem, OR 97310-1327
Phone: (503) 986-2200
Fax: (503) 373-1166
FilinginOregon.com

ASL    LIEN NO. 91522888    TEVELDE, GREGORY J.

(Reserved for Filing Officer Use)

## ASL -1    Notice of Claim of Agricultural Services Lien

Pursuant to ORS 87.242

In keeping with ORS 192.410-192.595, the information on the application is public record.
We must release this information to all parties upon request and it may be posted on our website.

Please Type or Print Legibly in Black Ink. Attach Additional Sheet if Necessary.

**DEBTOR:** (Name of owner(s) of the chattels charged with this lien)

**MARK ONE** If Individual, list last name first.

1 NAME: **SEE ATTACHMENT TO ASL-1**    ☑-Business    ☐-Individual

2 NAME:    ☐-Business    ☐-Individual

MAILING ADDRESS:

CITY    STATE    ZIPCODE

**CLAIMANT:**

NAME: **SCOTT HARVESTING, LLC**

MAILING ADDRESS: **PO BOX 790**

**STANFIELD**    **OR**    **97875**    **541-561-8535**
CITY    STATE    ZIPCODE    PHONE NUMBER

LIEN CLAIMANT'S DEMAND (after deducting all credits and offsets) $ **117,914.72**

THE UNDERSIGNED CLAIMS A lien upon certain chattels, including the following kinds of crops and/or described animals
All of Debtors 2017 corn crops and all of Debrors' dairy cattle

grown in the year **2017** upon or currently located at the following described farmland, range, ranch, orchard land:
see attachment to ASL-1

THE LIEN ALSO IS CLAIMED upon the proceeds of the sale of any or all of said crops and animals and to the unborn progeny of said animals, which are
in utero on the date of the filing of this claim of lien. This lien is claimed for labor performed, materials supplied and/or services provided by claimant at
the request of the owner of said chattels to aid the growing or harvesting of crops and for the raising of livestock upon the land described above.

The provided labor, materials and/or services consisted of **harvesting Debtors corn crops to aid the feeding of cattle (see attachment)**

The amount for which this lien is claimed is a true and bona fide existing debt as of the date of the filing of this notice of claim of lien.
The date on which payment was due claimant for said labor, supplies and services was **March 14, 2017 and April 4, 2018**

The terms of extended payment (if any) are **none**

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence
in court and is subject to penalty for perjury.

Signature of Claimant or Representative:    Printed Name:

*Patrick F Scott*    **Patrick F Scott, Managing Member**

RETURN TO (Please Type or Print within the box):
Scott Harvesting, LLC
PO Box 790
Stanfield, OR 97875
dscott@scottsharvesting.biz

**FEES**

Required Processing Fee  -  $15.00    Processing Fees are nonrefundable.
Please make check payable to "Corporation Division."

NOTE:
Fees may be paid with VISA or MasterCard. The card number and expiration date
should be submitted on a separate sheet for your protection.

440 (01/12)

EXHIBIT C
Page 30 of 41

ATTACHMENT TO ASL-1

1. The names and last known mailing addresses of the Owners of the Chattels charged with this lien include:

> teVelde, Gregory J.
> dba Lost Valley Farm
> dba Willow Creek Dairy
> PO Box 1210 Boardman, OR 97818
>
> Dixie Creek, a California General Partnership and
> teVelde, Bernard, Jr. its General Partner
> 3601 Lacey Blvd
> Hanford, CA 93230
>
> teVelde, Gregory J. and teVelde, Bernard, Jr are individuals. Dixie Creek, Lost Valley Farm and Willow Creek Dairy are businesses.

2. During the period from May 2017 thru March 2018 Scott Harvesting, LLC a business provided custom harvesting services for corn for silage and earlage, chopping alfalfa for silage, and delivered silage to dairy cows for feed at 73956 Homestead Lane, Boardman Oregon, and delivered alfalfa hay to dairy cows located at LGW ranch on Country Lane, Hermiston Oregon.

3. The earlage and silage and alfalfa hay was fed to dairy cows and other animals owned by the Debtor and Dixie

4. As of April 13, 2018 the total amount due and owing to Claimant is $117,914.72 and includes all services performed to date and feed delivered as well as credits for feed purchased back by Scott Harvesting, LLC.

5. The dairy cattle owned by Debtor and/or Dixie, consisting of cows and heifers located at the Debtor's dairy at 73956 Homestead Lane, Boardman, Oregon that have consumed, or do consume the corn silage and/or earlage harvested by Claimant for use as feed.

EXHIBIT C
Page 31 Of 41

# Statement

Scott Harvesting, LLC

PO Box 790
Stanfield, OR 97875

| Date |
|---|
| 4/13/2018 |

| To: |
|---|
| Lost Valley Dairy<br>PO Box 1210<br>Boardman, OR 97818 |

| | | Amount Due | Amount Enc. |
|---|---|---|---|
| | | $117,914.72 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/14/2017 | INV #2078. Due 03/14/2017. Orig. Amount $2,797.20. Barrett Alfalfa Hay Delivered to LGW | 2,509.52 | 2,509.52 |
| 05/11/2017 | INV #1626. Due 05/11/2017. Orig. Amount $14,464.28. Walker Alfalfa 1st cut | 14,464.28 | 16,973.80 |
| 11/01/2017 | INV #1656. Due 11/01/2017. Orig. Amount $47,173.75. Earlage Corn | 47,173.75 | 64,147.55 |
| 11/01/2017 | INV #1657. Due 11/01/2017. Orig. Amount $45,056.07. LVD Corn Chopping 17 | 45,056.07 | 109,203.62 |
| 11/01/2017 | INV #1658. Due 11/01/2017. Orig. Amount $5,411.10. LVD Corn Chopping 17 | 5,411.10 | 114,614.72 |
| 04/04/2018 | INV #1670. Due 04/04/2018. Orig. Amount $1,375.00. Hauling Silage thru 3-30-18 | 1,375.00 | 115,989.72 |
| 04/04/2018 | INV #2080. Due 04/04/2018. Orig. Amount $1,925.00. Sent 4/4/18 | 1,925.00 | 117,914.72 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 3,300.00 | 0.00 | 0.00 | 114,614.72 | $117,914.72 |

EXHIBIT C
Page 32 Of 41

Scott Harvesting, LLC

PO Box 790
Stanfield, OR 97875

# Credit Memo

| Date | Credit No. |
|------|-----------|
| 4/9/2018 | 2081 |

| Customer |
|----------|
| Lost Valley Dairy<br>PO Box 1210<br>Boardman, OR 97818 |

| P.O. No. | Project |
|----------|---------|
| Van de Brake Alf | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Van de Brake Alfalfa pd 12/12/17 - Scotts purchased | | 4,462.09 | -4,462.09 |

| | | |
|---|---|---|
| **Total** | | -$4,462.09 |
| **Invoices** | | $4,462.09 |
| **Balance Credit** | | $0.00 |

EXHIBIT C
Page 33 Of 41

Scott Harvesting, LLC

PO Box 790
Stanfield, OR 97875

# Credit Memo

| Date | Credit No. |
|------|-----------|
| 4/9/2018 | 2082 |

| Customer |
|----------|
| Lost Valley Dairy<br>PO Box 1210<br>Boardman, OR 97818 |

| P.O. No. | Project |
|----------|---------|
| Sorhum Purchased | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Sorghum Silage - Harvest Cost | -46.5 | 20.23 | -940.70 |
| Sorghum Silage corrected to 12% dm (hay equivalent) | -19.02 | 90.00 | -1,711.80 |

*Scott's Purchased*

| | |
|---|---|
| **Total** | -$2,652.50 |
| **Invoices** | $2,652.50 |
| **Balance Credit** | $0.00 |

EXHIBIT C
Page 34 Of 41

# Scott Harvesting, LLC

PO Box 790
Stanfield, OR 97875

# Invoice

| Date | Invoice # |
|---|---|
| 4/4/2018 | 1670 |

**Bill To**

Lost Valley Dairy
PO Box 1210
Boardman, OR 97818

| P.O. | Terms |
|---|---|
| Hauling Silage | Due on receipt |

| Quantity | Units | Description | Rate | Amount |
|---|---|---|---|---|
| 1 | Load | Hauling Sorghum Silage from LGW to LVD on Jan 31, 2018 | 275.00 | 275.00 |
| 1 | Load | Hauling Sorghum Silage from LGW to LVD on March 2, 2018 | 275.00 | 275.00 |
| 2 | Loads | Hauling Sorghum Silage from LGW to LVD on March 3, 2018 | 275.00 | 550.00 |
| 1 | Load | Hauling Sorghum Silage from LGW to LVD on March 30, 2018 | 275.00 | 275.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $1,375.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,375.00 |

EXHIBIT C
Page 35 Of 41

## Scott Harvesting, LLC

PO Box 790
Stanfield, OR 97875

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/4/2018 | 2080 |

**Bill To**

Lost Valley Dairy
PO Box 1210
Boardman, OR 97818

| P.O. | Terms |
|------|-------|
|  | Due on receipt |

| Quantity | Units | Description | Rate | Amount |
|----------|-------|-------------|------|--------|
| 2 | Load | Hauling Silage 2/1/18 from LGW to LVD | 275.00 | 550.00 |
| 2 | Load | Hauling Silage 2/2/18 from LGW to LVD | 275.00 | 550.00 |
| 2 | Load | Hauling Silage 3/7/18 from LGW to LVD | 275.00 | 550.00 |
| 1 | Load | Hauling Silage 3/9/18 from LGW to LVD | 275.00 | 275.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $1,925.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,925.00 |

EXHIBIT C
Page 36 Of 41

## Scott Harvesting, LLC

PO Box 790
Stanfield, OR  97875

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/1/2017 | 1656 |

**Bill To**

Lost Valley Dairy
PO Box 1210
Boardman, OR  97818

| P.O. | Terms |
|------|-------|
| Earlage | Due on receipt |

| Quantity | Units | Description | Rate | Amount |
|----------|-------|-------------|------|--------|
| 2,183.97 | Ton | Chopping Corn for Earlage | 14.50 | 31,667.57 |
| 2,183.97 | Ton | Hauling Corn for Earlage | 4.85 | 10,592.25 |
| 2,183.97 | Ton | Packing Silage pit | 2.25 | 4,913.93 |

Thank you for your business.

| Total | $47,173.75 |
|-------|-----------|
| Payments/Credits | $0.00 |
| Balance Due | $47,173.75 |

EXHIBIT  C
Page  37  Of- 41

# Scott Harvesting, LLC

PO Box 790
Stanfield, OR  97875

# Invoice

| Date | Invoice # |
|---|---|
| 11/1/2017 | 1657 |

**Bill To**

Lost Valley Dairy
PO Box 1210
Boardman, OR  97818

| P.O. | Terms |
|---|---|
| LVD Corn 2017 | Due on receipt |

| Quantity | Units | Description | Rate | Amount |
|---|---|---|---|---|
| 4,574.22 | Tons | Chopping Forages – Pivot 503 | 5.00 | 22,871.10 |
| 4,574.22 | Tons | Hauling Corn | 4.85 | 22,184.97 |

Thank you for your business.

| | |
|---|---|
| **Total** | $45,056.07 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $45,056.07 |

EXHIBIT  C
Page 38 Of 41

# Scott Harvesting, LLC

PO Box 790
Stanfield, OR  97875

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/1/2017 | 1658 |

**Bill To**

Lost Valley Dairy
PO Box 1210
Boardman, OR  97818

| P.O. | Terms |
|------|-------|
| LVD Corn 2017 | Due on receipt |

| Quantity | Units | Description | Rate | Amount |
|----------|-------|-------------|------|--------|
| 549.35 | Tons | Chopping Forages - Pivot 509 | 5.00 | 2,746.75 |
| 549.35 | Tons | Hauling Corn | 4.85 | 2,664.35 |

Thank you for your business.

| | |
|---|---|
| **Total** | $5,411.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,411.10 |

EXHIBIT  C
Page  39  Of  41

# Scott Harvesting, LLC

PO Box 790
Stanfield, OR 97875

# Invoice

| Date | Invoice # |
|---|---|
| 5/11/2017 | 1626 |

**Bill To**

Lost Valley Dairy
PO Box 1210
Boardman, OR 97818

| P.O. | Terms |
|---|---|
| Walker-Alfalfa 1st... | Due on receipt |

| Quantity | Units | Description | Rate | Amount |
|---|---|---|---|---|
| 110 | Acres | Merging Forages/ per Acre | 12.00 | 1,320.00 |
| 716.31 | Ton | Chopping Forages - Alf & Triticale | 5.00 | 3,581.55 |
| 716.31 | Ton | Hauling Forage Crops from Field | 4.85 | 3,474.10 |
| 716.31 | Ton | Bagging Forage Crops | 7.75 | 5,551.40 |
| 716.31 | Ton | Innoculant Applied to Forage Crops | 0.75 | 537.23 |

Thank you for your business.

| | |
|---|---|
| **Total** | $14,464.28 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $14,464.28 |

EXHIBIT C
Page 40 Of 41

## Scott Harvesting, LLC

PO Box 790
Stanfield, OR  97875

# Invoice

| Date | Invoice # |
|---|---|
| 3/14/2017 | 2078 |

**Bill To**

Lost Valley Dairy
PO Box 1210
Boardman, OR  97818

| P.O. | Terms |
|---|---|
| Alfalfa Hay | Due on receipt |

| Quantity | Units | Description | Rate | Amount |
|---|---|---|---|---|
| 31.08 | Ton | Alfalfa Hay delivered to LGW on 3-4-17 | 90.00 | 2,797.20 |

| | |
|---|---|
| **Total** | $2,797.20 |
| **Payments/Credits** | -$287.68 |
| **Balance Due** | $2,509.52 |

EXHIBIT C
Page 41 Of 41