```
WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:  (559) 435-9868
E-mail:     rileywalter@W2LG.com
```

Attorneys for Debtor in Possession

## IN THE UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**GREGORY JOHN TE VELDE,**<br><br>Debtor in Possession.<br><br>Tax ID #:  xxx-xx-7505<br>Address:　5850 Avenue 160<br>　　　　　　Tipton, CA 93272 | CASE NO.  18-11651<br><br>DC No.: WW-1<br><br>Chapter 11<br><br>Date:　May 8, 2018<br>Time:　1:30 p.m.<br>Place:　2500 Tulare Street<br>　　　　　Fresno, CA 93721<br>　　　　　Courtroom 11<br>Judge:　Honorable Fredrick E. Clement |

### PROOF OF SERVICE

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; I am an employee of Walter Wilhelm Law Group, 205 East River Park Circle, Suite 410, Fresno, CA 93720.

On May 2, 2018, I served the foregoing document(s) described as:

1. **Notice of Continued Hearing on Motion for Continued Use of Cash Collateral and to Borrow Money on a Secured Basis;**
2. **Motion for Continued Use of Cash Collateral and to Borrow Money on a Secured Basis;**
3. **Memorandum of Points and Authorities in Support of Motion for Continued Use of Cash Collateral and to Borrow Money on a Secured Basis;**
4. **Declaration Gregory John te Velde in Support of Motion for Authority to Use Cash Collateral and to Borrow Money on a Secured Basis; and**

5. **Exhibits to Motion for Continued Use of Cash Collateral and to Borrow Money on a Secured Basis.**

on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

XXX　　**(U.S. POSTAL SERVICE)** I am "readily familiar" with the firm's practice of collection and processing correspondence for serving by mail. Under that practice correspondence is deposited with the U.S. Postal Service with postage thereon fully prepaid during U.S.P.S. business hours. I am aware that on motion of the party served, the service can be declared invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit.

**SEE ATTACHED SERVICE LIST**

XXX　　**(E-MAIL SERVICE)** I transmitted the above-described document via e-mail to the persons that have an e-mail address shown on the Service List.

**SEE ATTACHED SERVICE LIST**

Executed on May 2, 2018, at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Marina Subia

Debtor
Gregory John te Velde
5850 Ave. 160
Tipton, CA 93272
gjtevelde@aol.com

US Trustee
Office of the U.S. Trustee
2500 Tulare St., Ste. 1401
Fresno, CA 93721
ustpRegion17.fr.ecf@usdoj.gov
greg.powell@usdoj.gov
Robin.tubesing@usdoj.gov

**Special Notice**

Jeffer Mangels Butler & Mitchell LLP
Richard Rogan
Bennett Young
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
rrogan@JMBM.com

Don Howell, Receiver
18489 Avenue 16 1/2
Madera CA 93637-0000
dghowell@unwiredbb.com

Carson te Velde
1486 Firestone Drive
Tulare, CA 93274
teveldeprd@gmail.com

Collins & Collins
Michael Collins, Attorney
326 SE Second Street
Pendleton, OR 97801
mike@pendletonlaw.net

Schuil & Associates
Marc Schuil
5020 W. Mineral King Ave.
Visalia, CA 93291
marc@schuil.com

Law Offices of Bradley Silva
Bradley Silva
8050 N. Palm Ave., Ste. 300
Fresno, CA 93711
bas@silvalawoffice.net

Kahn Soares & Conway
Richard C. Conway
219 N. Douty Street
Hanford, CA 93230
rconway@kschanford.com

Jeffer Mangels Butler & Mitchell LLP
Bennett G. Young
Two Embaradero Center, 5th Floor
San Francisco, CA 94111
Byoung@jmbm.com

Wild Carter &Tipton
Don Pool
246 W. Shaw Ave.
Fresno, CA 93704-2644
dpool@wctlaw.com

Schwabe Williamson & Wyatt
Elizabeth Howard
1211 SW Fifth Avenue
Suite 1900
Portland, OR 97204
ehoward@schwabe.com

Glassberg Pollak & Assoc.
Robert Pollak
1000 4th St Ste 570
San Rafael, CA 94901
rlpollak@glassberg-pollak.com

Schwabe, Williamson & Wyatt
Alex Poust
Dariel Loiselle
1211 SW Fifth Avenue Suite 1900
Portland, OR 97204
apoust@schwabe.com
dloiselle@schwabe.com

Kahn Soares & Conway
Joseph Soars
219 N. Douty Street
Hanford, CA 93230
JFS@TulareEsq.com

Scott Hookland LLP
Douglas R. Hookland
PO Box 23414
Tigard, OR 23414

US Trustee
Robin Tubesing
Office of the U.S. Trustee
2500 Tulare St., Ste. 1401
Fresno, CA 93721
Robin.tubesing@usdoj.gov

Davis Wright Tremaine LLP
Joseph VanLeuven
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
joevanleuven@dwt.com

Christopher E. Seymour, Esq.
Gilmore Magness Janisse
7789 N. Ingram Ave. Suite 105
Fresno, CA 93711
cseymour@gmlegal.net

Fetherston Edmonds, LLP
Ben C. Fetherston, Jr.
960 Liberty Street, Suite 110
Salem, OR 97302
bfetherston@FE-Attorneys.com

Williams Kastner Greene & Markley
Charles R. Markley
Stephen Arnot
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
CMarkley@williamskastner.com
SArnot@williamskastner.com

Kahn Soares & Conway
Rissa A. Stuart
219 N. Douty Street
Hanford, CA 93230
rstuart@kschanford.com

Gloria M. Oates
Dutra & Oates, a Prof. Corp.
2377 Gold Meadow Way, Suite 280
Gold River, CA 95670
gmoates@jps.net

| | | |
|---|---|---|
| Jeffrey C. Misley<br>Sussman Shank LLP<br>1000 S.W. Broadway, Suite 1400<br>Portland OR 97205-0000<br>jmisley@sussmanshank.com | Gibbs Giden Locher, et al<br>Philip C. Zvonicek<br>1880 Century Park East, 12th Floor<br>Los Angeles, CA 90067-1621 | Perkins Coie LLP<br>Sara Chenetz<br>1888 Century Park East, Ste. 1700<br>Los Angeles, CA 90067-1721<br>SChenetz@perkinscoie.com |
| Frandzel Robins Bloom & Csato L.C<br>Michael J. Gomez<br>516 W. Shaw Ave., Ste. 200<br>Fresno, CA 93704<br>mgomez@frandzel.com | Stoel Rives LLP<br>Alyssa M. Petroff<br>760 SW Ninth Ave., Ste. 3000<br>Portland, OR 97205<br>Alyssa.petroff@stoel.com | |

## 20 Largest Unsecured Creditors

| | | |
|---|---|---|
| MWI Animal Health<br>PO Box 5717<br>Boise, ID 93705<br>DDrabek@mwianimalhealth.com | Conway Hay Sales<br>30314 Road 68<br>Visalia CA 93291-0000<br>conwayhaysales@gmail.com | |
| Koncrete Industries, Inc.<br>PO Box 911<br>Walla Walla WA 99362-0000<br>accounting@koncreteindustries.com | Environmental Fabrics, LLC<br>85 Pascon Court<br>Gaston SC 29053-0000 | Nucor Building Systems<br>PO Box 907<br>Brigham City, UT 84302<br>Sharon.smith@nbsut.com |
| Delaval Direct Dist., LLC<br>2761 E. Edison, Suite B<br>Sunnyside, WA 98944 | Buttonwillow Warehouse Co.<br>PO Box 98<br>Buttonwillow, CA 93206<br>Csandoval@techag.com | Chaffey & Sons, Inc<br>23522 Chaffey Lane NE<br>Aurora, OR 97002 |
| Daritech, Inc.<br>8540 Benson Rd.<br>Lynden, WA 98264 | Animal Health International, Inc.<br>PO Box 561305<br>Denver, CO 80256-1305 | Sage Hollow Ranch, LLC<br>3620 Independence Rd.<br>Sunnyside, WA 98944 |
| Penny Newman Grain, Inc.<br>2691 S. Cedar Avenue<br>Fresno, CA 93725<br>mike@penny-newman.com | Reyes Trucking, Inc.<br>900 E. Rankin, Space 127<br>Tulare, CA 93274<br>reyes.trucking00@gmail.com | LTI, Inc.<br>PO Box 34026<br>Seattle, WA 98124-1026<br>lyndenAR@lynden.com |
| US Commodities, LLC<br>PO Box 760417<br>Minneapolis, MN 55486<br>LPeterson@agmotion.com | CRV Holdings, Inc.<br>2423 American Lane<br>Madison, WI 53704<br>Jamie.cayo@crv4all.us | Northwest Liquid Transport 1, Inc.<br>530 H Street Rd.<br>Lynden, WA 98264 |
| U.S. Farm Systems<br>2955 S. "K" Street<br>Tulare, CA 93274<br>jhoule@usfarmsystems.com | | |

## Secured Creditors

Boardman Tree Farm, LLC
Attn: Jeff Nuss, Member
77200 Poleline Road
Boardman OR 97818-0000

Rabobank N.A.
45 River Park Place, Ste. 108
Fresno, CA 93720
James.Oliver@rabobank.com
Nicola.Merrifield-Olivia@rabobank.com

Golden State Farm Credit, fka
Federal Land Bank of Kingsburg
Mike Rico, CEO
1580 Ellis Street
Kingsburg, CA 93631
michael.rico@gsfarmcredit.com

J.D. Heiskell Holdings, LLC
Sandy Orique, Credit Manager
PO Box 1379
Tulare, CA 93275
sorique@heiskell.com

Diversified Financial Services, LLC
14010 FNB Parkway
Suite 400
Omaha, NE 68154

John Deere Construction
and Forestry Company
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6630

AGCO Finance, LLC
PO Box 2000
Johnston, IA 50131

VFS US, LLC
PO Box 26131
Greensboro, NC 27402

Barton Laser Leveling
Attn: Robert G. Barton, President
PO Box 4
Hermiston, OR 97838

Lower Tule River I.D.
357 E. Olive Avenue
Tipton, CA 93272
ltrid@ltrid.org

Hatfield Mfg. Inc.
1823 Shoestring Road
Gooding, ID 83330
wjk@kuhnlawoffices.com

IRZ Consulting
500 N. 1st Street
Hermiston, OR 97838

Morrow County Tax Office
P.O. Box 247
Heppner, OR 97836

Koncrete Industries, Inc.
PO Box 911
Walla Walla, WA 99362

Martin Leasing Resource, LLC
PO Box 729
Tipton, MO 65081

Scott Madison
75512 Highway 207
Echo, OR 97826

Tulare County Tax Collector
221 S. Mooney Blvd., Rm. 104-E
Visalia CA 93291-4593

Re Inc. Co.
dba PRO Rentals and Sales
2414 Hwy 2 East
Highway 395
Kalispell, MT 59901

Frings Ranch
Attn: Michael H. Frings, President
14998 Avenue 192
Tulare CA 93274-0000
Fringsranch@yahoo.com

Barton Laser Leveling
Attn: Robert G. Barton, President
PO Box 4
Hermiston, OR 97838
joanie@bartonlaser.com

Western Ag Improvement, Inc.
Attn: Darren Shelburne, CFO
PO Box 731
Hermiston, OR 97838

Western Ag Improvement, Inc.
Attn: Darren Shelburne, CFO
PO Box 819
Dayton, OR 97114

Scott Harvesting, LLC
Attn: Patrick F. Scott, Managing Member
PO Box 790
Stanfield, OR 97875
dscott@scottharvesting.biz

Custom Feed Services, LLC
Attn: J. Fletcher Hobbs, Managing Member
PO Box 909
Irrigon OR 97844-0000

Williams Kastner Greene & Markley
Steven F. Cade
15615 SW Fifth Ave., Ste. 600
Portland, OR 97201

Overland Stockyard
Doug Belezzuoli, President
10565 9th Avenue
Hanford CA 93230-0000
doug@overlandstockyard.com
julie@overlandstockyard.com

Wyatt Enterprises LLC
Attn: Luke Dynes, Member
PO Box 969
Hermiston, OR 97838

Cold Springs Veterinary Services, Inc.
Attn: Daniel Vander Stelt, President
PO Box 623
Hermiston OR 97838-0000

3D Idapro Solutions, LLC – Raw
Attn: Luke Dynes, Oregon Feed Manager
1305 Albion Ave.
Burley, ID 83318

Valmont Northwest, Inc.
4225 Capital Ave.
Pasco, WA 99301
len.burton@valmont.com

Morrow County Tax Office
P.O. Box 247
Heppner, OR 97836

Corey Byler & Rew LLP
David M. Blanc
PO Box 218
Pendleton, OR 97801
blanc@corey-byler.com

Medelez, Incorporated
Attn: Benito Medelez, Jr.
30522 Oldfield St.
Hermiston, OR 97838

Dynes Enterprises LLC
Attn: Luke Dynes, Member
PO Box 969
Hermiston, OR 97838

Solesceco LLC
Attn: Luke Dynes, Member
PO Box 969
Hermiston, OR 97838

Kenneth A. Miller
Miller Mertens & Comfort PLLC
1020 N. Center Pkwy, Ste. B
Kennewick, WA 99336-7161

Valmont Northwest, Inc.
4225 Capital Ave.
Pasco WA 99301-0000
len.burton@valmont.com

M:\S-U\te Velde\Pleadings\WW-1 Motion for Use of Cash Collateral\service list.050218.gaa.docx