WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

GREGORY JOHN TE VELDE,

Debtor in Possession.

Tax ID #: xxx-xx-7505
Address: 5850 Avenue 160
Tipton, CA 93272

CASE NO. 18-11651

DC No.: WW-1

Chapter 11

Date: May 8, 2018
Time: 1:30 p.m.
Place: 2500 Tulare Street
Fresno, CA 93721
Courtroom 11
Judge: Honorable Fredrick E. Clement

## DECLARATION OF GREGORY JOHN TE VELDE IN SUPPORT OF THE MOTION FOR USE OF CASH COLLATERAL

I, Gregory John te Velde, hereby declare and represent as follows:

1. My name is Gregory John te Velde. I am a dairyman and I have over 37 years of experience in the dairy business. As is set out in my Declaration of April 27, 2018, I own and operate three large dairies, two of which are in California, and one of which is in Oregon.

2. I am seeking authority to use cash collateral. The cash collateral consists of milk sale revenues from all three dairies, cattle and calf sale proceeds from my California dairies. I am not seeking permission at this time to use the cow or calf sale

proceeds stemming from Lost Valley Farm, nor any cash collateral of Boardman Tree Farm.

3. Attached to this Declaration is a budget of uses of cash collateral for the period ending June 16, 2018. The projections were prepared by people working under my direction and control. I have reviewed the proposed uses and I believe that they are reasonable and realistic.

4. I note that the budget does not include any debt service payments for this interim period nor does it include any payments for raising my heifers.

5. For the interim period all of the uses of cash collateral are to be applied solely for care and feeding of my livestock and farming expenses. I note that we are fast approaching some critical planning decisions for crops.

I am over the age of 18 and if called as a witness I would testify as is set out in this declaration. I so declare and represent under penalty of perjury this 4th day of May, 2018 at Tipton, California

_____
Gregory John te Velde