WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Debtor in Possession

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

In re

**GREGORY JOHN TE VELDE,**

Debtor in Possession.

Tax ID #: xxx-xx-7505
Address: 5850 Avenue 160
Tipton, CA 93272

CASE NO. 18-11651

DC No.: WW-1

Chapter 11

Date: May 8, 2018
Time: 1:30 p.m.
Place: 2500 Tulare Street
Fresno, CA 93721
Courtroom 11
Judge: Honorable Clement

**EXHIBITS TO DECLARATION OF GREGORY JOHN TE VELDE IN SUPPORT OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

| Exhibit | Description | Pages |
|---|---|---|
| A | Budget | 9 |
| B | Proposed Order Authorizing Motion for Continued Use of Cash Collateral and to Borrow Money on a Secured Basis | 4 |

Dated: May 4, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: /s/ Riley C. Walter
Riley C. Walter,
Attorneys for Debtor in Possession

---

EXHIBITS TO DECLARATION OF GREGORY JOHN TE VELDE IN SUPPORT OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND TO BORROW MONEY ON A SECURED BASIS

-1-

M:\S-U\te Velde\Pleadings\WW-1 Motion for Use of Cash Collateral\Exh.page.050418.gaa.docx

# EXHIBIT A
# CASH COLLATERAL BUDGET

On May 2, 2018 the Debtor in Possession filed and served his Motion for Authority to Use Cash Collateral and to Borrow Money on a Secured Basis.

Exhibit A to the Motion advised creditors that the Debtor's budget for cash collateral uses would be filed and served by Noon on May 4, 2018 in accordance with the Court's Order on May 1, 2018.

Attached hereto as Exhibit 1 is the Debtor's cash collateral budget for the period ending June 16, 2018. The Debtor seeks to use the cash collateral shown on the schedules through June 16, 2018.

It is noted that the budget provides only for actual and necessary expenses for feeding the Debtor's livestock and for critical spring season farming expenses. The budget does not provide for debt service on secured debts nor for payment to calf raisers.

It is noted that the certain Oregon creditors assert agricultural service liens ("ASL"). The Debtor's position on these is as set out below. Consistent with the Debtor's position the anticipated receipts for LVF calf and cow sales will not be used pending further order of the Court and will be segregated and held apart from other cash collateral.

At the hearing the Debtor will request that it be allowed to receive and use the post-petition milk sale revenues produced at LVF with the asserted ASL to have replacement liens of a like nature and extent as to future milk sale revenues.

The proposed Order is attached as Exhibit B.

The following creditors have filed agricultural service liens ("ASL") with the Oregon Secretary of State: Rabobank, N. A., J.D. Heiskell Holdings, LLC and Overland Stockyards, Inc. and eleven (11) Oregon creditors consisting of Barton Laser Leveling, Inc.; Custom Feed Services, LLC; Western Ag Improvements, Inc.; Medelez, Incorporated; Cold Springs Veterinary Services, Inc.; Scott Harvesting, LLC; Wyatt Enterprises LLC; Dynes Enterprises LLC; Solesco LLC; 3D Idapro Solutions, LLC- Raw; and Jenk Farms.

The products against which the ASL are asserted vary from claimant to claimant. Some assert that the ASL attaches to milk sale revenue, some against cattle, some against crops and some against all of the above.

The Debtor contends that some of the ASL are not valid due to such things as lack of perfection, failure to comply with the filing requirements, untimeliness, and dispute as to amount.

However the most significant issue is whether the ASL attach to milk sale revenues.

The ASL law, by its terms, provides for attachment as to proceeds of the agricultural inputs provided by the claimant. The law does not provide for attachments as to products. The Debtor contends that the ASL do not reach milk sale revenues, which are products, although they do agree that the ASL, to the extend otherwise valid, attach to livestock and crops.

In this instance there is a State Court law suit styled Custom Feed Services v. Greg te Velde et al. By this suit, Custom Feed Services, Inc. asserts that the ASL of Custom Feed Services, Inc., Jenk Farms, Western Ag Improvements, Inc., and Barton Laser Leveling have attached to chattels owned by the Debtor and that these ASL trump or prime the constituted security interests of Rabo, JDH and OSY.

The Debtor agrees that to the extent there is a valid ASL the ASL does attach to the Oregon livestock and crops. This includes ASL claimants who are not parties to the State Court suit including those having lodged demands to the Debtor's milk possession.

Thus is all valid ASL are attached to the Oregon livestock (including the calves held at Fring's Ranch which are subject to a senior California livestock service lien) and the proceeds thereof consisting of LVF cow and calf sale proceeds.

However, as to milk sale revenues there is a dispute.

Columbia River Processing ("CRP") has processed and purchased milk from the Debtor. Prepetition the following claimants asserted ASL against these revenues: Barton Laser Leveling, Dynes Enterprises LLC, Wyatt Enterprises LLC, Solesco, LLC, 3D Idapro Solutions, Custom Feed Services, Inc., Western Ag, Medelez, Incorporated, Cold Spring Veterinary Services, Inc. and Scott Harvesting.

As a consequence as of April 26, 2018, the petition date, GRP had impounded $1,300,000 and is resisting paying this sum over to the Debtor.

On April 30, 2018 an additional $818,000± was impounded by CRP for post-petition milk revenues.

The Debtor asserts that the milk sale revenues impounded by CRP are cash collateral that the Debtor may use in his Chapter 11 case subject to the consensual

liens of Rabo, JDH, and OSY since these revenues are not subject to any ASL because ASLs do not reach products, only proceeds, and because none of these claimants have a security agreement, which is required by Section 552.

At the hearing on May 8, 2018 the Debtor will request that the court order CRP to turnover the $818,000 for use by the Debtor in accordance with the cash collateral budget. The liens of ASL claimants will be granted replacement liens as to future milk sale revenues to the extent the ASL proves to be valid.

Within 21 days of May 8, 2018 the Debtor will file an adversary proceeding naming all consensual lien and ASL claimants seeking an order requiring a turnover for use as cash collateral of the $1,300,000 of withheld milk sale revenues and a determination as to the validity amount and priority of each defendant as to liens on the milk sale revenues and other products such as livestock and crops.

So that the decision of the Court may be expedited, the Debtor will ask the Court to prescribed accelerated scheduling for this lien determination dispute.

M:\S-U\te Velde\Pleadings\WW-1 Motion for Use of Cash Collateral\EXHIBIT A.050318.gaa.docx

Greg te Velde
Summary of Cash Flows
Cash Flow Budget

5/4/2018 9:24
| | Bal. 4/26/18 | Wk 1<br>4/29-5/5<br>April/May | Wk 2<br>5/6-5/12<br>May | Wk 3<br>5/13-5/19<br>May | Wk 4<br>5/20-5/26<br>May | Wk 5<br>5/27-6/2<br>May/June | Wk 6<br>6/3-6/9<br>Jun | Wk 7<br>6/10-6/16<br>Jun | Total |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 498,822 | $ 498,822 | $ 1,767,726 | $ 643,323 | $ 1,338,116 | $ 213,713 | $ 1,670,103 | $ 569,931 | $ 2,712,959 |
| **Operating Sources of Cash:** | | | | | | | | | |
| Net Milk Revenue-GJT | | $ 571,868 | $ - | $ 571,868 | $ - | $ 848,153 | $ - | $ 721,071 | $ 2,712,959 |
| Net Milk Revenue-PRD | | $ 1,329,521 | $ - | $ 1,329,521 | $ - | $ 1,800,601 | $ - | $ 1,505,152 | $ 5,964,793 |
| Net Milk Revenue-LVF | | $ 818,801 | $ - | $ 414,000 | $ - | $ 414,000 | $ - | $ 414,000 | $ 2,060,801 |
| Sale of Calves-GJT | | $ 788 | $ 788 | $ 788 | $ 788 | $ 788 | $ 788 | $ 788 | $ 5,519 |
| Sale of Calves-PRD | | $ 42,222 | $ 42,222 | $ 42,222 | $ 42,222 | $ 42,222 | $ 42,222 | $ 42,222 | $ 295,554 |
| Sale of Calves-LVF | | $ 527 | $ 527 | $ 527 | $ 527 | $ 527 | $ 527 | $ 527 | $ 3,687 |
| Cow Sales-GJT | | $ 24,842 | $ 24,842 | $ 24,842 | $ 24,842 | $ 24,842 | $ 24,842 | $ 24,842 | $ 173,893 |
| Cow Sales-PRD | | $ 39,141 | $ 39,141 | $ 39,141 | $ 39,141 | $ 39,141 | $ 39,141 | $ 39,141 | $ 273,988 |
| Cow Sales-LVF | | $ 15,351 | $ 15,351 | $ 15,351 | $ 15,351 | $ 15,351 | $ 15,351 | $ 15,351 | $ 107,457 |
| Rent Income-LVF | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Operating Sources of Cash** | | $ 2,843,061 | $ 122,871 | $ 2,438,259 | $ 122,871 | $ 3,185,625 | $ 122,871 | $ 2,763,094 | $ 11,598,652 |
| **Operating Expenses:** | | | | | | | | | |
| Feed Purchases-GJT | | $ 171,307 | $ 171,307 | $ 171,307 | $ 171,307 | $ 165,781 | $ 165,781 | $ 165,781 | $ 1,182,571 |
| Feed Purchases-PRD | | $ 360,338 | $ 360,338 | $ 360,338 | $ 360,338 | $ 348,714 | $ 348,714 | $ 348,714 | $ 2,487,491 |
| Feed Purchases-LVF | | $ 219,525 | $ 219,525 | $ 219,525 | $ 219,525 | $ 212,443 | $ 212,443 | $ 212,443 | $ 1,515,429 |
| Farming Costs-GJT | | $ 20,306 | $ 52,334 | $ 52,334 | $ 52,334 | $ 52,334 | $ 52,334 | $ 52,334 | $ 334,311 |
| Farming Costs-PRD | | $ 16,998 | $ 90,779 | $ 90,779 | $ 90,779 | $ 90,779 | $ 90,779 | $ 90,779 | $ 561,672 |
| Farming Costs-LVF | | $ 27,209 | $ 80,710 | $ 80,710 | $ 80,710 | $ 80,710 | $ 80,710 | $ 80,710 | $ 511,471 |
| **Total Feed and Farming** | | $ 815,683 | $ 974,993 | $ 974,993 | $ 974,993 | $ 950,761 | $ 950,761 | $ 950,761 | $ 6,592,945 |
| Wages | | $ 413,410 | $ - | $ 413,410 | $ - | $ 413,410 | $ - | $ 413,410 | $ 1,653,640 |
| Pre Petition Wage Claims | | | | | | $ 10,000 | | | $ 10,000 |
| Payroll Liabilites | | $ 72,782 | $ - | $ 72,782 | $ - | $ 72,782 | $ - | $ 72,782 | $ 291,128 |
| Payroll Taxes | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Employee Benefits | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Labor** | | $ 486,192 | $ - | $ 486,192 | $ - | $ 496,192 | $ - | $ 486,192 | $ 1,954,768 |
| Supplies | | $ 70,870 | $ 70,870 | $ 70,870 | $ 70,870 | $ 70,870 | $ 70,870 | $ 70,870 | $ 496,088 |
| Repairs & Maintenance | | $ 61,007 | $ 61,007 | $ 61,007 | $ 61,007 | $ 61,007 | $ 61,007 | $ 61,007 | $ 427,047 |
| Utilities | | $ 9,243 | $ 9,243 | $ 9,243 | $ 9,243 | $ 9,243 | $ 9,243 | $ 9,243 | $ 64,698 |
| Tax & Licenses | | $ 28,891 | $ 28,891 | $ 28,891 | $ 28,891 | $ 28,891 | $ 28,891 | $ 28,891 | $ 202,234 |
| Gas, Fuel and Oil | | $ 14,159 | $ 14,159 | $ 14,159 | $ 14,159 | $ 14,159 | $ 14,159 | $ 14,159 | $ 99,116 |

EXHIBIT A
Page 7 Of 9

| | Bal. 4/26/18 | 4/29-5/5 April/May Wk 1 | 5/6-5/12 May Wk 2 | 5/13-5/19 May Wk 3 | 5/20-5/26 May Wk 4 | 5/27-6/2 May/June Wk 5 | 6/3-6/9 Jun Wk 6 | 6/10-6/16 Jun Wk 7 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Testing, Clipping & Trimming | | $ 27,745 | $ 27,745 | $ 27,745 | $ 27,745 | $ 27,745 | $ 27,745 | $ 27,745 | $ 194,214 |
| Veterinary and Breeding | | $ 25,647 | $ 25,647 | $ 25,647 | $ 25,647 | $ 25,647 | $ 25,647 | $ 25,647 | $ 179,529 |
| Insurances | | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 35,000 |
| Utility Deposits | | $ - | $ - | $ 10,000 | $ 10,000 | $ 10,000 | $ - | $ - | $ 30,000 |
| Misc. | | $ 29,721 | $ 29,721 | $ 29,721 | $ 29,721 | $ 29,721 | $ 29,721 | $ 29,721 | $ 208,044 |
| Owner Salary | | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 17,500 |
| US Trustee | | $ - | $ - | $ - | $ - | $ - | $ - | $ 10,000 | $ 10,000 |
| **Total Operating Expenses** | | $ 272,281 | $ 272,281 | $ 282,281 | $ 272,281 | $ 282,281 | $ 272,281 | $ 282,281 | $ 1,953,470 |
| **Net Cash From Operations** | | $ 1,268,904 | $ (1,124,403) | $ 694,793 | $ (1,124,403) | $ 1,456,390 | $ (1,100,172) | $ 1,043,859 | $ 1,097,469 |
| **Other Sources of Cash:** | | | | | | | | | |
| High Speed Rail Payment on Taking of Land | | | | | | | | | $ - |
| Grants Pending | | | | | | | | | $ - |
| Carbon Credits (Annual payment from Climate Trust) | | | | | | | | | $ - |
| **Total Other Sources of Cash** | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Cash Flow Before Debt Service and Claims** | | $ 1,268,904 | $ (1,124,403) | $ 694,793 | $ (1,124,403) | $ 1,456,390 | $ (1,100,172) | $ 1,043,859 | $ 1,097,469 |

**Secured Claims-Debt Service Payments:**

| | |
|---|---|
| Tree Farm Real Estate Interest | $ 55,000,000 |
| Tree Farm Real Estate Principal | $ 55,000,000 |
| Rabo Operating line-Interest | $ 39,000,000 |
| Rabo Operating line-Principal | $ 39,000,000 |
| Rabo Real Estate P & I | $ 10,440,028 |
| Rabo Real Estate P & I | $ 14,077,896 |
| Golden State Farm Credit Real Estate P & I | $ 11,598,545 |
| Golden State Farm Credit Real Estate P & I | $ 1,441,262 |
| JD Heiskel Interest | $ 6,750,000 |
| JD Heiskel Principal | $ 6,750,000 |

**Equipment Financing:**

| | |
|---|---|
| Diversified Financial Services #4625 | $ 195,112 |
| Diversified Financial Services #1557 | $ 251,950 |
| John Deere Financial #4615 | $ 140,035 |
| AGCO Finance, LLC #4618 | $ 85,354 |
| AGCO Finance, LLC #4620 | $ 42,125 |
| AGCO Finance, LLC #4610 | $ 81,999 |
| AGCO Finance, LLC #4605 | $ 166,239 |

EXHIBIT A
Page 5 Of 9

| | Bal. 4/26/18 | 4/29-5/5 April/May Wk 1 | 5/6-5/12 May Wk 2 | 5/13-5/19 May Wk 3 | 5/20-5/26 May Wk 4 | 5/27-6/2 May/June Wk 5 | 6/3-6/9 Jun Wk 6 | 6/10-6/16 Jun Wk 7 | Total |
|---|---|---|---|---|---|---|---|---|---|
| AGCO Finance, LLC | $ 109,602 | | | | | | | | $ - |
| Volvo Financial Services US LLC | $ 124,130 | | | | | | | | $ - |
| Total Equipment P & I: Aprox | $ 1,196,546 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | $ - |
| Payments on Hatfield (Stanchions) ASL | | | | | | | | | $ - |
| Jenck Farms, LLC | | | | | | | | | $ - |
| Morrow County Tax Collector | | | | | | | | | $ - |
| Tulare County Tax Collector-Corcoran | | | | | | | | | $ - |
| Tulare County Tax Collector-Tipton | | | | | | | | | $ - |
| Valmont Northwest, Inc. | | | | | | | | | $ - |
| Total Secured Claims-Debt Service | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Administrative Expenses: | | | | | | | | | |
| Restructuring Costs (Legal, Accounting, Consulting) | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| US Trustee Fees | | | | | | | | | $ - |
| 503 (b)(9) Claim Payments | | | | | | | | | $ - |
| Administrative Income Taxes | | | | $ - | | | | $ - | $ - |
| Total Administrative Expenses | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | |
| Priority Expenses: | | | | | | | | | |
| Unpaid Payroll Taxes | | | | | | | | | $ - |
| Total Priority Expenses | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | |
| Combined Net Cash Flow | | $ 1,268,904 | $ (1,124,403) | $ 694,793 | $ (1,124,403) | $ 1,456,390 | $ (1,100,172) | $ 1,043,859 | $ 1,097,469 |
| Ending Cash Balance | | $ 1,767,726 | $ 643,323 | $ 1,338,116 | $ 213,713 | $ 1,670,103 | $ 569,931 | $ 1,613,790 | |

EXHIBIT A
Page 6 Of 9

Filed 05/04/18        Case 18-11651        Doc 96

Greg te Velde
Summary of Cash Flows
Cash Flow Budget

5/4/2018 9:24

| | 4/29-5/5<br>April/May<br>Wk 1 | 5/6-5/12<br>May<br>Wk 2 | 5/13-5/19<br>May<br>Wk 3 | 5/20-5/26<br>May<br>Wk 4 | 5/27-6/2<br>May/June<br>Wk 5 | 6/3-6/9<br>Jun<br>Wk 6 | 6/10-6/16<br>Jun<br>Wk 7 | Total |
|---|---|---|---|---|---|---|---|---|
| **Operating Sources of Cash:** | | | | | | | | |
| Net Milk Revenue-GJT | $ 571,868 | $       -   | $ 571,868 | $       -   | $ 848,153 | $       -   | $ 721,071 | $ 2,712,959 |
| Sale of Calves-GJT | $       788 | $       788 | $       788 | $       788 | $       788 | $       788 | $       788 | $       5,519 |
| Cow Sales-GJT | $   24,842 | $   24,842 | $   24,842 | $   24,842 | $   24,842 | $   24,842 | $   24,842 | $   173,893 |
| Total Operating Sources of Cash | $ 597,498 | $   25,630 | $ 597,498 | $   25,630 | $ 873,783 | $   25,630 | $ 746,701 | $ 2,892,371 |
| **Operating Expenses:** | | | | | | | | |
| Feed Purchases-GJT | $ 171,307 | $ 171,307 | $ 171,307 | $ 171,307 | $ 165,781 | $ 165,781 | $ 165,781 | $ 1,182,571 |
| Farming Costs-GJT | $   20,306 | $   52,334 | $   52,334 | $   52,334 | $   52,334 | $   52,334 | $   52,334 | $   334,311 |
| | | | | | | | $       -   | |
| Total Feed and Farming | $ 191,613 | $ 223,641 | $ 223,641 | $ 223,641 | $ 218,115 | $ 218,115 | $ 218,115 | $ 1,516,882 |
| Wages | $ 113,745 | | $ 113,745 | | $ 113,745 | | $ 113,745 | 454,982 |
| Pre Petition Wage Claims | | | | | $     5,000 | | | |
| Workers Comp Ins | $     7,731 | | $     7,731 | | $     7,731 | | $     7,731 | 30,923 |
| Payroll tax expense | $   12,885 | | $   12,885 | | $   12,885 | | $   12,885 | 51,538 |
| Employee benefits | $     6,700 | | $     6,700 | | $     6,700 | | $     6,700 | 26,800 |
| Supplies | $   38,594 | $   38,594 | $   38,594 | $   38,594 | $   38,594 | $   38,594 | $   38,594 | 270,156 |
| Repairs & maintenance | $   30,923 | $   30,923 | $   30,923 | $   30,923 | $   30,923 | $   30,923 | $   30,923 | 216,460 |
| Utilities | $     4,555 | $     4,555 | $     4,555 | $     4,555 | $     4,555 | $     4,555 | $     4,555 | 31,882 |
| Tax & licenses/GI | $   13,184 | $   13,184 | $   13,184 | $   13,184 | $   13,184 | $   13,184 | $   13,184 | 92,289 |
| Gas, fuel and oil | $     7,431 | $     7,431 | $     7,431 | $     7,431 | $     7,431 | $     7,431 | $     7,431 | 52,018 |
| Testing, clipping & trimming | $     1,438 | $     1,438 | $     1,438 | $     1,438 | $     1,438 | $     1,438 | $     1,438 | 10,068 |
| Veterinary and breeding | $     7,671 | $     7,671 | $     7,671 | $     7,671 | $     7,671 | $     7,671 | $     7,671 | 53,696 |
| Insurances | $     2,500 | $     2,500 | $     2,500 | $     2,500 | $     2,500 | $     2,500 | $     2,500 | 17,500 |
| Utility Deposits | | | $     5,000 | | $     5,000 | | $     5,000 | 15,000 |
| Misc. | $     7,191 | $     7,191 | $     7,191 | $     7,191 | $     7,191 | $     7,191 | $     7,191 | 50,340 |
| Owner Salary | $     2,500 | $     2,500 | $     2,500 | $     2,500 | $     2,500 | $     2,500 | $     2,500 | 17,500 |
| US Trustee | | | | | | | $   10,000 | 10,000 |
| | | | | | | | $       -   | |
| Total Operating Expenses | $ 257,047 | $ 115,987 | $ 262,047 | $ 115,987 | $ 267,047 | $ 115,987 | $ 272,047 | $ 1,401,150 |
| Net Cash From Operations | $ 148,837 | $ (313,998) | $ 111,809 | $ (313,998) | $ 388,621 | $ (308,472) | $ 256,539 | $ (25,661) |

EXHIBIT A
Page 7 Of 9

**Greg te Velde**
**Summary of Cash Flows**
**Cash Flow Budget**

5/4/2018 9:24

| | 4/29-5/5 April/May Wk 1 | 5/6-5/12 May Wk 2 | 5/13-5/19 May Wk 3 | 5/20-5/26 May Wk 4 | 5/27-6/2 May/June Wk 5 | 6/3-6/9 Jun Wk 6 | 6/10-6/16 Jun Wk 7 | Total |
|---|---|---|---|---|---|---|---|---|
| **Operating Sources of Cash:** | | | | | | | | |
| Net Milk Revenue-PRD | $ 1,329,521 | $ - | $ 1,329,521 | $ - | $ 1,800,601 | $ - | $ 1,505,152 | $ 5,964,793 |
| Sale of Calves-PRD | $ 42,222 | $ 42,222 | $ 42,222 | $ 42,222 | $ 42,222 | $ 42,222 | $ 42,222 | $ 295,554 |
| Cow Sales-PRD | $ 39,141 | $ 39,141 | $ 39,141 | $ 39,141 | $ 39,141 | $ 39,141 | $ 39,141 | $ 273,988 |
| **Total Operating Sources of Cash** | $ 1,410,884 | $ 81,363 | $ 1,410,884 | $ 81,363 | $ 1,881,964 | $ 81,363 | $ 1,586,515 | $ 6,534,335 |
| **Operating Expenses:** | | | | | | | | |
| Feed Purchases-PRD | $ 360,338 | $ 360,338 | $ 360,338 | $ 360,338 | $ 348,714 | $ 348,714 | $ 348,714 | $ 2,487,491 |
| Farming Costs-PRD | $ 16,998 | $ 90,779 | $ 90,779 | $ 90,779 | $ 90,779 | $ 90,779 | $ 90,779 | $ 561,672 |
| **Total Feed and Farming** | $ 377,336 | $ 451,116 | $ 451,116 | $ 451,116 | $ 439,493 | $ 439,493 | $ 439,493 | $ 3,049,163 |
| Wages | $ 180,478 | | $ 180,478 | | $ 180,478 | | $ 180,478 | $ 721,912 |
| Pre Petition Wage Claims | | | | | $ 5,000 | | | |
| Workers Comp Ins | $ 17,548 | | $ 17,548 | | $ 17,548 | | $ 17,548 | $ 70,191 |
| Payroll tax expense | $ 4,387 | | $ 4,387 | | $ 4,387 | | $ 4,387 | $ 17,548 |
| Employee benefits | $ 11,406 | | $ 11,406 | | $ 11,406 | | $ 11,406 | $ 45,624 |
| Supplies | $ 30,607 | $ 30,607 | $ 30,607 | $ 30,607 | $ 30,607 | $ 30,607 | $ 30,607 | $ 214,246 |
| Repairs & maintenance | $ 28,566 | $ 28,566 | $ 28,566 | $ 28,566 | $ 28,566 | $ 28,566 | $ 28,566 | $ 199,963 |
| Utilities | $ 4,081 | $ 4,081 | $ 4,081 | $ 4,081 | $ 4,081 | $ 4,081 | $ 4,081 | $ 28,566 |
| Tax & licenses/GI | $ 15,099 | $ 15,099 | $ 15,099 | $ 15,099 | $ 15,099 | $ 15,099 | $ 15,099 | $ 105,695 |
| Gas, fuel and oil | $ 6,121 | $ 6,121 | $ 6,121 | $ 6,121 | $ 6,121 | $ 6,121 | $ 6,121 | $ 42,849 |
| Testing, clipping & trimming | $ 24,485 | $ 24,485 | $ 24,485 | $ 24,485 | $ 24,485 | $ 24,485 | $ 24,485 | $ 171,397 |
| Veterinary and breeding | $ 16,732 | $ 16,732 | $ 16,732 | $ 16,732 | $ 16,732 | $ 16,732 | $ 16,732 | $ 117,121 |
| Insurances | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 17,500 |
| Utility Deposits | | | $ 5,000 | | $ 5,000 | | $ 5,000 | $ 15,000 |
| Misc. | $ 20,404 | $ 20,404 | $ 20,404 | $ 20,404 | $ 20,404 | $ 20,404 | $ 20,404 | $ 142,831 |
| | | | | | | | | $ - |
| **Total Operating Expenses** | $ 362,414 | $ 148,596 | $ 367,414 | $ 148,596 | $ 372,414 | $ 148,596 | $ 367,414 | $ 1,910,444 |
| **Net Cash From Operations** | $ 671,134 | $ (518,349) | $ 592,353 | $ (518,349) | $ 1,070,057 | $ (506,725) | $ 779,608 | $ 1,574,728 |

EXHIBIT A
Page 8 Of 9

**Greg te Velde**
**Summary of Cash Flows**
**Cash Flow Budget**

5/4/2018 9:24

| | 4/29-5/5 April/May Wk 2 | 5/6-5/12 May Wk 3 | 5/13-5/19 May Wk 4 | 5/20-5/26 May Wk 5 | 5/27-6/2 May/June Wk 6 | 6/3-6/9 Jun Wk 7 | 6/10-6/16 Jun Wk 8 | Total |
|---|---|---|---|---|---|---|---|---|
| **Operating Sources of Cash:** | | | | | | | | |
| Net Milk Revenue-LVF | $ 818,801 | $ - | $ 818,801 | $ - | $ 266,557 | $ - | $ 84,601 | $ 1,988,761 |
| Sale of Calves-LVF | $ 527 | $ 527 | $ 527 | $ 527 | $ 527 | $ 527 | $ 527 | $ 3,687 |
| Cow Sales-LVF | $ 15,351 | $ 15,351 | $ 15,351 | $ 15,351 | $ 15,351 | $ 15,351 | $ 15,351 | $ 107,457 |
| Rent Income-LVF | $ | $ | $ | $ | $ | $ | $ | $ - |
| **Total Operating Sources of Cash** | $ 834,679 | $ 15,878 | $ 834,679 | $ 15,878 | $ 282,435 | $ 15,878 | $ 100,479 | $ 2,099,905 |
| **Operating Expenses:** | | | | | | | | |
| Feed Purchases-LVF | $ 219,525 | $ 219,525 | $ 219,525 | $ 219,525 | $ 212,443 | $ 212,443 | $ 212,443 | $ 1,515,429 |
| Farming Costs-LVF | $ 27,209 | $ 80,710 | $ 80,710 | $ 80,710 | $ 80,710 | $ 80,710 | $ 80,710 | $ 511,471 |
| Total Feed and Farming | $ 246,734 | $ 300,235 | $ 300,235 | $ 300,235 | $ 293,154 | $ 293,154 | $ 293,154 | $ 2,026,900 |
| Wages | $ 5,874 | $ | $ 5,874 | $ | $ 5,874 | $ | $ 5,874 | $ 23,495 |
| Workers Comp Ins | $ 1,305 | $ | $ 1,305 | $ | $ 1,305 | $ | $ 1,305 | $ 5,221 |
| Payroll tax expense | $ 1,632 | $ | $ 1,632 | $ | $ 1,632 | $ | $ 1,632 | $ 6,526 |
| Employee benefits | $ 326 | $ | $ 326 | $ | $ 326 | $ | $ 326 | $ 1,305 |
| Supplies | $ 1,670 | $ 1,670 | $ 1,670 | $ 1,670 | $ 1,670 | $ 1,670 | $ 1,670 | $ 11,687 |
| Repairs & maintenance | $ 1,518 | $ 1,518 | $ 1,518 | $ 1,518 | $ 1,518 | $ 1,518 | $ 1,518 | $ 10,624 |
| Utilities | $ 607 | $ 607 | $ 607 | $ 607 | $ 607 | $ 607 | $ 607 | $ 4,250 |
| Tax & licenses/GI | $ 607 | $ 607 | $ 607 | $ 607 | $ 607 | $ 607 | $ 607 | $ 4,250 |
| Gas, fuel and oil | $ 607 | $ 607 | $ 607 | $ 607 | $ 607 | $ 607 | $ 607 | $ 4,250 |
| Testing, clipping & trimming | $ 1,821 | $ 1,821 | $ 1,821 | $ 1,821 | $ 1,821 | $ 1,821 | $ 1,821 | $ 12,749 |
| Veterinary and breeding | $ 1,245 | $ 1,245 | $ 1,245 | $ 1,245 | $ 1,245 | $ 1,245 | $ 1,245 | $ 8,712 |
| Misc. | $ 2,125 | $ 2,125 | $ 2,125 | $ 2,125 | $ 2,125 | $ 2,125 | $ 2,125 | $ 14,874 |
| | | | | | | | | $ - |
| **Total Operating Expenses** | $ 19,336 | $ 10,199 | $ 19,336 | $ 10,199 | $ 19,336 | $ 10,199 | $ 19,336 | $ 107,941 |
| **Net Cash From Operations** | $ 568,609 | $ (294,556) | $ 515,108 | $ (294,556) | $ (30,055) | $ (287,475) | $ (212,011) | $ (34,935) |

EXHIBIT ___ 
Page ___ of ___

```
WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Matthew P. Bunting #306034
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone:  (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:       rileywalter@W2LG.com
```

Attorneys for Debtor in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**GREGORY JOHN TE VELDE,**<br><br>Debtor in Possession.<br><br>Tax ID #:  xxx-xx-7505<br>Address:   5850 Avenue 160<br>　　　　　　Tipton, CA 93272 | CASE NO. 18-11651<br><br>DC No.: WW-1<br><br>Chapter 11<br><br>Date:   May 8, 2018<br>Time:   1:30 PM<br>Place:   2500 Tulare Street<br>　　　　　Fresno, CA 93721<br>　　　　　Courtroom 11<br>Judge:  Honorable Fredrick E. Clement |

**ORDER AUTHORIZING MOTION FOR CONTINUED USE OF CASH COLLATERAL AND TO BORROW MONEY ON A SECURED BASIS**

At Fresno, in the Eastern District of California.

The Motion for Authority to Use Cash Collateral duly came on for continued hearing before the Court on May 8, 2018 at 1:30 p.m. At the hearing an appearance was entered by Riley C. Walter for the Debtor. Other appearances are as of record.

Prior to the hearing the Court received and reviewed the Motion for Continued Authority to Use Cash Collateral and to borrow money on a secured basis, including the supporting declaration.

The Court, having fully considered the matter and finding use of the subject cash collateral is for and in the best interests of the estate, and good cause appearing, now therefore,

---

ORDER AUTHORIZING USE OF CASH COLLATERAL　　　-1-　　　M:\S-U\te Velde\Pleadings\WW-1 Motion for
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Use of Cash Collateral\order050318.cb.docx

EXHIBIT B
Page 1 of 4

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Motion be, and hereby is, granted.

2. The Debtor is permitted to use cash collateral accordance with Exhibit A for the period ending June 16, 2018.

3. Sales of cattle not in the ordinary course of business require prior Court approval.

4. As adequate protection for the Debtor's use of cash collateral, Secured Creditors Rabobank, N.A, J. D. Heiskell and Overland Stockyards and the ASL claimants referenced in Exhibit A shall have replacement liens in the Debtor's pre and post-petition assets of the same type and validity as are subject to their pre-petition liens and security interest and with the same priority as their pre-petition liens and security interests.

5. Columbia River Processing shall release and pay to the Debtor for use in accordance with Exhibit A all milk sale revenues except for about $1,300,000 which was sequester pre-petition which sum shall be held pending future court order.

6. The Debtor shall not alter the size or composition of the various herds absent the consent of Secured Creditors or a Court order.

7. The Secured Creditors' lien upon, and security interest in the replacement collateral shall be perfected without any other act or filing upon entry of this Order.

8. All rights to assert the protections and benefits of § 506 and 552 are preserved.

9. There shall be a continued interim hearing on the Motion on June ___, 2018 at 1:30 p.m. in Fresno with telephonic appearances allowed. The Debtor shall give notice of the continued hearing by June ___, 2018 and shall serve the Budget for further uses of cash collateral by, June ___, 2018.

10. The Debtor shall not use any of the cash collateral of Boardman Tree Farm LLC during this period.

11. All proceeds of sale of LVF calves and cattle shall be segregated and held pending further court order.

ORDER AUTHORIZING USE OF CASH COLLATERAL    -2-    M:\S-U\te Velde\Pleadings\WW-1 Motion for Use of Cash Collateral\order050318.cb.docx

EXHIBIT B
Page 2 of 5

12. The Debtor shall file an adversary proceeding within ___ days seeking a determination as to the validity, priority and extent of the ASL liens described on Exhibit A.

Presented by:

WALTER WILHELM LAW GROUP
a Professional Corporation

_____
Riley C. Walter
Attorneys for Debtor in Possession

APPROVED:

JEFFER MANGELS BUTLER & MITCHELL, LLP

_____
Bennett G. Young
Attorneys for Rabobank, N.A.

WILD CARTER & TIPTON

_____
Don J. Pool
Attorneys for J.D. Heiskell holdings, LLC

PERKINS COIE

_____
Sara L. Chenetz
Attorney for Boardman Tree Farm, LLC

WILLIAMS KASTNER GREENE & MARKLEY

_____
Stephen P. Arnot
Attorneys for Custom Feed Services, LLC

///

ORDER AUTHORIZING USE OF CASH COLLATERAL   -3-   M:\S-U\te Velde\Pleadings\WW-1 Motion for Use of Cash Collateral\order050318.cb.docx

EXHIBIT B
Page 3 of 4

KAHN SOARES & CONWAY

_____
Richard Conway
Attorneys for Overland Stock Yard

FETHERSTON EDMONDS, LLP

_____
Ben C. Fetherston
Attorneys for Columbia River Processing

IT IS SO ORDERED.

Dated: May ___, 2018

_____
Judge of the United States Bankruptcy Court

ORDER AUTHORIZING USE OF CASH COLLATERAL -4- M:\S-U\te Velde\Pleadings\WW-1 Motion for Use of Cash Collateral\order050318.cb.docx

EXHIBIT B
Page 4 Of 4