GREGORY S. POWELL #182199
Assistant United States Trustee
TERRI H. DIDION  #133491
Trial Attorney
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California  93721
Telephone:  (559) 487-5002
Telecopier:  (559) 487-5030
E-mail: terri.didion@usdoj.gov

Attorneys for Tracy Hope Davis,
United States Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re: | Case No.  18-11651-A-11K |
|---|---|
| GREGORY JOHN te VELDE, | Chapter 11 |
| Debtor. | |

**APPOINTMENT OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. §§ 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors:

1. **Valmont Northwest, Inc.**
   Attn: Patrick Tolman, V.P. Operations
   4225 N. Capitol Avenue North
   Pasco, WA  99301
   Tel:  509-547-1623
   Fax: 509-547-9444
   Email: PTolman@Valmont.com
   Email: drew.clark@Valmont.com

1

2. **Environmental Fabrics, Inc.**
   Attn: John Paul Smith, President
   85 Pascon Court
   Gaston, SC 29053
   Tel: 803-420-2174
   Fax: 803-551-5701
   Email: JP@EFIusa.com
   Email: Martin@BakerCityLaw.com

3. **Northwest Liquid Transport**
   Attn: Wayne Groen, President
   530 H Street Road
   Lynden, WA 98264
   Tel: 360-354-7409
   Fax: 360-354-0856
   Email: Nicki@nwlt1.com

Dated: May 16, 2018　　　　　　/s/ Gregory S. Powell
　　　　　　　　　　　　　　　Gregory S. Powell
　　　　　　　　　　　　　　　Assistant United States Trustee