**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re                                               )
                                                    )
Gregory J. te Velde                                 )          Case No. 2018-11651
                                                    )
_____                             )
               Debtor(s).                           )          **AMENDMENT COVER SHEET**

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

☐ Petition                                    ☐ Statement of Financial Affairs
☑ Creditor Matrix                             ☐ Statement of Intention
☑ List of 20 Largest Unsecured Creditors      ☐ List of Equity Security Holders
☑ Schedules (check appropriate boxes).
  ☑ A/B ☐ C ☑ D ☑ E/F ☐ G ☐ H ☐ I ☐ J
☑ Summary of Schedules of Assets and Liabilities

**A fee of $31 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

<u>NOTICE OF AMENDMENT TO AFFECTED PARTIES</u>

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: 7/11/18          Attorney's or *Pro Se* Debtor's Signature: _Riley C. Walter_
                        Printed Name:          Riley C. Walter # 91839

<u>DECLARATION BY DEBTOR</u>

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated: 7/11/18                                  Dated:
_____                   _____
Debtor's Signature                              Joint Debtor's Signature

<u>INSTRUCTIONS</u>

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted .

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. ***Notice of the amendment will not be given by the Clerk's Office.*** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." ***(NOTE: No personal checks will be accepted.)***

Form EDC 2-015, Rev. 5/1/17

## Amended List of 20 Largest Creditors

| Name | Claim Amt. | Contact |
|---|---|---|
| Conway Hay Sales | $2,866,785.20 | conwayhaysales@gmail.com |
| J.D. Heiskell & CO. | $2,400,000.00 | sorique@heiskell.com |
| Environmental Fabrics | $814,385.29 | |
| Delaval Direct Dist., LLC | $727,599.54 | |
| Buttonwillow Warehouse Co. | $500,508.92 | Csandoval@techag.com |
| CRV Holdings, Inc. | $464,485.00 | Jamie.cayo@crv4all.us |
| Hatfield Manufacturing | $401,974.00 | |
| Nucor Building Systems | $355,709.00 | ebeaton@mmatllaw.com |
| U.S. Farm Systems | $290,441.05 | jhoule@usfarmsystems.com |
| Reyes Trucking, Inc. | $288,528.02 | reyes.trucking00@gmail.com |
| Daritech, Inc. | $282,772.86 | info@daritech.com |
| LTI, Inc. | $275,169.75 | lyndenAR@lynden.com |
| Northwest Liquid Transport 1, Inc. | $248,526.79 | |
| Penny Newman Grain, Inc. | $221,582.02 | mike@penny-newman.com |
| Animal Health International, Inc. | $206,446.96 | |
| Pacific Elements, LLC | $199,403.02 | kswager@pacificelements.net |
| Crop Production Services | $190,117.00 | |
| Valley Air Craft | $162,784.00 | |
| Farmers Grain | $144,448.84 | ChetM@farmers-grain.com |
| Sineco Construction LLC | $142,133.40 | |
| JRD Construction | $134,830.56 | jrconstruction2016@hotmail.com |
| Environmental Technologies, Inc. | $123,745.80 | |
| Double B Farms LLC | $116,223.57 | |
| Con-Dor Enterprises LTD | $96,179.41 | |
| CARGILL | $91,392.88 | |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Gregory John te Velde** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | |
| Case number | 18-11651 | |
| (if known) | | |

☑ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $   166,000,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.............................. | $   82,657,184.58 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................ | $   248,657,184.58 |

### Part 2:   Summarize Your Liabilities

|  |  | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $   141,622,784.76 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $   1,968,798.76 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $   16,302,466.80 |

Your total liabilities $   159,894,050.32

### Part 3:   Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I*........................................... | $   0.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*..................................................... | $   0.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or
household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to
the court with your other schedules.

Official Form 106Sum     Summary of Your Assets and Liabilities and Certain Statistical Information      page 1 of 2

Debtor 1  **Gregory John te Velde**          Case number *(if known)*  **18-11651**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.          $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 95,817.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| | |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 95,817.00 |

Fill in this information to identify your case and this filing:

| | |
|---|---|
| Debtor 1 | **Gregory John te Velde** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | **18-11651** |

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
☑ Yes. Describe.....

| | |
|---|---|
| GJ te Velde Dairy and Pacific Rim Dairy Equipment & Vehicles. See attached list.<br>*Amendment Note - Attached listing corrected. | $4,117,000.00 |

# Equipment/Vehicle List (GJ PRD California)

| Description | Type | Model | Serial # | Year | Dairy | Mileage/Hours | Est.Value |
|---|---|---|---|---|---|---|---|
| JCB Fastrac 3230 Xtra | Tractor | JCB 2330 | JCB248658127D504 | 2008 | prd | 3572 hrs | $95,000 |
| Exiss Trailer | cattle trailer | goose neck | 4LAES202C5055467 | 2015 | | | $6,000 |
| Ford F350 | truck | | 350 FDWT34P26EC25884 | | prd | | $2,000 |
| John Deere 9630 530hp | Tractor | JD 9630 | RW9630P001207 | 2007 | prd | 3470 hrs | $250,000 |
| Case IH 8940 205hp | Tractor | Case IH 8940 | AJB0095785 | 1998 | prd | 4695 hrs | $80,000 |
| New Holland TL 100A 100hp | Tractor | NH TL100A | HJS006548 | 2004 | prd | 3554 HRS | $28,000 |
| NEW Holland 3010 55hp | Tractor | NH 3010 | 703275M | 2002 | prd | est 6000 hrs | $8,000 |
| NEW Holland 3010 55hp | Tractor | NH 3010 | WVXL05DAR | 2002 | prd | est 6000 hrs | $8,000 |
| New Holland T550 | Tractor | NH T550 | 9465X223XXX | | prd | 154.7 hrs | $7,500 |
| CAT 950 loader | Loader | CAT 950 | 81J6564 | 1973 | prd | 150 hrs Nengn | $35,000 |
| Ford F450 | Service Truck | F450 | 2FDLF47M7LC823346 | | prd | 159751 mi | $8,000 |
| Ford F450 1988 | Service Truck | Ford F450 | 2FDLF47M4JCA88472 | 1988 | prd | 188941 mi | $8,000 |
| Chevrolet Colorado 2005 | Pick-up | 2005 Chevrolet Colorado | 1GCCS148158178022 | 2005 | prd | 110462 mi | $4,000 |
| Case IH MX 245 | Tractor | MX 245 | 26R202246 | 2006 | prd | 4365 hrs | $100,000 |
| New Holland TN65 F | Tractor | TN 65F | 9465X223XXX | | prd | | $8,000 |
| F800 National Crain | Truck | Series 400A | 1FDPK81AQ1VA09881 | | prd | 9465 | $3,000 |
| F350 | Truck | XL Super Duty | 1FDWF37F6DA66604 | 2003 | prd | 10462 mi | $5,000 |
| CAT 841 Watering Tractor | Tractor | Series 5506 | | | prd | | $100,000 |
| International S 1900 | Truck | Model 204 | | | prd | | $8,000 |
| EZ-Go Cart | Go Cart | Model 31 | Green | | prd | | $1,500 |
| Kenworth Milk truck/tanker | Truck | Kenworth | "La Campamocha" | | prd | | $80,000 |
| Kenworth Milk truck/tanker | Truck | Kenworth | 1HTLDZ6N6JHS84435 | 2015 | prd | | $80,000 |
| Kenworth Milk truck/tanker | Truck | Kenworth | | 2015 | prd | | $80,000 |
| Volvo L90 | Loader | | | 2015 | prd | | $70,000 |
| Volvo L90 | Loader | | 2016 | | prd | | $90,000 |
| Ford 800 1985 | Service Truck | Ford 800 1985 | 1FDR08HN3FVA64477 | 1985 | prd | 3498 mi | $35,000 |
| New Holland 8060 | Swather | NH 8060 | Y86G61243 | 2008 | prd | 3025 hrs | $35,000 |
| S 2300 1985 | Water Truck | S 2300 1985 | 1HSZDHPNXEHA23271 | 1985 | prd | 231292 mi | $10,000 |
| L 9000 F ord | Full Service Truck | L 9000 F ord | 1FDYB90LZKVA23188 | | prd | 6909 mi | $15,000 |
| New Holland TN60A 60hp | Tractor | NH TN60A | 20002SB0000 | 2004 | prd | 834 hrs | $9,000 |
| CAT 966G | Loader | CAT 966G | 8XW00455 | 2001 | prd | 83774 hrs | $110,000 |
| CAT 966 | Loader | CAT 966 | 7611257 | 1968 | prd | 6544 hrs | $75,000 |
| Volvo L70F | Loader | Volvo L70F | VCE0LFA00026383 | 2011 | prd | 332 hrs | $140,000 |
| Galion | road Builder | Galion | 118-G-04648 | | prd | 9150 hrs | $10,000 |
| Case IH MX 275 275hp | Tractor | Case IH MX 275 | DEG0028085 | 2006 | prd | 13640 hrs | $165,000 |
| Case IH Magnum 275hp | Tractor | Case IH Magnum | DEG0053711 | 2007 | prd | 11657 hrs | $165,000 |
| Case IH 5250 | Tractor | Case IH 5250 | JJF1057890 | 1996 | prd | n/a | $25,000 |
| CAT 835B 350 hp | Tractor | CAT 835B | 116-C0835LNTGG1037 | 2008 | prd | 3794 hrs | $200,000 |
| CAT 845C | Tractor | CAT 845C | C0845CNVHGI1024 | 2010 | prd | 2442 hrs | $200,000 |
| Case IH 290 | Tractor | Case IH 290 | DEG00062684 | 2011 | prd | 1318 hrs | $180,000 |

# Equipment/Vehicle List (GJ PRD California)

| Item | Type | Model | Serial/ID | Year | GJ/PRD | Hours/Miles | Price |
|---|---|---|---|---|---|---|---|
| JD 6520L | Tractor | JD 6520L | L06520D547280 | 2008 | prd | 7151 hrs | $15,000 |
| JD 6520L | Tractor | JD 6520L | L06520D547257 | 2008 | prd | est 8000 | $15,000 |
| JD 6520L | Tractor | JD 6520L | L06520D514764 | 2008 | prd | est 8000 | $15,000 |
| JD 6520L | Tractor | JD 6520L | L06520D547203 | 2008 | prd | 8331 hrs | $15,000 |
| New Holland T4020 | Tractor | NH T4020 | zbja10951 | 2011 | prd | 539 hrs | $25,000 |
| Kubota RVT 900 | ATV | Kubota RVT 900 | C0381 | 2011 | prd | 888 hrs | $11,000 |
| Kubota RVT 901 | ATV | Kubota RVT 901 | C0388 | 2011 | prd | 814 hrs | $11,000 |
| 300-33 Peterbuilt | Bedding Truck | 300-33 Peterbuilt | 1XPWH7X6RM607983 | 2005 | prd | 46402 mi | $10,000 |
| CAT TH580B | Fork Lift | CAT TH580B | CATTH580VSLH00603 | 2005 | prd | 2871 hrs | $50,000 |
| Chevrolet Silverado 2006 | Pick-up | Chevrolet Silverado 2006 | 1GCEK19Z17Z107040 | 2006 | prd | 150058 mi | $15,000 |
| Carson | Pick-up | Chevrolet Silverado 2014 | | 2014 | prd | 10 mi | $45,000 |
| Homer | Pick-up | Chevrolet Silverado 2014 Crew | 1GCNCPEH0EZ196237 | 2014 | prd | 10 mi | $25,000 |
| Caterpillar | Loader | Caterpillar | 301426 | 2008 | prd | | $10,000 |
| Klass 900 Chopper | Chopper | Klass | | | prd | | $80,000 |
| Estimated All Farming Implements | | | | | gj/prd | | $300,000 |
| Chevy silverado 1500 | Truck | 1500 | 1GCEK140X82150821 | 2008 | gj. | est 2000 hrs | $2,000 |
| Ford F250 | truck | 250 | 1FTPFZ7M6NW871706 | 1998 | gj. | 4715 HRS | $2,000 |
| Chevy 3500 | truck | 3500 | 1G8JC345JXYF402265 | 2000 | gj. | est 8000 hrs | $2,000 |
| Audi A 6 | Personal Greg | A 6 | WAUED24BOYN094345 | 2000 | gj. | 4159 hrs | $4,000 |
| Audi A 8 | Personal Greg | A 8 | WAUJ32AFD4FNOO1720 | 2015 | gj. | 4358 hrs | $20,000 |
| Lincoln | Personal Greg | 1966 | 6YY86G2983 | 1966 | gj. | 16088 hrs | $10,000 |
| Cadillac | Personal Greg | 1958 | 58L100659 | 1958 | gj. | est 4000 hrs | $7,000 |
| Chevy silverado 1500 | Personal Greg | 1500 crew | 3GCEK23M29G106291 | 2009 | gj. | est 6000 hrs | $5,000 |
| M135X Kubota 135hp | Tractor | M135X | M135K3112 | 2010 | gj. | 4614 hrs | $45,000 |
| CAT 980c | Loader | CAT 980c | 63X05332 | 1984 | gj. | 5090 hrs | $65,000 |
| CAT 950 squeeze loader | Loader | CAT 950 | 7312108 | 1971 | gj. | 4253 hrs | $50,000 |
| John Deere 8295 R 295hp | Tractor | JD 8295R | 1RW829SR | 2011 | gj. | | $170,000 |
| Case IH 8930 180hp | Tractor | Case IH 8930 | AUB009S785 | 1997 | gj. | | $65,000 |
| John Deere 624i | Loader | JD 624i | DW624JH612175 | 2007 | gj. | | $105,000 |
| CAT 938G | Loader | CAT 938G | 6WS00986 | 1998 | gj. | | $105,000 |
| FORD 545A | Loader | F 545A | C7799G9 | | gj. | | $50,000 |
| Kubota RTV 900 | ATV | RTV 900 | 81256 | 2008 | gj. | | $13,000 |
| New Holland TC45DA | Tractor | NH TC45DA | G612047 | 2005 | gj. | | $8,500 |
| Kubota RVT 900 | ATV | RTV 900 | 57264 | 2008 | gj. | | $14,000 |
| Ford 8000 | Bedding Truck | Ford 8000 | 1820HB8261 | | gj. | 24396 hrs | $10,000 |
| International 1984 | Feeding Truck | International | 1HSHBAHN8546716517 | 1984 | gj. | 47404 | $2,000 |
| Forklift Nissan | Fork Lift | | KAPH02R89007 | | gj. | | $15,000 |
| KUBOTA | Tractor | MX 5100 HST | 6S3987DC5600 | | gj. | | $15,000 |
| Cat 623B | Scraper | Cat 623B | 46R02216-46P02216 | 1985 | gj. | 9372 hrs | $30,000 |
| 4700 IH | Goose-neck Truck | 4700 IH | 1HTSCAAM4WH568160 | | gj. | 224779 mi | $10,000 |
| New Holland TL100 A 100 hp | Tractor | NH TL100 A | HJS056647 | 2011 | gj. | n/a | $33,000 |

## Equipment/Vehicle List (GJ PRD California)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| New Holland TT50A 50 hp | Tractor | NH TT50A | n/a | 2004 | gj. | n/a | $11,000 |
| CAT 950B | Loader | CAT 950B | 65R01590 | 1984 | gj. | 30958 hrs | $45,000 |
| CAT 420D | Loader | CAT 420D | CRS09188 | 2004 | gj. | 4174 hrs | $40,000 |
| Case IH 5250 | Tractor | Case IH 5250 | JJF1037277 | 1996 | gj. | n/a | $25,000 |
| New Holland HW 365 | Swather | HW 365 | Y5B39005I | | gj. | 2641 hrs | $35,000 |
| Chevrolet Silverado 2009 | Pick-up | Chevrolet Silverado 2009 | 1GCEC14C89Z100282 | 2009 | gj. | 110795 mi | $12,000 |
| Chevrolet Silverado 2011 | Pick-up | Chevrolet Silverado 2011 | 1GCRPE3X8Z360355 | 2011 | gj. | 50908 mi | $16,000 |
| Klass 900 Chopper | Chopper | Klass | | 2008 | gj. | | $80,000 |
| Caterpillar M318 | Loader | M318 | 48AL00673 | | gj. | | $10,000 |
| CASE III PUMA | Puma | PUMA 200 | ZBBS07218 | | gj. | | $10,000 |
| **Total** | | | | | | | **$4,117,000** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory John te Velde** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **18-11651** |

■ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**   **01. Boardman Tree Farm, LLC**
Creditor's Name

**1500 SW First Street Ste., 1150
Portland, OR 97201**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred

**Describe the property that secures the claim:**

> **First T.D. on Lost Valley Farm Note was due May 1, 2018. \*Amended to reflect correct address**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number

**$55,600,000.00**

---

**2.2**   **02. Rabobank N.A.**
Creditor's Name

**PO box 6010
Santa Maria, CA 93456**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only

**Describe the property that secures the claim:**

> **UCC - 1 against all dairy personal property and buildings and structures.
> DT on Tipton
> UCC recorded in California 9/23/10 and amended several times. 9/24/10 in Oregon and amended several times.
> Loan matured. \*\*Amended address**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)

**$38,000,000.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Gregory John te Velde**
     First Name        Middle Name        Last Name

Case number (if know)  **18-11651**

- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.3 | **02.  Rabobank N.A.** |
|---|---|

Creditor's Name

**PO Box 6010
Santa Maria, CA 93456**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:     **$10,150,000.00**

> **1st T.D. on Tipton
> Loan is due Sept. 2020 *Amended to reflect current address**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.4 | **02.  Rabobank N.A.** |
|---|---|

Creditor's Name

**PO Box 6010
Santa Maria, CA 93456**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:     **$13,800,000.00**

> **2nd T.D. on Tipton
> Loan was due January 1, 2018
> NOD recorded 1/18/18 *Amended to reflect current address**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.5 | **12.  AGCO Finance, LLC** |
|---|---|

Creditor's Name

**PO Box 9263
Des Moines, IA 50306**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:     **$85,354.00**

> **Challenger MT875B Tractor
> UCC-1 recorded in California 6/8/17
> *Amended to reflect current address**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Gregory John te Velde**                                    Case number (if know)    **18-11651**
_____
First Name        Middle Name        Last Name

☐ Check if this claim relates to a          ☐ Other (including a right to offset)    _____
   community debt

Date debt was incurred _____          Last 4 digits of account number    **4618**

---

| 2.6 | **12. AGCO Finance, LLC** | Describe the property that secures the claim: | **$42,125.00** |

Creditor's Name

**CAT 140HNA Motor Grader**
**UCC-1 recorded in California 6/8/17**
**\*Amended to reflect current address**

**PO Box 9263**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.                    Nature of lien. Check all that apply.
■ Debtor 1 only                                        ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                                           car loan)
☐ Debtor 1 and Debtor 2 only                           ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another              ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a                     ☐ Other (including a right to offset)
   community debt

Date debt was incurred _____          Last 4 digits of account number    **4620**

---

| 2.7 | **12. AGCO Finance, LLC** | Describe the property that secures the claim: | **$81,999.00** |

Creditor's Name

**Challenger MT865C**
**UCC-1 recorded in California 6/8/17**
**\*Amended to reflect current address**

**PO Box 9263**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.                    Nature of lien. Check all that apply.
■ Debtor 1 only                                        ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                                           car loan)
☐ Debtor 1 and Debtor 2 only                           ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another              ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a                     ☐ Other (including a right to offset)
   community debt

Date debt was incurred _____          Last 4 digits of account number    **4610**

---

| 2.8 | **12. AGCO Finance, LLC** | Describe the property that secures the claim: | **$166,239.00** |

Creditor's Name

**Challenger MT865C**
**UCC-1 recorded in California 6/8/17**
**\*Amended to reflect current address**

**PO Box 9263**
**Des Moines, IA 50306**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.                    Nature of lien. Check all that apply.
■ Debtor 1 only                                        ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                                           car loan)
☐ Debtor 1 and Debtor 2 only                           ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another              ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a                     ☐ Other (including a right to offset)
   community debt

---

Debtor 1  **Gregory John te Velde**                    Case number (if know)  **18-11651**
    First Name    Middle Name    Last Name

Date debt was incurred  _____     Last 4 digits of account number  **4605**

---

| 2.9 | **12. AGCO Finance, LLC** | Describe the property that secures the claim: | **$109,602.00** |
|---|---|---|---|

**CAT 966H \*Amended to reflect current address**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 9263
Des Moines, IA 50306

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ An agreement you made (such as mortgage or secured car loan)

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only     ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another     ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a     ☐ Other (including a right to offset)  _____
    community debt

Date debt was incurred  _____     Last 4 digits of account number  **2951**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$118,035,319.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$118,035,319.00** |

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Gregory John te Velde** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **18-11651** |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

   | | | Total claim | Priority amount | Nonpriority amount |
   |---|---|---|---|---|

   | 2.1 | **Pre-petition vacation pay owed** | Last 4 digits of account number _____ | $22,981.76 | |
   |---|---|---|---|---|
   | | Priority Creditor's Name | | | |

   _____
   Number Street City State Zip Code

   When was the debt incurred?    _____

   **Who incurred the debt? Check one.**
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ **Check if this claim is for a community debt**

   **As of the date you file, the claim is:** Check all that apply
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

   **Type of PRIORITY unsecured claim:**
   ☐ Domestic support obligations
   ☐ Taxes and certain other debts you owe the government
   ☐ Claims for death or personal injury while you were intoxicated
   ■ Other. Specify    **Wages, salaries, and commissions**

   **Is the claim subject to offset?**
   ■ No
   ☐ Yes

   **\*\*See attached**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

   **Total claim**

---

## Vacation Checks

| Name of employee | Address | Amount owed |
|---|---|---|
| Miroslava Monjaras Aleman | 403 S. "R" Street, Tulare, CA 93274 | $2,270.34 |
| Alejandro Montero | 1916 W. Nancy St, Porterville, CA 93257 | $733.16 |
| Jose Padilla Arriaga | 360 N. West St., Apt #215, Tulare CA 93274 | $1,565.56 |
| Heberth Padilla | 461 S. Los Angeles, Tulare, CA 93274 | $1,600.94 |
| Roberto Manzo | 809 W. Owens Ave., Tulare, CA 93274 | $2,581.24 |
| Salvador Plascencia Mendoza | 4606 W Walnut, Visalia, CA 93277 | $2,252.66 |
| Jose Vega | 1210 Tustin Circle, Tulare, CA 93277 | $1,484.32 |
| Robin Ferreira | 2593 Plantation Avenue, Tulare, CA, 93274 | $3,068.78 |
| Carson te Velde | 1120 Leland Ave.Tulare, CA 93274 | $4,503.88 |
| Gerardo Gonzalez | 1822 Capistrano Avenue, Tulare, CA 93274 | $2,920.88 |

Debtor 1   **Gregory John te Velde**      Case number (if know)   **18-11651**

---

**4.1**   **Baker Produce South**
Nonpriority Creditor's Name
**Frank Tiegs**
**212 W. Railroad Avenue**
**Kennewick, WA 99336**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____       **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **\*Amended to reflect current address and show balance as unknown**

---

**4.2**   **Boardman Tree Farm, LLC**
Nonpriority Creditor's Name
**c/o GreenWood Resources, Inc.**
**Attn: President and CEO, Jeff Nuss**
**1500 SW 1st Street, Suite 1150**
**Portland, OR 97201**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____       **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Co-Defendant in Laser Land Leveling, Inc. lawsuit in Oregon \*Amended to reflect current address**

---

Debtor 1   **Gregory John te Velde**      Case number (if know)   **18-11651**

---

| 4.3 | **Christopher E. Seymour, Esq.** | | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name
**Gilmore Magness Janisse**
**7789 N Ingram Ave**
**Suite 105**
**Fresno, CA 93711**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **For Notice Purposes - Attorneys for Don Howell**
**\*Amended to reflect current address**

---

| 4.4 | **Conway Hay Sales** | | Last 4 digits of account number _____ | | **$1,591,770.46** |

Nonpriority Creditor's Name
**P.O. Box 701**
**Goshen, CA 93227**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Pacific Rim Dairy \*Amended to reflect current address**

---

| 4.5 | **Frank Tiegs** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name
**650 E. Columbia Ave.**
**Boardman, OR 97818**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **For Notice Purposes \*Amended to show balance as unknown**

---

Debtor 1  __Gregory John te Velde__                    Case number (if know)   __18-11651__

| 4.6 | **GCH Law, LLC** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Greg Hanson**
**570 Liberty St. SE Suite 100**
**Salem, OR 97301**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorneys for Western Ag Improvements *Amended to reflect current address**

---

| 4.7 | **GSI Water Solutions** | Last 4 digits of account number _____ | **$700.00** |

Nonpriority Creditor's Name
**55 SW Yamhill Street, Suite 300**
**Portland, OR 97204**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **_*Amended by being added to schedules_**

---

| 4.8 | **Hatfield Mfg. Inc.** | Last 4 digits of account number _____ | **$401,974.00** |

Nonpriority Creditor's Name
**1823 Shoestring Road**
**Gooding, ID 83330**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lost Valley Farm - Stanchions Chattel Lien *Amended by being moved from D to F**

---

Debtor 1   **Gregory John te Velde**                     Case number (if know)   **18-11651**

| 4.9 | **Kearns & West, Inc** | Last 4 digits of account number _____ | **$3,637.50** |

Nonpriority Creditor's Name
**1110 Vermont Avenue NW, Suite 950**
**Washington, DC 20005**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Other. Specify   **Water Rights Mediation *Amended by being added to schedules**

---

| 4.10 | **Pasco Farming, Inc.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO Box 3110**
**Pasco, WA 99302**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Other. Specify   **For notice purposes. *Amended to know balance as unknown**

---

| 4.11 | **Sage Hollow Ranch, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**74100 Pole Line**
**Boardman, OR 97818**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Other. Specify   **Irrigation Diversion Agreement *Amended to reflect current address**

---

Debtor 1    Gregory John te Velde _____    Case number (if know)    18-11651

| 4.1 2 | **Tulare Dairy Herd Improvement Assoc.** | | Last 4 digits of account number | _____ | | $5,400.00 |

Nonpriority Creditor's Name
**David Brown**
**800 Commercial Ave.**
**Tulare, CA 93274**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **\*Amended by being added to schedules**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  | | | | Total Claim | |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 22,981.76 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 22,981.76 |

|  | | | | Total Claim | |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 2,003,481.96 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 2,003,481.96 |

CREDITOR.amended matrix.062918.jt

Gregory John te Velde

**AMENDED CREDITOR MATRIX**

The following addresses have been ADDED:

Kearns & West, Inc.
1110 Vermont Avenue NW, Suite 950
Washington, DC 20005

Tulare Dairy Herd Improvement Association
David Brown
800 Commercial Avenue
Tulare, CA 93274

GSI Water Solutions
55 SW Yamhill Street, Suite 300
Portland, OR 97204

Cascade Earth Science
3511 Pacific Blvd. SW
Albany OR 97321-0000


The following addresses have been CHANGED:

Gilmore Magness Janisse
Christopher E. Seymour, Esq.
7789 N. Ingram Avenue, Suite 105
Fresno, CA 93711

Conway Hay Sales
P.O. Box 701
Goshen, CA 93227

GCH Law, LLC
Greg Hanson
570 Liberty Street SE, Suite 100
Salem, OR 97301

Sage Hollow Ranch, LLC
74100 Pole Line
Boardman, OR 97818

AGCO Finance, LLC
P.O. Box 9263
Des Moines, IA 50306

Boardman Tree Farm, LLC
c/o GreenWood Resources, Inc.
Attn: President and CFO, Jeff Nuss
1500 SW 1st Street, Suite 1150
Portland, OR 97201

Rabobank, N.A.
P.O. Box 6010
Santa Maria, CA 93456

Baker Produce South
Attn: Frank Tiegs
212 W. Railroad Avenue
Kennewick, WA 99336

Gregory John te Velde

**AMENDED CREDITOR MATRIX**

The following addresses have been ADDED:

Kearns & West, Inc.
1110 Vermont Avenue NW, Suite 950
Washington, DC 20005

Tulare Dairy Herd Improvement Association
David Brown
800 Commercial Avenue
Tulare, CA 93274

GSI Water Solutions
55 SW Yamhill Street, Suite 300
Portland, OR 97204

Cascade Earth Science
3511 Pacific Blvd. SW
Albany OR 97321-0000

The following addresses have been CHANGED:

Gilmore Magness Janisse
Christopher E. Seymour, Esq.
7789 N. Ingram Avenue, Suite 105
Fresno, CA 93711

Conway Hay Sales
P.O. Box 701
Goshen, CA 93227

GCH Law, LLC
Greg Hanson
570 Liberty Street SE, Suite 100
Salem, oR 97301

Sage Hollow Ranch, LLC
74100 Pole Line
Boardman, OR 97818

AGCO Finance, LLC
P.O. Box 9263
Des Moines, IA 50306

Boardman Tree Farm, LLC
c/o GreenWood Resources, Inc.
Attn: President and CFO, Jeff Nuss
1500 SW 1st Street, Suite 1150
Portland, OR 97201

Rabobank, N.A.
P.O. Box 6010
Santa Maria, CA 93456

```
Baker Produce South
Attn: Frank Tiegs
212 W. Railroad Avenue
Kennewick, WA 99336
```