WALTER WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter #91839
Michael L. Wilhelm #101495
Danielle J. Bethel #315945
205 East River Park Circle, Ste. 410
Fresno, CA 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>**GREGORY JOHN TE VELDE,**<br><br>Debtor in Possession.<br><br>Tax ID #: xxx-xx-7505<br>Address: 5850 Avenue 160<br>Tipton, CA 93272 | CASE NO. 18-11651<br><br>DC No.: WW-27<br><br>Chapter 11<br><br>Date: September 18, 2018<br>Time: 1:30 p.m.<br>Place: 2500 Tulare Street<br>         Fresno, CA 93721<br>         Courtroom 11<br>Judge: Honorable Fredrick E. Clement |

**MOTION FOR ORDER EXTENDING TIME TO ASSUME OR REJECT NONRESIDENTIAL REAL PROPERTY LEASES**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    Gregory John te Velde ("Debtor") hereby files this Motion for Order Extending Time to Assume or Reject Nonresidential Real Property Leases which seeks an order pursuant to 11 U.S.C. § 365(d)(4)(B)(i) extending time for the Debtor to assume or reject nonresidential real property leases.

    This Motion is based on the Motion and Exhibits thereto, the Notice of Hearing on the Motion, the Memorandum of Points and Authorities, the Declaration of Gregory J. te Velde in Support of the Motion, the files, pleadings and orders on file in this Chapter 11 case, and such other and further evidence as made properly before the Court.

The Debtor is party to certain unexpired nonresidential real property agreements as described more fully in the Declaration of Gregory J. te Velde in support of this Motion, as well as the Memorandum of Points and Authorities, both of which are filed concurrently herewith.

Pursuant to 11 U.S.C. § 365(d)(4)(A)(i), the deadline to assume the unexpired nonresidential real property leases is August 24, 2018. The Debtor has not yet determined the course his Chapter 11 case will take with respect to the unexpired nonresidential real property leases. Thus, the Debtor needs additional time to decide whether or not the assume or reject the unexpired nonresidential real property leases.

WHEREFORE, pursuant to 11 U.S.C. § 365(d)(4)(B)(i), the Debtor prays that the Court grant a ninety (90) day extension of the deadline to assume nonresidential real property leases, from August 24, 2018 to November 22, 2018, and that the Debtor have such other further relief as is just and proper.

Dated: August 23, 2018

WALTER WILHELM LAW GROUP,
a Professional Corporation

By: _____
Danielle J. Bethel,
Attorneys for Debtor in Possession