# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Gregory John te Velde   **Case No.:** 18-11651 - A - 11
**Docket Control No.** UST-2
**Date:** 08/22/2018
**Time:** 1:30 PM

**Matter:** [524] - Motion/Application to Appoint Trustee [UST-2] Filed by U.S. Trustee Tracy Hope Davis (fdis) [524] - Motion/Application to Dismiss Case [UST-2] Filed by U.S. Trustee Tracy Hope Davis (fdis)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Rosalia Estrada
**Reporter:** Electronic Record
**Department:** A

**APPEARANCES for:**
**Movant(s):**
United States Trustee's Attorney – Terri H. Didion
**Respondent(s):**
Debtor's Attorney – Riley C. Walter
Official Committee of Unsecured Creditors' Attorney – Ronald A. Clifford
Creditor's Attorney - Richard A. Rogan; Don J. Pool; Craig A. Tristao; David R. Jenkins; Hagop T. Bedoyan; Sara L. Chenetz
(by phone) Creditor's Attorney – Mikel R. Bistrow (Listen Only); Gloria M. Oates; Carolyn G. Wade
(by phone) Interested Party – Kimberly Owens (Listen Only); John R. Rizzardi (Listen Only)

## CIVIL MINUTES

Oral argument having been heard, the motion is submitted and the record for this motion is closed.