RANDY SUGARMAN
583 1st Street West
Sonoma, CA 95476
Telephone: 415-314-6566
Facsimile: 415-658-2858
Email: sugarmanco@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re | Case No. **18-11651** |
| **GREGORY JOHN te VELDE,** | Chapter 11 |
| | **D.C. No. UST-003** |
| | Date: N/A |
| | Time: N/A |
| | Place: 2500 Tulare Street, Fifth Floor |
| Debtor. | Courtroom 11, Department A |
| | Fresno, CA 93721 |
| | Judge: Fredrick E. Clement |

**NOTICE OF ACCEPTANCE OF APPOINTMENT OF CHAPTER 11 TRUSTEE FOR**
**THE ESTATE OF GREGORY JOHN TE VELDE**

Notice is hereby given, under FED. R. BANKR. P. 2008, that the undersigned accepts the

Appointment of Chapter 11 Trustee in *In re Gregory John te Velde*, Case No. 18-11651-A-11.

A bond in the amount of $2,000,000, as set by the United States Trustee, has been filed

with the court in accordance with 11 U.S.C. § 322(a).

Dated: September 27, 2018

By

Randy Sugarman
Chapter 11 Bankruptcy Trustee
for the Estate of Gregory John te
Velde