2
MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No. 231683
645 First Street West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: macclaw@macbarlaw.com

Proposed Attorneys for Chapter 11 Trustee,
RANDY SUGARMAN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| In re | Case No. 18-11651 |
|---|---|
| GREGORY JOHN TE VELDE, | (Chapter 11) |
| Debtor. | DC No. WW-1 |
| | Date: 10/16/2018 |
| | Time: 1:30 p.m. |
| | Place: 2500 Tulare St. |
| | Fresno, CA 93721 |
| | Courtroom 11 |
| | Judge: Hon. Frederick E. Clement |

**NOTICE OF SUBSTITUTION OF CHAPTER 11 TRUSTEE
AS REAL PARTY IN INTEREST**

**To all Creditors and other parties in interest:**

NOTICE IS HEREBY GIVEN pursuant to the provisions of Federal Rules of Bankruptcy Procedure, Rule 2012(a) that Randy Sugarman, Chapter 11 Trustee of the Estate of Gregory J. te Velde, is automatically substituted as the Movant in the pending Motion for Use of Cash Collateral, DC No. WW-1, filed by the former Debtor-in-possession in the above entitled case.

Dated: October 14, 2018                              MacConaghy & Barnier, PLC

/s/ John H. MacConaghy
By John H. MacConaghy
Attorneys for Randy Sugarman,
Chapter 11 Trustee

10715.notice.2012.cashcollateral..wpd                                              1