3
MacCONAGHY & BARNIER, PLC
John H. MacConaghy, State Bar No. 83684
Jean Barnier, State Bar No. 231683
645 First Street West, Suite D
Sonoma, CA  95476
Telephone:  (707) 935-3205
Facsimile:  (707) 935-7051
Email:  macclaw@macbarlaw.com

Attorneys  for Trustee
RANDY SUGARMAN

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO  DIVISION

In re:                                )   Case No. 18-11651
                                       )   (Chapter 11)
GREGORY JOHN te VELDE,                 )
                                       )      DCN: MB-9
        Debtor.                        )
                                       )
                                       )
                                       )
                                       )
                                       )
_____)

## RETURN AND REPORT OF SALE

Randy Sugarman, the Chapter 11 Trustee of the Estate of Gregory J. Te Velde, hereby reports that the Estate received $1,478,944.80 in net proceeds from the initial auction sale authorized by the Court's "Order Authorizing Trustee's Motion for Order Authorizing Sale of Lost Valley Farm Livestock Herd By Public Auction Free and Clear of Liens and to Pay Auctioneer's Commission and Expenses" entered on November 16, 2018, as Dkt. No. 1119.

Liquidation pursuant to this Order is ongoing.  A further auction is scheduled for February 19, 2019, and a further Return and Report will be filed promptly thereafter.

Dated: January 5, 2019

MacConaghy & Barnier, PLC

/s/ John H. MacConaghy
By John H. MacConaghy
Attorneys for Randy Sugarman
Chapter 11 Trustee

12/14/18

LOST VALLEY FARMS                                        **1,478,944.80

One Million Four Hundred Seventy-Eight Thousand Nine Hundred Forty-Four and 80/100****************************

LOST VALLEY FARMS
1120 E LELAND AVE
TULARE, CA 93274

LOST VALLEY FARMS                                        12/14/18

| | |
|---|---:|
| 150 J X SPRS @ 1200.00 LOT 1277 | 180,000.00 |
| 220 J X BRED HFRS @ 1200.00 LOT 1275 | 264,000.00 |
| 121 J SPRS @ 1260.00 LOT 1278 | 152,460.00 |
| 154 J BRED HFRS @ 1210.00 LOT 1276 | 186,340.00 |
| 215 J X BRED HFRS @ 875.00 LOT 1273 | 188,125.00 |
| 160 J BRED HFRS @ 875.00 LOT 1274 | 140,000.00 |
| 353 J X BRED HFRS @ 785.00 LOT 1271 | 277,105.00 |
| 210 J BRED HFRS @ 785.00 LOT 1272 | 164,850.00 |
| COMMISSION | -62,115.20 |
| BRAND/BEEF 1583hd | -3,957.50 |
| VET CATTLE STRATEGIES | -7,862.50 |

CUSTODIAL - BANN                                        1,478,944.80

LOST VALLEY FARMS                                        12/14/18

| | |
|---|---:|
| 150 J X SPRS @ 1200.00 LOT 1277 | 180,000.00 |
| 220 J X BRED HFRS @ 1200.00 LOT 1275 | 264,000.00 |
| 121 J SPRS @ 1260.00 LOT 1278 | 152,460.00 |
| 154 J BRED HFRS @ 1210.00 LOT 1276 | 186,340.00 |
| 215 J X BRED HFRS @ 875.00 LOT 1273 | 188,125.00 |
| 160 J BRED HFRS @ 875.00 LOT 1274 | 140,000.00 |
| 353 J X BRED HFRS @ 785.00 LOT 1271 | 277,105.00 |
| 210 J BRED HFRS @ 785.00 LOT 1272 | 164,850.00 |
| COMMISSION | -62,115.20 |
| BRAND/BEEF 1583hd | -3,957.50 |
| VET CATTLE STRATEGIES | -7,862.50 |

CUSTODIAL - BANN                                        1,478,944.80