3
MacCONAGHY & BARNIER, PLC
John H. MacConaghy, State Bar No. 83684
Jean Barnier, State Bar No. 231683
645 First Street West, Suite D
Sonoma, CA  95476
Telephone:  (707) 935-3205
Facsimile:   (707) 935-7051
Email:  macclaw@macbarlaw.com

Attorneys for Trustee
RANDY SUGARMAN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re:

GREGORY JOHN te VELDE,

Debtor.

Case No. 18-11651
(Chapter 11)

DCN: MB- 20

**RETURN AND REPORT OF SALE**

Randy Sugarman, the Chapter 11 Trustee of the Estate of Gregory J. Te Velde, hereby reports that the Estate received $62,043,972.69 in net proceeds from the sale authorized by the Court's "Order Granting Motion By Chapter 11 Trustee to Sell Real and Personal Property Free and Clear of Liens and Interests" entered on February 11, 2019, as Dkt. No. 1607.

Dated: March 6, 2019,                MacConaghy & Barnier, PLC


/s/ John H. MacConaghy
By John H. MacConaghy
Attorneys for Randy Sugarman
Chapter 11 Trustee

1

American Land Title Association　　　　　　　　　　　　　　　　　　　ALTA Settlement Statement - Seller
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Adopted 05-01-2015

**Mid-Columbia Title Company**
**ALTA Universal ID MCTC Escrow #10564 / FATIC Escrow #4226138**
**205 NE Boardman Ave.**
**Boardman, OR 97818**

| | |
|---|---|
| **File No./Escrow No.:** | 10564-ESCROW |
| **Print Date & Time:** | February 28, 2019 at 06:59 PM |
| **Officer/Escrow Officer:** | Renee J. Grace |
| **Settlement Location:** | 205 NE Boardman Ave. |
| | Boardman, OR 97818 |
| **Property Address:** | 73950 & 73956 Homestead Lane |
| | Boardman, OR 97818 |
| **Buyer:** | Canyon Farm, LLC, a Delaware limited liability company |
| **Seller:** | Randy Sugarman, Chapter 11 Trustee in Bankruptcy of the Estate of Gregory J. te Velde, U.S. Bank. Ct., E.D. Cal. Case No. 18-11651 |
| **Lender:** | The Prudential Insurance Company of America, a New Jersey corporation |
| **Settlement Date:** | March 1, 2019 |
| **Disbursement Date:** | March 1, 2019 |

| Description | Seller Debit | Seller Credit |
|---|---|---|
| **Financial** | | |
| Sale Price of Property | | $ 66,734,000.00 |
| Silage Credit to Buyer (40,000 tons @ $21.50/ton) | $ 860,000.00 | |
| **Prorations/Adjustments** | | |
| County Tax Prorate | | $ 176,443.70 |
| 03/01/19 to 07/01/19 | | |
| **Loan Charges to The Prudential Insurance Company of America, a New** | | |
| **Other Loan Charges** | | |
| **Impounds** | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Owner's Title Insurance　　to Mid-Columbia Title Company | $ 105,316.00 | |
| Coverage $ 66,734,000.00 | | |
| Premium: $ 105,316.00 | | |
| Title - Owners Policy Endorsements　　to Mid-Columbia Title Company | $ 1,350.00 | |
| Title - Escrow Closing Fee　　to Mid-Columbia Title Company/First American Title Co | $ 10,000.00 | |

Copyright 2015 American Land Title Association　　　　　　　　　　(10564-ESCROW.PFD/10564-ESCROW/19)
All rights reserved　　　　　　　　　　　　　　　　　　　　　　　　　Printed on 02/28/19 at 06:59 PM

ALTA Settlement Statement Seller - Continued

|  |  | Debit | Credit |
|---|---|---|---|
| **Government Recording and Transfer Charges** | | | |
| Recording/E-Filing Fees | to Morrow County Clerk/Simplifile | $ 1,000.00 | |
| **Payoffs** | | | |
| Payoff County Taxes Due thru 3-4-19 | to Morrow County Tax Collector | $ 941,307.07 | |
| Payoff Retail Installment Contract #1557-001 & #1557-0002 thru 03/04/19 | to Diversified Financial | $ 438,927.62 | |
| Payoff Claim#11-CHLMT865C/Claim#12-CHLMT865C/Claim#13-CHLMT875B/Claim#14-CAT140HNA/Claim#15 CAT966H | to AGCO Finance thru 3-4-19 | $ 330,183.37 | |
| Payoff DeLaval Dairy Service Customer #1901001961-te Velde thru 3-4-19 | to Glassberg, Pollack & Associates | $ 754,488.89 | |
| Payoff John Deere Claim #34 & #35 to 3-4-19 | to Serlin & Whiteford Client Trust Account | $ 86,318.06 | |
| **Miscellaneous** | | | |
| Commission | to Schuil & Associates | $ 1,337,580.00 | |
| Net Proceeds to Bankruptcy Estate | to Bankruptcy Estate of Gregory J. te Velde | $ 62,043,972.69 | |
| **Subtotals** | | $ 66,910,443.70 | $ 66,910,443.70 |
| **TOTALS** | | $ 66,910,443.70 | $ 66,910,443.70 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Mid-Columbia Title Company to cause the funds to be disbursed in accordance with this statement.

_____
Randy Sugarman, Chapter 11 Trustee in Bankruptcy of the Estate of Gregory J. te Velde, U.S. Bank. Ct., E.D. Cal. Case No. 18-11651

_____
Renee J. Grace, Escrow Officer