3
MacCONAGHY & BARNIER, PLC
John H. MacConaghy, State Bar No. 83684
Jean Barnier, State Bar No. 231683
645 First Street West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email: macclaw@macbarlaw.com

Attorneys for Trustee
RANDY SUGARMAN

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

In re:

GREGORY JOHN te VELDE,

    Debtor.

Case No. 18-11651
(Chapter 11)

DCN: MB-9

## RETURN AND REPORT OF SALE

Randy Sugarman, the Chapter 11 Trustee of the Estate of Gregory J. Te Velde, hereby reports that the Estate received $6,015,342.71 in net proceeds from the second auction sale authorized by the Court's "Order Authorizing Trustee's Motion for Order Authorizing Sale of Lost Valley Farm Livestock Herd By Public Auction Free and Clear of Liens and to Pay Auctioneer's Commission and Expenses" entered on November 16, 2018, as Dkt. No. 1119.

Liquidation pursuant to this Order is now complete.

1

Dated: March 24, 2019        MacConaghy & Barnier, PLC

/s/ John H. MacConaghy
By John H. MacConaghy
Attorneys for Randy Sugarman
Chapter 11 Trustee



21-Mar-19

| Date | Count | Amount |
|---|---|---|
| 7-Feb | 179 | $ 78,002.58 |
| 11-Feb | 133 | $ 67,412.47 |
| 11-Feb | 13 | $ 3,493.11 |
| 14-Feb | 268 | $ 202,296.58 |
| 18-Feb | 160 | $ 93,709.41 |
| 18-Feb | 44 | $ 18,479.81 |
| 21-Feb | 80 | $ 43,723.43 |
| 25-Feb | 173 | $ 67,121.68 |
| 28-Feb | 161 | $ 78,155.23 |
| 1-Mar | 33 | $ 17,777.53 |
|  | 1244 | $ 670,171.83 |
| 19-Feb | 6150 | $ 5,345,170.88 |
| TOTAL | 7394 | $ 6,015,342.71 |

These are the total net proceeds after sale expenses

Regards,


John and Chad

Mailing: P.O. BOX 351  TOPPENISH, WA 98948   Physical: 428 S. G St.  TOPPENISH, WA 98948
Office: (509) 865-2820   Fax: (509) 865-4088

```
Page:  5                        Check #         4
Date: 03/13/19                              ID Number: 57614   Group:1
LOST VALLEY FARM
1120 E LELAND AVE
TULARE CA 93274                 LOST VALLEY FARM
```

| TAG | HDCNT | DESCRIPTION | BUYER | TRAN | A.LBS | TOT LBS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BL0 | 230 | JERS-HFR-OPEN HFR PEN 101 | 809-STRT | 2 | 2 | 450 | 375.00/H | 86,250.00 |
| BL36 | 50 | HOL-HFR-BRED | 804-STRT | 38 | 0 | 0 | 775.00/H | 38,750.00 |
| BL32 | 94 | HOL-COW-EXPOSED ORNG LEFT BREEDING ON | 809-STRT | 34 | 0 | 0 | 875.00/H | 82,250.00 |
| BL33 | 144 | HOL-COW-PREG 2 YELLOW LEFT | 809-STRT | 35 | 0 | 0 | 875.00/H | 126,000.00 |
| BL34 | 214 | HOL-COW-PREG 3 RED LEFT | 61-STRT | 36 | 0 | 0 | 900.00/H | 192,600.00 |
| BL35 | 99 | HOL-COW-PREG 6 GRN LEFT BLUE LEFT | 804-2 | 37 | 0 | 0 | 875.00/H | 86,625.00 |
| BL37 | 45 | HOL-COW-BRED BLUE LEFT | 804-STRT | 39 | 0 | 0 | 910.00/H | 40,950.00 |
| BL38 | 93 | HOL-COW-BRED BLUE LEFT | 811-STRT | 40 | 0 | 0 | 925.00/H | 86,025.00 |
| BL39 | 35 | JERS.X-COW-FRESH PINK RIGHT | 800-STRT | 41 | 0 | 0 | 785.00/H | 27,475.00 |
| BL40 | 77 | JERS.X-COW-FRESH PINK RIGHT | 154-2 | 42 | 0 | 0 | 675.00/H | 51,975.00 |
| | 6150 | | | | 0 | 900 | 25,788.89/C | 5632,100.00 |

```
                        ADJUST 26 3/4                15,037.10
                        VET                          25,925.00
                        BRAND INSP                   21,284.50
                        COMMISSION-CATTLE           224,682.52
                        ==========================================
                        Total Fees                  286,929.12
                        Total Amount              $5345,170.88
```

```
                                            03/13    19

   ***5345,170 Dollars and 88/100                    ***5345,170.88

      LOST VALLEY FARM
      1120 E LELAND AVE

      TULARE CA 93274
```

```
Page:   1                      Check #
Date: 03/13/19                                  ID Number: 57614    Group:1
LOST VALLEY FARM
1120 E LELAND AVE                      LOST VALLEY FARM
TULARE CA 93274
----------------------------------------------------------------------------
TAG   HDCNT  DESCRIPTION       BUYER    TRAN A.LBS TOT LBS   PRICE      AMOUNT
----------------------------------------------------------------------------
BL59    2    JERS-COW-MILKING  805-STRT 808    0      0     750.00/H    1,500.00
        DOUBLE PINK
BL36    4    HOL-HFR-BRED      803-STRT 807    0      0     775.00/H    3,100.00
BL35   30    HOL-COW-PREG 6    803-STRT 806    0      0     875.00/H   26,250.00
        GRN LEFT   BLUE LEFT
BL39    1    JERS.X-COW-FRESH  800-STRT 401    0      0     485.00/H      485.00
        PINKRIGHT RIGHT 3/4
BL60   40    HOL-COW-FRESH     818-STRT 62     0      0     650.00/H   26,000.00
        DOUBLE PINK
BL59   43    JERS.X-COW-FRESH  818-STRT 61     0      0     435.00/H   18,705.00
        DOUBLE PINK
BL58   99    HOL-COW-MILKING   803-STRT 60     0      0     775.00/H   76,725.00
        BROWN OR GRAY
BL57  229    JERS.X-COW-MILKIN 818-STRT 59     0      0     485.00/H  111,065.00
        BROWN OR GRAY
BL56  100    JERS.X-COW-MILKIN 803-STRT 58     0      0     475.00/H   47,500.00
        PURPLE BROWN DBL PURPLE
BL55   59    HOL-COW-BRED      823-STRT 57     0      0     900.00/H   53,100.00
        PEN 33--BLUE RIGHT
BL54  121    HOL-COW-BRED      819-STRT 56     0      0     800.00/H   96,800.00
        RED RIGHT GRN RIGHT BLUE RIGHT
BL53  106    HOL-COW-BRED      812-STRT 55     0      0     775.00/H   82,150.00
        ORNG RIGHT YELLOW RIGHT
BL51   36    HOL-COW-FRESH     824-STRT 54     0      0     725.00/H   26,100.00
        PINK RIGHT
BL50   37    JERS.X-COW-BRED   811-STRT 53     0      0     690.00/H   25,530.00
        BLUE RIGHT
BL49   33    JERS.X-COW-BRED   823-STRT 52     0      0     685.00/H   22,605.00
        BLUE RIGHT
```

                                                              03/13    19


          **********0 Dollars and 00/100                    **********0.00

                        * VOID * VOID * VOID * VOID *
                        * VOID * VOID * VOID * VOID *
                        * VOID * VOID * VOID * VOID *
                        * VOID * VOID * VOID * VOID *

```
Page:   1                        Check #
Date: 03/13/19                                  ID Number: 57614    Group:1
LOST VALLEY FARM
1120 E LELAND AVE                    LOST VALLEY FARM
TULARE CA 93274
----------------------------------------------------------------------------
                                    BUYER       TRAN A.LBS  TOT LBS    PRICE         AMOUNT
TAG   HDCNT  DESCRIPTION
----------------------------------------------------------------------------
BL59    2    JERS-COW-MILKING       805-STRT 808     0        0      750.00/H      1,500.00
        DOUBLE PINK
BL36    4    HOL-HFR-BRED           803-STRT 807     0        0      775.00/H      3,100.00
BL35   30    HOL-COW-PREG 6         803-STRT 806     0        0      875.00/H     26,250.00
        GRN LEFT   BLUE LEFT
BL39    1    JERS.X-COW-FRESH       800-STRT 401     0        0      485.00/H        485.00
        PINKRIGHT RIGHT 3/4
BL60   40    HOL-COW-FRESH          818-STRT  62     0        0      650.00/H     26,000.00
        DOUBLE PINK
BL59   43    JERS.X-COW-FRESH       818-STRT  61     0        0      435.00/H     18,705.00
        DOUBLE PINK
BL58   99    HOL-COW-MILKING        803-STRT  60     0        0      775.00/H     76,725.00
        BROWN OR GRAY
BL57  229    JERS.X-COW-MILKIN      818-STRT  59     0        0      485.00/H    111,065.00
        BROWN OR GRAY
BL56  100    JERS.X-COW-MILKIN      803-STRT  58     0        0      475.00/H     47,500.00
        PURPLE BROWN DBL PURPLE
BL55   59    HOL-COW-BRED           823-STRT  57     0        0      900.00/H     53,100.00
        PEN 33--BLUE RIGHT
BL54  121    HOL-COW-BRED           819-STRT  56     0        0      800.00/H     96,800.00
        RED RIGHT GRN RIGHT BLUE RIGHT
BL53  106    HOL-COW-BRED           812-STRT  55     0        0      775.00/H     82,150.00
        ORNG RIGHT YELLOW RIGHT
BL51   36    HOL-COW-FRESH          824-STRT  54     0        0      725.00/H     26,100.00
        PINK RIGHT
BL50   37    JERS.X-COW-BRED        811-STRT  53     0        0      690.00/H     25,530.00
        BLUE RIGHT
BL49   33    JERS.X-COW-BRED        823-STRT  52     0        0      685.00/H     22,605.00
        BLUE RIGHT
```

                                                                03/13    19


          **********0 Dollars and 00/100                              **********0.00

                    * VOID * VOID * VOID * VOID *
                    * VOID * VOID * VOID * VOID *
                    * VOID * VOID * VOID * VOID *
                    * VOID * VOID * VOID * VOID *

Filed 03/24/19    Case 18-11651    Doc 1785

```
Page:    2                    Check #          1
Date: 03/13/19                          ID Number: 57614   Group:1
LOST VALLEY FARM
1120 E LELAND AVE                       LOST VALLEY FARM
TULARE CA 93274
------------------------------------------------------------------------
TAG   HDCNT  DESCRIPTION       BUYER     TRAN  A.LBS  TOT LBS    PRICE         AMOUNT
------------------------------------------------------------------------
48.2  40     JERS-COW          810-STRT  51     0       0       710.00/H     28,400.00
      GRN RIGHT BLUE RIGHT
BL48  51     JERS.X-COW-PREG 6 823-STRT  50     0       0       725.00/H     36,975.00
      GRN RIGHT BLUE RIGHT
BL47  84     JERS-COW-PREG 3   810-STRT  49     0       0       660.00/H     55,440.00
      RED RIGHT
BL46  114    JERS.X-COW-PREG 3 810-STRT  48     0       0       660.00/H     75,240.00
      RED RIGHT
BL45  54     JERS-COW-PREG 2   154-2     47     0       0       710.00/H     38,340.00
      YELLOW RIGHT
BL44  53     JERS.X-COW-PREG 2 154-2     46     0       0       710.00/H     37,630.00
      YELLOW RIGHT
BL43  63     JERS-COW-EXPOSED  154-2     45     0       0       685.00/H     43,155.00
      ORNG RIGHT BREEDING ON
BL42  72     JERS.X-COW-EXPOSE 154-2     44     0       0       685.00/H     49,320.00
      ORNG RIGHT BREEDING ON
BL41  48     JERS-COW-FRESH    154-2     43     0       0       675.00/H     32,400.00
      PINK RIGHT
BL1   140    JERS.X-HFR-FRESH  154-2      3     0       0     1,125.00/H    157,500.00
      PURPLE LEFT
BL2   79     JERS-HFR-FRESH    154-2      4     0       0     1,125.00/H     88,875.00
      PURPLE LEFT
BL3   542    JERS.X-HFR-FRESH  154-2      5     0       0     1,185.00/H    642,270.00
      PURPLE LEFT
BL4   277    JERS-HFR-FRESH    154-2      6     0       0     1,185.00/H    328,245.00
      PURPLE LEFT
BL5   110    JERS.X-HFR-EXPOSE 822-STRT   7     0       0     1,150.00/H    126,500.00
      PURPLE RIGHT ORNG LEFT BREEDING ON
BL6   68     JERS-HFR-EXPOSED  154-2      8     0       0     1,100.00/H     74,800.00
```

                                                              03/13    19


         **********0 Dollars and 00/100                          **********0.00

                  * VOID * VOID * VOID * VOID *
                  * VOID * VOID * VOID * VOID *
                  * VOID * VOID * VOID * VOID *
                  * VOID * VOID * VOID * VOID *

```
Page:   2                        Check #         1
Date: 03/13/19                              ID Number: 57614    Group:1
LOST VALLEY FARM
1120 E LELAND AVE                    LOST VALLEY FARM
TULARE CA 93274
------------------------------------------------------------------------
TAG  HDCNT  DESCRIPTION       BUYER    TRAN A.LBS  TOT LBS   PRICE     AMOUNT
------------------------------------------------------------------------
48.2  40    JERS-COW          810-STRT  51    0        0   710.00/H   28,400.00
      GRN RIGHT BLUE RIGHT
BL48  51    JERS.X-COW-PREG 6 823-STRT  50    0        0   725.00/H   36,975.00
      GRN RIGHT BLUE RIGHT
BL47  84    JERS-COW-PREG 3   810-STRT  49    0        0   660.00/H   55,440.00
      RED RIGHT
BL46  114   JERS.X-COW-PREG 3 810-STRT  48    0        0   660.00/H   75,240.00
      RED RIGHT
BL45  54    JERS-COW-PREG 2   154-2     47    0        0   710.00/H   38,340.00
      YELLOW RIGHT
BL44  53    JERS.X-COW-PREG 2 154-2     46    0        0   710.00/H   37,630.00
      YELLOW RIGHT
BL43  63    JERS-COW-EXPOSED  154-2     45    0        0   685.00/H   43,155.00
      ORNG RIGHT BREEDING ON
BL42  72    JERS.X-COW-EXPOSE 154-2     44    0        0   685.00/H   49,320.00
      ORNG RIGHT BREEDING ON
BL41  48    JERS-COW-FRESH    154-2     43    0        0   675.00/H   32,400.00
      PINK RIGHT
BL1   140   JERS.X-HFR-FRESH  154-2      3    0        0  1,125.00/H  157,500.00
      PURPLE LEFT
BL2   79    JERS-HFR-FRESH    154-2      4    0        0  1,125.00/H   88,875.00
      PURPLE LEFT
BL3   542   JERS.X-HFR-FRESH  154-2      5    0        0  1,185.00/H  642,270.00
      PURPLE LEFT
BL4   277   JERS-HFR-FRESH    154-2      6    0        0  1,185.00/H  328,245.00
      PURPLE LEFT
BL5   110   JERS.X-HFR-EXPOSE 822-STRT   7    0        0  1,150.00/H  126,500.00
      PURPLE RIGHT ORNG LEFT BREEDING ON
BL6   68    JERS-HFR-EXPOSED  154-2      8    0        0  1,100.00/H   74,800.00
```

                                                               03/13   19


          **********0 Dollars and 00/100                  **********0.00

                    * VOID * VOID * VOID * VOID *
                    * VOID * VOID * VOID * VOID *
                    * VOID * VOID * VOID * VOID *
                    * VOID * VOID * VOID * VOID *

Filed 03/24/19     Case 18-11651     Doc 1785

```
Page:   3                      Check #        2
Date: 03/13/19                                ID Number: 57614   Group:1
LOST VALLEY FARM
1120 E LELAND AVE              LOST VALLEY FARM
TULARE CA 93274
```

| TAG | HDCNT | DESCRIPTION | BUYER | TRAN | A.LBS | TOT LBS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | PURPLE RIGHT ORNG LEFT BREEDING ON | | | | | | |
| BL7 | 74 | JERS.X-HFR-PREG 2 | 154-2 | 9 | 0 | 0 | 1,150.00/H | 85,100.00 |
| | | PURPLE RIGHT YELLOW LEFT | | | | | | |
| BL8 | 46 | JERS-HFR-PREG 2 | 154-2 | 10 | 0 | 0 | 1,150.00/H | 52,900.00 |
| | | PURPLE RIGHT YELLOW LEFT | | | | | | |
| BL9 | 17 | JERS.X-HFR-PREG 3 | 154-2 | 11 | 0 | 0 | 1,075.00/H | 18,275.00 |
| | | PURPLE RIGHT RED LEFT | | | | | | |
| BL10 | 48 | JERS-HFR-PREG 3 | 154-2 | 12 | 0 | 0 | 1,025.00/H | 49,200.00 |
| | | PURPLE RIGHT RED LEFT | | | | | | |
| BL11 | 19 | JERS-HFR-PREG5 | 154-2 | 13 | 0 | 0 | 1,025.00/H | 19,475.00 |
| | | PUPLR RIGHT GRN LEFT BLUE LEFT | | | | | | |
| BL12 | 34 | JERS.X-COW-FRESH | 154-2 | 14 | 0 | 0 | 1,075.00/H | 36,550.00 |
| | | PINK LEFT | | | | | | |
| BL13 | 64 | JERS-COW-FRESH | 154-2 | 15 | 0 | 0 | 1,075.00/H | 68,800.00 |
| | | PINK LEFT | | | | | | |
| BL14 | 157 | JERS.X-COW-FRESH | 154-2 | 16 | 0 | 0 | 1,150.00/H | 180,550.00 |
| | | PINK LEFT | | | | | | |
| BL15 | 200 | JERS-COW-FRESH | 154-2 | 17 | 0 | 0 | 1,150.00/H | 230,000.00 |
| | | PINK LEFT | | | | | | |
| BL16 | 106 | JERS.X-COW-EXPOSE | 154-2 | 18 | 0 | 0 | 1,110.00/H | 117,660.00 |
| | | ORNG LEFT BREEDING ON | | | | | | |
| BL17 | 112 | JERS-COW-EXPOSED | 154-2 | 19 | 0 | 0 | 1,110.00/H | 124,320.00 |
| | | ORNG LEFT BREEDING ON | | | | | | |
| BL18 | 93 | JERS.X-COW-PREG 2 | 154-2 | 20 | 0 | 0 | 1,110.00/H | 103,230.00 |
| | | YELLOW LEFT | | | | | | |
| BL19 | 106 | JERS-COW-PREG 2 | 154-2 | 21 | 0 | 0 | 1,110.00/H | 117,660.00 |
| | | YELLOW LEFT | | | | | | |
| BL20 | 222 | JERS.X-COW-PREG 3 | 822-STRT | 22 | 0 | 0 | 1,025.00/H | 227,550.00 |
| | | RED LEFT | | | | | | |

```
                                                        03/13   19

         **********0 Dollars and 00/100               **********0.00

                    * VOID * VOID * VOID * VOID *
                    * VOID * VOID * VOID * VOID *
                    * VOID * VOID * VOID * VOID *
                    * VOID * VOID * VOID * VOID *
```

Filed 03/24/19   Case 18-11651   Doc 1785

```
Page:   3
Date: 03/13/19                    Check #           2
LOST VALLEY FARM                              ID Number: 57614   Group:1
1120 E LELAND AVE
TULARE CA 93274                   LOST VALLEY FARM
----------------------------------------------------------------------------
TAG   HDCNT  DESCRIPTION        BUYER    TRAN  A.LBS  TOT LBS    PRICE        AMOUNT
----------------------------------------------------------------------------
      PURPLE RIGHT ORNG LEFT BREEDING ON
BL7    74    JERS.X-HFR-PREG 2  154-2     9       0      0    1,150.00/H    85,100.00
      PURPLE RIGHT YELLOW LEFT
BL8    46    JERS-HFR-PREG 2    154-2    10       0      0    1,150.00/H    52,900.00
      PURPLE RIGHT YELLOW LEFT
BL9    17    JERS.X-HFR-PREG 3  154-2    11       0      0    1,075.00/H    18,275.00
      PURPLE RIGHT RED LEFT
BL10   48    JERS-HFR-PREG 3    154-2    12       0      0    1,025.00/H    49,200.00
      PURPLE RIGHT RED LEFT
BL11   19    JERS-HFR-PREG5     154-2    13       0      0    1,025.00/H    19,475.00
      PUPLR RIGHT GRN LEFT BLUE LEFT
BL12   34    JERS.X-COW-FRESH   154-2    14       0      0    1,075.00/H    36,550.00
      PINK LEFT
BL13   64    JERS-COW-FRESH     154-2    15       0      0    1,075.00/H    68,800.00
      PINK LEFT
BL14  157    JERS.X-COW-FRESH   154-2    16       0      0    1,150.00/H   180,550.00
      PINK LEFT
BL15  200    JERS-COW-FRESH     154-2    17       0      0    1,150.00/H   230,000.00
      PINK LEFT
BL16  106    JERS.X-COW-EXPOSE  154-2    18       0      0    1,110.00/H   117,660.00
      ORNG LEFT BREEDING ON
BL17  112    JERS-COW-EXPOSED   154-2    19       0      0    1,110.00/H   124,320.00
      ORNG LEFT BREEDING ON
BL18   93    JERS.X-COW-PREG 2  154-2    20       0      0    1,110.00/H   103,230.00
      YELLOW LEFT
BL19  106    JERS-COW-PREG 2    154-2    21       0      0    1,110.00/H   117,660.00
      YELLOW LEFT
BL20  222    JERS.X-COW-PREG 3  822-STRT 22       0      0    1,025.00/H   227,550.00
      RED LEFT



                                                           03/13    19


         **********0 Dollars and 00/100                       **********0.00

              * VOID * VOID * VOID * VOID *
              * VOID * VOID * VOID * VOID *
              * VOID * VOID * VOID * VOID *
              * VOID * VOID * VOID * VOID *
```

```
Page:  4
Date: 03/13/19                      Check #        3
LOST VALLEY FARM                                ID Number: 57614   Group:1
1120 E LELAND AVE
TULARE CA 93274                     LOST VALLEY FARM
```

| TAG | HDCNT | DESCRIPTION | BUYER | TRAN | A.LBS | TOT LBS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BL21 | 120 | JERS-COW-PREG 3 RED LEFT | 154-2 | 23 | 0 | 0 | 925.00/H | 111,000.00 |
| BL22 | 126 | JERS.X-COW-PREG 6 GRN LEFT BLUE LEFT | 154-2 | 24 | 0 | 0 | 875.00/H | 110,250.00 |
| BL23 | 129 | JERS-COW-PREG 6 GRN LEFT BLUE LEFT | 154-2 | 25 | 0 | 0 | 875.00/H | 112,875.00 |
| BL24 | 50 | JERS.X-COW-SPR | 811-STRT | 26 | 0 | 0 | 1,035.00/H | 51,750.00 |
| BL25 | 30 | JERS-COW-SPR | 811-STRT | 27 | 0 | 0 | 1,035.00/H | 31,050.00 |
| BL26 | 60 | JERS.X-COW-BRED BLUE LEFT | 154-2 | 29 | 0 | 0 | 1,125.00/H | 67,500.00 |
| BL27 | 64 | JERS-COW-BRED BLUE LEFT | 813-STRT | 28 | 0 | 0 | 1,200.00/H | 76,800.00 |
| BL27 | 1 | JERS-COW-BRED BLUE LEFT 3/4 | 813-STRT | 5000 | 0 | 0 | 600.00/H | 600.00 |
| BL28 | 60 | JERS.X-COW-BRED BLUE LEFT | 154-2 | 30 | 0 | 0 | 1,125.00/H | 67,500.00 |
| BL28 | 49 | JERS-COW-BRED BLUE LEFT | 154-2 | 31 | 0 | 0 | 1,125.00/H | 55,125.00 |
| BL30 | 40 | HOL-COW-FRESH PINK LEFT | 812-STRT | 33 | 0 | 0 | 1,000.00/H | 40,000.00 |
| BL31 | 120 | HOL-COW-FRESH PINK LEFT | 812-STRT | 32 | 0 | 0 | 1,000.00/H | 120,000.00 |
| BL80 | 25 | JERS-COW VARIOUS | 154-2 | 801 | 0 | 0 | 500.00/H | 12,500.00 |
| BL34 | 37 | HOL-COW-PREG 3 RED LEFT | 61-2 | 2236 | 0 | 0 | 900.00/H | 33,300.00 |
| BL0 | 15 | JERS-HFR-OPEN HFR | 154-STRT | 800 | 0 | 0 | 375.00/H | 5,625.00 |
| BL0 | 110 | JERS-HFR-OPEN HFR PEN 101 | 154-STRT | 1 | 4 | 450 | 485.00/H | 53,350.00 |

```
                                                        03/13    19


          **********0 Dollars and 00/100                  **********0.00

                    * VOID * VOID * VOID * VOID *
                    * VOID * VOID * VOID * VOID *
                    * VOID * VOID * VOID * VOID *
                    * VOID * VOID * VOID * VOID *
```

```
Page:    4                        Check #        3
Date: 03/13/19                                ID Number: 57614   Group:1
LOST VALLEY FARM
1120 E LELAND AVE
TULARE CA 93274                   LOST VALLEY FARM
```

| TAG | HDCNT | DESCRIPTION | BUYER | TRAN | A.LBS | TOT LBS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BL21 | 120 | JERS-COW-PREG 3 | 154-2 | 23 | 0 | 0 | 925.00/H | 111,000.00 |
|  | RED LEFT |  |  |  |  |  |  |  |
| BL22 | 126 | JERS.X-COW-PREG 6 | 154-2 | 24 | 0 | 0 | 875.00/H | 110,250.00 |
|  | GRN LEFT BLUE LEFT |  |  |  |  |  |  |  |
| BL23 | 129 | JERS-COW-PREG 6 | 154-2 | 25 | 0 | 0 | 875.00/H | 112,875.00 |
|  | GRN LEFT BLUE LEFT |  |  |  |  |  |  |  |
| BL24 | 50 | JERS.X-COW-SPR | 811-STRT | 26 | 0 | 0 | 1,035.00/H | 51,750.00 |
| BL25 | 30 | JERS-COW-SPR | 811-STRT | 27 | 0 | 0 | 1,035.00/H | 31,050.00 |
| BL26 | 60 | JERS.X-COW-BRED | 154-2 | 29 | 0 | 0 | 1,125.00/H | 67,500.00 |
|  | BLUE LEFT |  |  |  |  |  |  |  |
| BL27 | 64 | JERS-COW-BRED | 813-STRT | 28 | 0 | 0 | 1,200.00/H | 76,800.00 |
|  | BLUE LEFT |  |  |  |  |  |  |  |
| BL27 | 1 | JERS-COW-BRED | 813-STRT | 5000 | 0 | 0 | 600.00/H | 600.00 |
|  | BLUE LEFT 3/4 |  |  |  |  |  |  |  |
| BL28 | 60 | JERS.X-COW-BRED | 154-2 | 30 | 0 | 0 | 1,125.00/H | 67,500.00 |
|  | BLUE LEFT |  |  |  |  |  |  |  |
| BL28 | 49 | JERS-COW-BRED | 154-2 | 31 | 0 | 0 | 1,125.00/H | 55,125.00 |
|  | BLUE LEFT |  |  |  |  |  |  |  |
| BL30 | 40 | HOL-COW-FRESH | 812-STRT | 33 | 0 | 0 | 1,000.00/H | 40,000.00 |
|  | PINK LEFT |  |  |  |  |  |  |  |
| BL31 | 120 | HOL-COW-FRESH | 812-STRT | 32 | 0 | 0 | 1,000.00/H | 120,000.00 |
|  | PINK LEFT |  |  |  |  |  |  |  |
| BL80 | 25 | JERS-COW | 154-2 | 801 | 0 | 0 | 500.00/H | 12,500.00 |
|  | VARIOUS |  |  |  |  |  |  |  |
| BL34 | 37 | HOL-COW-PREG 3 | 61-2 | 2236 | 0 | 0 | 900.00/H | 33,300.00 |
|  | RED LEFT |  |  |  |  |  |  |  |
| BL0 | 15 | JERS-HFR-OPEN HFR | 154-STRT | 800 | 0 | 0 | 375.00/H | 5,625.00 |
| BL0 | 110 | JERS-HFR-OPEN HFR | 154-STRT | 1 | 4 | 450 | 485.00/H | 53,350.00 |
|  | PEN 101 |  |  |  |  |  |  |  |

```
                                                        03/13    19


          **********0 Dollars and 00/100                     **********0.00

                     * VOID * VOID * VOID * VOID *
                     * VOID * VOID * VOID * VOID *
                     * VOID * VOID * VOID * VOID *
                     * VOID * VOID * VOID * VOID *
```

Filed 03/24/19 Case 18-11651 Doc 1785

```
Page:   5
Date: 03/13/19                    Check #           4
LOST VALLEY FARM                                  ID Number: 57614   Group:1
1120 E LELAND AVE
TULARE CA 93274                   LOST VALLEY FARM
------------------------------------------------------------------------------
TAG   HDCNT  DESCRIPTION         BUYER       TRAN A.LBS  TOT LBS    PRICE          AMOUNT
------------------------------------------------------------------------------
BL0   230    JERS-HFR-OPEN HFR   809-STRT 2       2        450     375.00/H      86,250.00
             PEN 101
BL36  50     HOL-HFR-BRED        804-STRT 38      0          0     775.00/H      38,750.00
BL32  94     HOL-COW-EXPOSED     809-STRT 34      0          0     875.00/H      82,250.00
             ORNG LEFT BREEDING ON
BL33  144    HOL-COW-PREG 2      809-STRT 35      0          0     875.00/H     126,000.00
             YELLOW LEFT
BL34  214    HOL-COW-PREG 3      61-STRT  36      0          0     900.00/H     192,600.00
             RED LEFT
BL35  99     HOL-COW-PREG 6      804-2    37      0          0     875.00/H      86,625.00
             GRN LEFT BLUE LEFT
BL37  45     HOL-COW-BRED        804-STRT 39      0          0     910.00/H      40,950.00
             BLUE LEFT
BL38  93     HOL-COW-BRED        811-STRT 40      0          0     925.00/H      86,025.00
             BLUE LEFT
BL39  35     JERS.X-COW-FRESH    800-STRT 41      0          0     785.00/H      27,475.00
             PINK RIGHT
BL40  77     JERS.X-COW-FRESH    154-2    42      0          0     675.00/H      51,975.00
             PINK RIGHT
------------------------------------------------------------------------------
      615                                         0        900   25,788.89/C  5632,100.00
------------------------------------------------------------------------------
                                  ADJUST 26 3/4                                 15,037.10
                                  VET                                           25,925.00
                                  BRAND INSP                                    21,284.50
                                  COMMISSION-CATTLE                             24,682.52
                                  ==================================================
                                  Total Fees                                   286,929.12
                                  Total Amount                               $5345,170.88
```

                                                        03/13    19

         ***5345,170 Dollars and 88/100                      ***5345,170.88

              LOST VALLEY FARM
              1120 E LELAND AVE

              TULARE CA 93274