2
MacCONAGHY & BARNIER, PLC
John H. MacConaghy, State Bar No. 83684
Jean Barnier, State Bar No. 231683
645 First Street West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email: macclaw@macbarlaw.com

Attorneys for Trustee
RANDY SUGARMAN

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 18-11651 |
| | (Chapter 11) |
| GREGORY JOHN te VELDE, | |
| | DCN: MB-40 |
| Debtor. | |

## RETURN AND REPORT OF SALE

Randy Sugarman, the Chapter 11 Trustee of the Estate of Gregory J. Te Velde, hereby reports that the Estate received $315,990.30 in net proceeds from the second auction sale authorized by the Court's "Order Authorizing Chapter 11 Trustee to (1) Sell Surplus Cattle and (2) Employ and Compensate Auctioneer" [MB-40]. The settlement statement is attached.

Dated: May 4, 2019           MacConaghy & Barnier, PLC

          /s/ John H. MacConaghy
          By John H. MacConaghy
          Attorneys for Randy Sugarman
          Chapter 11 Trustee

0

90-3842 / 1222

DATE: 05/01/19

Amount

**315,990.30**

** THREE HUNDRED FIFTEEN THOUSAND NINE HUNDRED NINETY and 30/100 **

Rabobank N.A.

Custodial Account for Shippers Proceeds

VOID AFTER 90 DAYS

PAY TO THE ORDER OF

PACIFIC RIM DAIRY
1120 LELAND AVE
TULARE CA 93274

BY: **VOID/COPY ONLY**

0

#38 - PACIFIC RIM DAIRY      Auction Date: 5/1/19

| TAG | HEAD | DESC | COMMENTS | TRAN | BUYER | AVG | WGT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| P104A | 132 | OPEN HFRS (JERX) | | 37 | 255-JX3 | 0 | 0 | 445.00 H | 58,740.00 |
| P105A | 120 | OPEN HFRS (JER) | | 32 | 255-J3 | 0 | 0 | 390.00 H | 46,800.00 |
| P106A | 80 | OPEN HFRS (JER) | | 34 | 255-J3 | 0 | 0 | 465.00 H | 37,200.00 |
| P107A | 80 | OPEN HFRS (JER) | | 33 | 255-J3 | 0 | 0 | 415.00 H | 33,200.00 |
| P108A | 80 | OPEN HFRS (JER) | | 35 | 255 | 0 | 0 | 480.00 H | 38,400.00 |
| P109A | 77 | HFRS (JERX) | | 38 | SOUZA | 0 | 0 | 545.00 H | 41,965.00 |
| P110A | 130 | OPEN HFRS (JER) | | 36 | LEE2 | 0 | 0 | 580.00 H | 75,400.00 |
| | 699 | Total | | | | | 0 | | 331,705.00 |

| Type | # / Head | Tot WGT | Avg WGT | Avg / CWT | Avg / Head | Total |
|---|---|---|---|---|---|---|
| HEIFERS | 699 | 0 | 0 | 0.00 | 474.54 | 331,705.00 |
| BEEF PROMOTION | (699.00) | BRAND INSPECTION | | (1,048.50) | COMMISSION | (13,268.20) |
| YARDAGE | (699.00) | | | | | |

Total Deductions: 15,714.70
Total Seller Amount: $315,990.30
This Check Amount: $315,990.30

**Message(s)**

Please check our website for Upcoming Sales!

"Holstein Heifer Capital of the World"
A & M Livestock Auction, Inc
PO Box 96 • Hanford, CA 93232
(559) 582-0358

**WEIGHMASTER CERTIFICATE**

This is to certify that the following described commodity was weighed, measured or counted by a weighmaster, whose signature is on this certificate, who is a recognized authority of accuracy, as prescribed by Chapter 7 (commencing with section 12700) of Division 5 of the California Business and Professions Code, administered by the Division of Measurement Standards of the California Department of Food and Agriculture. Weighed at 12051 8th Ave, Hanford CA 93230.