8

**MacCONAGHY & BARNIER, PLC**
John H. MacConaghy #083684
Jean Barnier #231683
645 First Street West
Sonoma, CA 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email: macclaw@macbarlaw.com

General Counsel for Chapter 11 Trustee

**WANGER JONES HELSLEY**
Riley C. Walter #91839
265 East River Park Circle, Ste. 310
Fresno, CA 93720
Telephone: (559) 490-0949
E-mail: rwalter@wjhattorneys.com

Special Counsel for Chapter 11 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re<br><br>GREGORY JOHN TE VELDE,<br><br>Debtor.<br><br>Tax ID #: xxx-xx-7505<br>Address: 5850 Avenue 160<br>Tipton, CA 93272 | CASE NO. 18-11651<br><br>Chapter 11<br><br>DC No.: WJH-2<br><br>Date: N/A<br>Time: N/A<br>Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 11<br>Judge: Honorable Fredrick E. Clement |

**REPORT OF SALE**

At Fresno, in the Eastern District of California:

Filed 01/27/20 Case 18-11651 Doc 3091

On August 28, 2019, a hearing on the Motion for Order Authorizing Chapter 11 Trustee to Sell Assets Free and Clear of Liens, Assume and Assign Executory Contracts Subject to Overbid ("Motion") filed by Randy Sugarman, Chapter 11 Trustee of the Estate of Gregory J. te Velde was held. The Motion was approved and an Order was entered on September 3, 2019 (the "Order")

The Order authorized sale of the assets to Maricopa Orchards LLC. One of the requirements of the Order is that the Chapter 11 Trustee shall timely file a Report of Sale.

The said sale of GJTV Ranch closed on January 23, 2020.

The Bill of Sale relating to this transaction is attached hereto as Exhibit A.

The Closing Statement relating to this transaction is attached hereto as Exhibit B.

Dated: January 27, 2020

MACCONAGHY & BARNIER

and

WANGER JONES HELSLEY

By: Riley C. Walter

Riley C. Walter, Special Counsel for Randy Sugarman, Chapter 11 Trustee

REPORT OF SALE -2- P:\Client\9700-002\Pleadings\WJH-2 Motion for Order Authorizing Chapter 11 Trustee to Sell Real Property\report of sale.012420.gaa.docx

**BILL OF SALE**

Seller ("Seller"), hereby gives, grants, bargains, sells, transfers, assigns, conveys and delivers to Maricopa Orchards, LLC., a California limited liability company, as buyer ("Buyer"), the follow personal property, which Seller owns free and clear of all liens and encumbrances.

BUYER ACCEPTS THE ABOVE-DESCRIBED PERSONAL PROPERTY "AS IS," "WHERE IS." EXCEPT AS SET FORTH IN THIS BILL OF SALE, THE SALE OF THE PROPERTY IS MADE WITHOUT ANY WARRANTY OR REPRESENTATION, EXPRESS OR IMPLIED, OF ANY NATURE OR SORT, INCLUDING, WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY, FITNESS OF USE FOR A PARTICULAR PURPOSE, OR OTHERWISE.

**See exhibit "A" attached hereto and made a part hereof**

This Bill of Sale shall in all respects be governed by, and construed in accordance with the laws of the State of California, including all matters of construction, validity, and performance.

IN WITNESS WHEREOF, Buyer and Seller have caused this Bill of Sale to be duly executed and delivered on the date specified below.

Date: 1-17-2020 "Seller"

The Bankruptcy Estate of Gregory John Te Velde, aka Gregory J. Te Velde
Bankruptcy No. 18-11651, United States Bankruptcy Court, Eastern District of California, Fresno Division

BY:______________________________
Randy Sugarman, Chapter 11 Trustee

Date: ____________________

"Buyer"

Maricopa Orchards, LLC, a California limited liability company

By:______________________________, Manager

EXHIBIT A

Personal Property

All equipment used in the:

    a. Production of milk,

    b. Processing of manure to methane gas, compost, freestall cow bedding, or liquid nutrients for farming

c. Production of electricity from the methane gas.

The equipment shall include, but not limited to, all: milk barn equipment, digester equipment, hospital barn equipment, manure separator equipment, electrical systems, plumbing systems, drainage systems, hydraulic systems, compressed air systems, fuel systems, milk cooling systems, cow cooling systems, HVAC systems, lights, tanks, pumps, motors, meters, valves, vacuums, compressors, hot water heaters, pipes, fans, hoses, milking machines, automatic take offs, milk claws, washer & dryer, spray wands, rubber mats, crowd gate, generator, stanchions, gates, shades, curtains, truck scale and related scale equipment, lagoon tarps, digester system, and calf hutches.



OLD REPUBLIC TITLE COMPANY
A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

7451 North Remington Ave. #102 • Fresno CA • 93711 • (559) 440-9249 • FAX (559) 447-1643

The Bankruptcy Estate of Gregory John Te Velde aka Gregory J. Te Velde
1120 Leland Blvd
Tulare, CA 93274

Date: January 24, 2020
Escrow No.: 1411014985-DB
Escrow Officer: Donna Brown
Settlement Date: January 23, 2020

Property: approx. 1,991.45 + or - acres , Tipton, CA 93272

## Final Seller's Settlement Statement

| Item | | Debits | Credits |
|---|---|---|---|
| Sales Price | | | 28,750,000.00 |
| Deposit to Escrow | | | 5,000,000.00 |
| Deposit by The Bankruptcy Estate of Gregory John Te Velde aka Gregory J. Te Velde | 100.00 | | |
| Deposit by The Bankruptcy Estate of Gregory John Te Velde aka Gregory J. Te Velde | 4,999,900.00 | | |
| Loan payoff to Rabo AgriFinance, Inc., ($26,217,617.49) | | | |
| Current Principal | | 26,217,617.49 | |
| Broker's Commission 1.75% | | 503,125.00 | |
| To Schuil & Associates | 503,125.00 | | |
| Misc. Disbursement to Lower Tule River Irrigation District | | 96,873.97 | |
| Phase II work and investigations to HOLDBACK | | 500,000.00 | |
| Homestead Exemption to Gregory John Te Velde | | 75,000.00 | |
| per court order to Randy Sugarman, Chapter 11 Trustee / Pacific Rim Dairy | | 150,000.00 | |
| Franchise Tax Board re: CA-Withholding | | 957,275.00 | |
| FUNDS PAID OUTSIDE OF ESCROW | | 5,000,000.00 | |
| Real Estate Taxes to Tulare County Tax Collector (200-160-002) | | 4,116.12 | |
| All 2019-2020 | 3,920.12 | | |
| Penalty | 196.00 | | |
| Real Estate Taxes to Tulare County Tax Collector (200-160-006) | | 923.91 | |
| All 2019-2020 | 879.92 | | |
| Penalty | 43.99 | | |
| Real Estate Taxes to Tulare County Tax Collector (200-160-007) | | 6,617.07 | |
| All 2019-2020 | 6,301.98 | | |
| Penalty | 315.09 | | |
| Real Estate Taxes to Tulare County Tax Collector (200-160-009) | | 4,916.52 | |
| All 2019-2020 | 4,682.40 | | |
| Penalty | 234.12 | | |
| Real Estate Taxes to Tulare County Tax Collector (200-160-010) | | 3,770.46 | |
| All 2019-2020 | 3,590.92 | | |
| Penalty | 179.54 | | |
| Real Estate Taxes to Tulare County Tax Collector (200-160-012) | | 1,509.87 | |
| All 2019-2020 | 1,437.98 | | |
| Penalty | 71.89 | | |
| Real Estate Taxes to Tulare County Tax Collector (200-160-013) | | 218.63 | |
| All 2019-2020 | 208.22 | | |
| Penalty | 10.41 | | |
| Real Estate Taxes to Tulare County Tax Collector (200-160-014) | | 878.05 | |
| All 2019-2020 | 836.24 | | |
| Penalty | 41.81 | | |
| | | | |
| Real Estate Taxes to Tulare County Tax Collector (200-160-016) | | 20,855.28 | |

OLD REPUBLIC TITLE COMPANY
A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

7451 North Remington Ave. #102 • Fresno CA • 93711 • (559) 440-9249 • FAX (559) 447-1643

The Bankruptcy Estate of Gregory John Te Velde aka Gregory J. Te Velde
1120 Leland Blvd
Tulare, CA 93274

Date: January 24, 2020
Escrow No.: 1411014985-DB
Escrow Officer: Donna Brown
Settlement Date: January 23, 2020

Property: approx. 1,991.45 + or - acres , Tipton, CA 93272

## Final Seller's Settlement Statement

| Item | | Debits | Credits |
|---|---|---|---|
| All 2019-2020 | 19,862.18 | | |
| Penalty | 993.10 | | |
| | | | |
| Real Estate Taxes to Tulare County Tax Collector (200-190-004) | | 123,421.07 | |
| All 2019-2020 | 117,543.88 | | |
| Penalty | 5,877.19 | | |
| Real Estate Taxes to Tulare County Tax Collector (200-190-005) | | 4,504.18 | |
| All 2019-2020 | 4,289.70 | | |
| Penalty | 214.48 | | |
| Real Estate Taxes to Tulare County Tax Collector (200-190-006) | | 4,116.12 | |
| All 2019-2020 | 3,920.12 | | |
| Penalty | 196.00 | | |
| Real Estate Taxes to Tulare County Tax Collector (200-190-007) | | 4,571.36 | |
| All 2019-2020 | 4,353.68 | | |
| Penalty | 217.68 | | |
| Real Estate Taxes to Tulare County Tax Collector (228-270-003) | | 9,516.92 | |
| All 2019-2020 | 9,063.74 | | |
| Penalty | 453.18 | | |
| Supplemental Real Estate Taxes to Tulare County Tax Collector (200-190-004) | | 195.50 | |
| All 2019-2020 SUPPLEMENTALS | 148.50 | | |
| Tax: Penalty | 47.00 | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (200-160-012) | | 897.65 | |
| All 2017-2018 | 897.65 | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (200-160-016) | | 12,636.75 | |
| All 2017-2018 | 12,636.75 | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (200-190-004) | | 100,672.39 | |
| All 2017-2018 | 100,672.39 | | |
| Real Estate Taxes to Tulare County Tax Collector (200-160-005) | | 26.77 | |
| All 2019-2020 | 25.50 | | |
| Penalty | 1.27 | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (200-160-010) | | 2,076.78 | |
| All 2017-2018 | 2,076.78 | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (200-160-009) | | 2,763.47 | |
| All 2017-2018 | 2,763.47 | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (200-160-007) | | 4,072.84 | |
| All 2017-2018 | 4,072.84 | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (200-190-005) | | 2,476.35 | |
| All 2017-2018 | 2,476.35 | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (200-160-006) | | 618.90 | |
| All 2017-2018 | 618.90 | | |
| | | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (200-160-002) | | 2,226.43 | |

# OLD REPUBLIC TITLE COMPANY

A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

7451 North Remington Ave. #102 • Fresno CA • 93711 • (559) 440-9249 • FAX (559) 447-1643

The Bankruptcy Estate of Gregory John Te Velde aka Gregory J. Te Velde
1120 Leland Blvd
Tulare, CA 93274

Date: January 24, 2020
Escrow No.: 1411014985-DB
Escrow Officer: Donna Brown
Settlement Date: January 23, 2020

Property: approx. 1,991.45 + or - acres , Tipton, CA 93272

## Final Seller's Settlement Statement

| Item | | Debits | Credits |
|---|---|---|---|
| All 2017-2018 | 2,226.43 | | |
| | | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (200-160-013) | | 141.92 | |
| All 2017-2018 | 141.92 | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (200-160-014) | | 516.24 | |
| All 2017-2018 | 516.24 | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (228-270-003) | | 5,504.18 | |
| All 2017-2018 | 5,504.18 | | |
| Delinquent Real Estate Taxes to Trinity County Tax Collector (200-190-007) | | 2,518.88 | |
| All 2017-2018 | 2,518.88 | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (200-160-005) | | 42.87 | |
| All 2017-2018 | 42.87 | | |
| Delinquent Real Estate Taxes to Tulare County Tax Collector (200-190-006) | | 2,226.43 | |
| All 2017-2018 | 2,226.43 | | |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $10.8892 | | | 1,720.49 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $2.4442 | | | 386.18 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $17.5049 | | | 2,765.77 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $13.0067 | | | 2,055.06 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $9.9748 | | | 1,576.02 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $3.9944 | | | 631.12 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $1.1568 | | | 182.77 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $2.3229 | | | 367.02 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $55.1727 | | | 8,717.29 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $326.5108 | | | 51,588.71 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $11.9158 | | | 1,882.70 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $10.8892 | | | 1,720.49 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $12.0936 | | | 1,910.79 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $25.1771 | | | 3,977.98 |
| Prorata R.E. Taxes, 01/23/20 to 07/01/20, 158 days @ $0.0708 | | | 11.19 |
| Lower Tule River Irrigation 1st installment combin 01/23/20 to 07/01/20, 158 days @ $116.8531 | | | 18,462.79 |
| Escrow Fees to Old Republic Title Company | | 1,425.00 | |
| Additional Charges | | 545.00 | |
| Additional Work Amount to Old Republic Title Company | 500.00 | | |
| CA-Withholding Service Fee to Old Republic Title Company | 45.00 | | |
| Title Charges | | | |
| CLTA Owner's Policy to Old Republic Title Company | | 15,813.00 | |
| Recording Fees | | 732.00 | |
| Other to Tulare County | 372.00 | | |
| Substitution of Trustee and Reconveyance to Tulare County | 210.00 | | |
| Reconveyance to Tulare County | 150.00 | | |
| Due To Seller | | 0.00 | |

OLD REPUBLIC TITLE COMPANY
A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP
7451 North Remington Ave. #102 • Fresno CA • 93711 • (559) 440-9249 • FAX (559) 447-1643

The Bankruptcy Estate of Gregory John Te Velde aka Gregory J. Te Velde
1120 Leland Blvd
Tulare, CA 93274

Date: January 24, 2020
Escrow No.: 1411014985-DB
Escrow Officer: Donna Brown
Settlement Date: January 23, 2020

Property: approx. 1,991.45 + or - acres , Tipton, CA 93272

## Final Seller's Settlement Statement

| Item | Debits | Credits |
|---|---|---|
| | | |
| Total | 33,847,956.37 | 33,847,956.37 |