# UNITED STATES BANKRUPTCY COURT

EASTERN  DISTRICT OF  CALIFORNIA

FRESNO DIVISION

[ Clear All Fields ]

In re:  GREGORY J. TE VELDE

§
§
§
§

Debtor(s)

Case No.  18-11651

☐ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2022

Petition Date: 04/26/2018

Plan Confirmed Date: 11/25/2019

Plan Effective Date: 11/25/2019

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: TE VELDE LIQUIDATING TRUST

Name of Authorized Party or Entity

*/s/ John MacConaghy*

Signature of Responsible Party

01/11/2023

Date

John Macconaghy

Printed Name of Responsible Party

1120 E. LELAND AVE. TULARE, CA 93477

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Click "Generate PDF" to Remove Watermark

Debtor's Name **GREGORY J. TE VELDE**　　　　　　　Case No. **18-11651**

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $115,442 | $128,739,844 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $115,442 | $128,739,844 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor　　*Aggregate Total* | | $0 | $2,988,234 | $0 | $2,988,234 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Blakeley, LLC | Other | $0 | $306,806 | $0 | $306,806 |
| Delete ii | Collins & Collins, LLP | Other | $0 | $113,346 | $0 | $113,346 |
| Delete iii | Frazer, LLP | Financial Professional | $0 | $284,379 | $0 | $284,379 |
| Delete iv | Genske, Mulder & Company | Other | $0 | $67,724 | $0 | $67,724 |
| Delete v | MacConaghy & Barrier, PLC | Lead Counsel | $0 | $557,061 | $0 | $557,061 |
| Delete vi | Sugarman & Co | Financial Professional | $0 | $1,168,906 | $0 | $1,168,906 |
| Delete vii | Walter Wilhelm Bauer | Other | $0 | $490,012 | $0 | $490,012 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor　　*Aggregate Total* | | $0 | $274,779 | $0 | $274,779 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | Ogletree, Deakins, Nash, Smo... | Other | $0 | $6,621 | $0 | $6,621 |
| Delete ii | Sagaser, Watkins, and Wieland | Other | $0 | $8,704 | $0 | $8,704 |
| Delete iii | Schwabe, Williamson & Wyatt | Other | $0 | $259,454 | $0 | $259,454 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $64,412,016 | $0 | $64,412,016 | $68,503,416 | 94% |
| c. Priority claims | $25,474 | $0 | $25,474 | $25,474 | 100% |
| d. General unsecured claims | $7,500,000 | $0 | $8,339,294 | $34,582,057 | 24% |
| e. Equity interests | $0 | $0 | $0 | | |

Debtor's Name GREGORY J. TE VELDE       Case No. **18-11651**

## Part 4: Questionnaire

a. Is this a final report?       Yes ○   No ⦿

     If yes, give date Final Decree was entered:      _____

     If no, give date when the application for Final Decree is anticipated:      _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?       Yes ⦿   No ○

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

<u>**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**</u>

_/s/ Randy Sugarman_
Signature of Responsible Party

Trustee
Title

Randy Sugarman
Printed Name of Responsible Party

~~10/10/2022~~   1/11/23
Date

Save

Generate PDF for Court Filing
and Remove Watermark

UST Form 11-PCR (06/07/2021)       3

Click "Generate PDF" to Remove Watermark